B 1 (Official Form 1) (1/08)

| **United States Bankruptcy Court**<br>**District of Delaware** | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Distributed Energy Systems Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>PES New Parent, Inc. | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>20-0177690 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>10 Technology Drive<br>Wallingford, CT<br>ZIP CODE 06492 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>New Haven County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Distributed Engery Systems Corp. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: Northern Power Systems, Inc. | Case Number: | Date Filed: 6/4/2008 |
| District: District of Delaware | Relationship: wholly owned subsidiary | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☑ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** <br> Distributed Engery Systems Corp. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)
Robert S. Brady (No. 2847)
Printed Name of Attorney for Debtor(s)
Young Conaway Stargatt & Taylor, LLP

Address  The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

Telephone Number  (302) 571-6600

6/4/2008
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
Peter J. Tallian
Printed Name of Authorized Individual
Chief Financial Officer, Secretary and Treasurer
Title of Authorized Individual
6/3/2008
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :    Chapter 11
                                                             :
DISTRIBUTED ENERGY SYSTEMS CORP.,                            :    Case No. 08-[_____] (___)
a Delaware corporation,                                      :
                                                             :    Joint Administration Pending
                      Debtor.                                :
------------------------------------------------------------ x
In re:                                                       :
                                                             :
NORTHERN POWER SYSTEMS, INC.,                                :
a Delaware corporation,                                      :
                                                             :
                      Debtor.                                :
------------------------------------------------------------ x

## EXHIBIT A TO VOLUNTARY PETITION
## FOR DISTRIBUTED ENERGY SYSTEMS CORP.[1]

1. If any of Distributed Energy System Corp.'s[2] securities are registered under Section 12 of the Securities and Exchange Act of 1934, the SEC file number is 000-50453.

2. The following financial data (which is consolidated among the Debtors) is the latest available information on the Debtors' condition as of April 30, 2008.[3]

   a. Total assets                                              $16,826,046

   b. Total debts (including debts listed in 2.c., below)       $65,546,173

   c. None of the Debtors' debt obligations are held by more than 500 record holders.

   d. As of May 29, 2008, DESC has 40,050,228 shares of common stock issued and outstanding.

---

[1] The following financial data shall not constitute an admission of liability by the Debtors. The Debtors reserve all right to assert that any debt or claim listed herein as liquidated or fixed is in fact a disputed claim or debt. The Debtors also reserve all rights to challenge the priority, nature, amount or status of a claim or debt.

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Distributed Energy Systems Corp. ("DESC") (7690) and Northern Power Systems, Inc. ("Northern") (1302). The mailing address for each of the Debtors is 10 Technology Drive, Wallingford, CT 06492.

[3] Intercompany accounts are eliminated for the Debtors.

e. DESC was incorporated in Delaware on May 19, 2003 to create and deliver products and solutions to the new energy marketplace, giving users greater control over their energy cost, quality and reliability. DESC brought together two established businesses: Northern and Proton Energy Systems, Inc. ("Proton"), a wholly owned, non-debtor subsidiary of DESC. Together, as subsidiaries of DESC, Northern and Proton offer an array of practical energy technologies, including Proton's advanced hydrogen generation products and Northern's advanced technology wind turbines and power electronics.

3. No person directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of DESC.

DB02:6788209.4   067302.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :  Chapter 11
                                                             :
DISTRIBUTED ENERGY SYSTEMS CORP.,                            :  Case No. 08-[_____] (___)
a Delaware corporation,                                      :
                                                             :  Joint Administration Pending
                                    Debtor.                  :
------------------------------------------------------------ x
In re:                                                       :
                                                             :
NORTHERN POWER SYSTEMS, INC.,                                :
a Delaware corporation,                                      :
                                                             :
                                    Debtor.                  :
------------------------------------------------------------ x

## CONSOLIDATED LIST OF CREDITORS
## HOLDING THE LARGEST 20 UNSECURED CLAIMS

Distributed Energy Systems Corp., and its wholly owned subsidiary, Northern Power Systems, Inc., the debtors and debtors-in-possession in the above-captioned cases (the "Debtors"),[1] filed a voluntary petition in this Court for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. This list of creditors holding the twenty (20) largest unsecured claims (the "Top 20 List") has been prepared, on a consolidated basis, from the Debtors' books and records as of June 2, 2008.

The Top 20 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 20 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty (20) largest unsecured claims.

The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtors. The information presented herein, including, without limitation (a) the failure of the Debtors to list any claim as contingent, unliquidated, disputed or subject to a setoff or (b) the listing of any claim as unsecured, does not constitute an admission by the Debtors that the secured lenders listed hold any deficiency claims, nor does it constitute a waiver of the Debtors' rights to contest the validity, priority, nature, characterization and/or amount of any claim.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Distributed Energy Systems Corp. ("DESC") (7690) and Northern Power Systems, Inc. ("Northern") (1302). The mailing address for each of the Debtors is 10 Technology Drive, Wallingford, CT 06492.

| Rank | Name of creditor | Telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | | | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|---|---|
| | | | | CONTINGENT | UNLIQUIDATED | DISPUTED | |
| 1. | Chloride France SA | 30 Avenue Montgolfier BP 90 Chassieu Cedex, France Tel: 011-33-478-401-356 Fax: 011-33-478-907-766 | Trade Debt | | | | $164,276.00 |
| 2. | St. Paul Travelers | CL & Specialty Remittance Ctr. Hartford, CT 06183-1008 Tel: 860-277-0111 Fax: 860-277-2158 | Trade Debt | | | | $162,033.20 |
| 3. | STM Power | 275 Metty Drive Ann Arbor, MI 48103 Tel: 734-214-1448 Fax: 734-995-0610 | Trade Debt | | | | $114,378.28 |
| 4. | Vermont Department of Tax | P.O. Box 588 Montpelier, VT 05601 Tel: 802-828-5223 Fax: 802-828-5787 | Taxes | | | | $92,796.72 |
| 5. | Anderson, Rowe & Buckley, Inc. | 2833 Third Street San Francisco, CA 94107 Attn: H. Riech, Treasurer Tel: 415-282-1625 Fax: 415-282-0752 | Professional Services | | | | $87,314.00 |
| 6. | Piper Jaffray | 800 Nicollet Mall Minneapolis, MN 55402-7020 Attn: J. Thomas Halverson Tel: 612-303-6000 Fax: 612-303-6979 | Professional Services | | | | $85,795.73 |
| 7. | Delstar Energie Inc. | 12885 Jean Grou Street Montreal, Quebec H1A 3N6 Tel: 514-642-8222 Fax: 514-498-9559 | Trade Debt | | | | $85,000.00 |

---

[2] As noted above, the Debtors reserve their rights to dispute the claims on this schedule on any basis.

| Rank | Name of creditor | Telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | | | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|---|---|
| | | | | CONTINGENT | UNLIQUIDATED | DISPUTED | |
| 8. | Washinton International Holdings Limited | 11 Spring Gardens Manchester, England M60 2DB Tel: Fax: (+44) 019-2585, ext. 4599 | Trade Debt | | | | $71,496.28 |
| 9. | Shanghai TSP | 19988 Weiqing Road East Jinshan District Shanghai, China 201508 Tel: Fax: 734-678-1728 | Trade Debt | | | | $69,500.00 |
| 10. | Garrard Hassan America, Inc. | 11770 Bernardo Plaza Court Suite 209 San Diego, CA 92128 Tel: 858-451-7013 Fax: 858-451-1570 | Trade Debt | | | | $63,303.31 |
| 11. | Offshore Technical Assistance | Tulipan LB Fraccionamiernto Isle de Carmen, Cd. del Carmen Campeche, Mexico CP 24154 Attn: Fracesco Ruiz Tel: 01-938-13-10093 Fax: | Trade Debt | | | | $52,292.70 |
| 12. | Liberty Casting Company, LLC | P.O. Box 1368 Delaware, OH 43015-8806 Tel: 740-363-1941 Fax: 740-363-0103 | Trade Debt | | | | $47,354.66 |
| 13. | Semikron Inc. | 11 Executive Drive P.O. Box 66 Hudson, NH 03051 Tel: 603-883-8102 Fax: 603-883-8021 | Trade Debt | | | | $38,895.09 |
| 14. | Roman Manuel Vastro Quiroz, MARSA | La Venta 117 Fracc Campestre Tab 2000 Villahermosa, Tabasco 86035 Tel: Fax: 993-358-2331 | Trade Debt | | | | $38,044.00 |

| Rank | Name of creditor | Telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | | | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|---|---|
| | | | | CONTINGENT | UNLIQUIDATED | DISPUTED | |
| 15. | Johnson Controls | 507 E. Michigan Street M-9 Milwaukee, WI 53202 Tel: 414-524-4000 Fax: 585-924-7086 | Trade Debt | | | | $34,916.00 |
| 16. | ML Strategies, LLC | 701 Pennsylvania Avenue, N.W. Washington, DC 20004 Tel: 202-296-3622 Fax: 202-434-7400 | Trade Debt | | | | $30,000.00 |
| 17. | Enercon Engineering, Inc. | No. 1 Altorfer Lane East Peoria, IL 61611 Tel: 309-694-1418 Fax: 309-694-3703 | Trade Debt | | | | $26,999.00 |
| 18. | Sheedy Drayage Company | 1215 Michigan Street San Francisco, CA 94107-0004 Tel: 415-648-7171 Fax: 415-648-1535 | Trade Debt | | | | $22,814.27 |
| 19. | Valley Power Systems, Inc. | 17192 Daimler St. Irvine, CA 92614 Tel: 626-333-1243 Fax: 626-369-7096 | Trade Debt | | | | $22,137.74 |
| 20. | Laser Technologies, Inc. | 1061 N. Raddant Road Batavia, IL 60510 Tel: 630-761-1200 Fax: 630-761-1250 | Trade Debt | | | | $20,885.65 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:                                   :    Chapter 11

DISTRIBUTED ENERGY SYSTEMS CORP.,   :    Case No. 08-[_____] (___)
a Delaware corporation,

                                          :    Joint Administration Pending

                 Debtor.

---

In re:

NORTHERN POWER SYSTEMS, INC.,
a Delaware corporation,

                 Debtor.

---

## DECLARATION CONCERNING THE DEBTORS' CONSOLIDATED LIST OF CREDITORS HOLDING THE 20 LARGEST UNSECURED CLAIMS

      I, Peter Tallian, Chief Financial Officer, Secretary and Treasurer of Distributed Energy Systems Corp., a Delaware corporation, and an entity named as a debtor in this case, and the 100% owner of Northern Power Systems, Inc.,[1] declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing Consolidated List of Creditors Holding the 20 Largest Unsecured Claims submitted herewith and that the information contained therein is true and correct to the best of my knowledge, information and belief.

Date: June 3, 2008

                                         /s/ Peter Tallian
                                         Peter Tallian
                                         Chief Financial Officer, Secretary and Treasurer
                                         Distributed Energy Systems Corp.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Distributed Energy Systems Corp. ("DESC") (7690) and Northern Power Systems, Inc. ("Northern") (1302). The mailing address for each of the Debtors is 10 Technology Drive, Wallingford, CT 06492.

DB02:6788815.1                                                                                    067302.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        :  Chapter 11
                                                              :
DISTRIBUTED ENERGY SYSTEMS CORP.,                             :  Case No. 08-[_____] (___)
a Delaware corporation,                                       :
                                                              :  Joint Administration Pending
                    Debtor.                                   :
------------------------------------------------------------- x
In re:                                                        :
                                                              :
NORTHERN POWER SYSTEMS, INC.,                                 :
a Delaware corporation,                                       :
                                                              :
                    Debtor.                                   :
------------------------------------------------------------- x

## LIST OF EQUITY SECURITY HOLDERS OF
## DISTRIBUTED ENERGY SYSTEMS CORP.[1]

Attached hereto is a List of Equity Security Holders of Distributed Energy Systems Corp.[2] This list has been prepared from the Debtors' books and records as of April 22, 2008 and May 29, 2008.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BANK]*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Distributed Energy Systems Corp. ("DESC") (7690) and Northern Power Systems, Inc. ("Northern") (1302). The mailing address for each of the Debtors is 10 Technology Drive, Wallingford, CT 06492.

[2] The Debtors have redacted certain confidential information from the lists attached hereto.



THE DEPOSITORY TRUST AND
CLEARING CORPORATION

REPORT DATE 04/22/08

## SECURITY POSITION LISTING

| PARTICIPANT NO. | NAME | | LONG (DEBIT) | SHORT (CREDIT) |
|---|---|---|---:|---:|
| 0655 | ALLEN & COMPANY LLC<br>ED         FU<br>711 5TH AVENUE<br>NEW YORK        NY 10022 | | 1,000 | |
| 0216 | AMERICAN ENTERPRISE INVESTMENT SERVICES INC.<br>REBECCA         STRAND         ADP<br>2178 AXP FINANCIAL CENTER<br>MINNEAPOLIS     MN 55474 | | 47,782 | |
| 0442 | ASSENT LLC<br>PAUL         BOTTA<br>5 MARINE PLAZA<br>SUITE 102<br>HOBOKEN         NJ 07030 | | 405 | |
| 0547 | BAIRD (ROBERT W.) & CO. INCORPORATED<br>SARA R.         BLANKENHEIM         ADP<br>777 E. WISCONSIN AVENUE<br>MILWAUKEE       WI 53202 | | 172,089 | |
| 0931 | BANK OF AMERICA, N.A./US TRUST, #931<br>MARGARET         MARAJH<br>411 N AKARD STREET<br>5TH FLOOR<br>DALLAS         TX 75201 | | 4,300 | |
| 0901 | BANK OF NEW YORK (THE)<br>MITCHEL         SOBEL<br>ONE WALL STREET<br>6TH FLOOR<br>NEW YORK        NY 10286 | | 950,803 | |

JOHN GLIDDEN   VP
DISTRIBUTED ENERGY SYSTEMS CORP
10 TECHNOLOGY DRIVE
WALLINGFORD         CT 06492

| SECURITY DESCRIPTION | CUSIP NUMBER | CUTOFF DATE | RECORD DATE | MEETING DATE | PAGE |
|---|---|---|---|---|---|
| DISTRIBUTED ENERGY SYSTEMS CORPORATION + | 25475V104 | 00/00/00 | 04/22/08 | 06/19/08 | 1 |

# THE DEPOSITORY TRUST AND CLEARING CORPORATION

## SECURITY POSITION LISTING

| PARTICIPANT NO. | NAME | LONG (DEBIT) | SHORT (CREDIT) |
|---|---|---|---|
| 0956 | BANK OF TOKYO-MITSUBISHI UFJ TRUST COMPANY ADP<br>DON DONOVAN<br>TRUST OPERATIONS DEPT PLAZA 3<br>5TH FLOOR HARBORSIDE FIN'L CTR.<br>JERSEY CITY NJ 07311-1904 | 3,500 | |
| 0352 | BEAR, STEARNS SECURITIES CORP ADP<br>VINCENT MARZELLA<br>ONE METROTECH CENTER NORTH<br>4TH FLOOR<br>BROOKLYN NY 11201-3862 | 1,116,419 | |
| 5043 | BMO NESBITT BURNS INC.**<br>LOUISE TORANGEAU<br>1 FIRST CANADIAN PLACE 13TH FL<br>P.O. BOX 150<br>TORONTO ON CA M5X 1H3 | 114,007 | |
| 0049 | BNP PARIBAS SECURITIES CORP.<br>HELEN KELLY<br>555 CROTON ROAD<br>KING OF PRUSSIA PA 19406 | 1,250 | |
| 5385 | BRANCH BANKING & TRUST CO.<br>TANJI BASS<br>223 W. NASH STREET<br>3RD FLOOR<br>WILSON NC 27893 | 500 | |
| 0010 | BROWN BROTHERS HARRIMAN & CO.<br>JENNIFER PAYEA<br>525 WASHINGTON BLVD<br>NEW PORT TOWERS<br>JERSEY CITY NJ 07302 | 740,537 | |

| | | |
|---|---|---|
| JOHN GLIDDEN VP | | |
| DISTRIBUTED ENERGY SYSTEMS CORP | | |
| 10 TECHNOLOGY DRIVE | | |
| WALLINGFORD CT 06492 | | |

| SECURITY DESCRIPTION | CUSIP NUMBER | CUTOFF DATE | RECORD DATE | MEETING DATE | PAGE |
|---|---|---|---|---|---|
| DISTRIBUTED ENERGY SYSTEMS CORPORATION + | 25475V104 | 00/00/00 | 04/22/08 | 06/19/08 | 2 |





THE DEPOSITORY TRUST AND
CLEARING CORPORATION

REPORT DATE 04/22/08

## SECURITY POSITION LISTING

| PARTICIPANT | | | |
|---|---|---|---|
| NO. | NAME | LONG (DEBIT) | SHORT (CREDIT) |
| 0651 | CALYON SECURITIES (USA) INC.<br>DANIEL SAICIDO<br>194 WOOD AVENUE SOUTH<br>7TH FLOOR<br>ISELIN                           NJ 08830 | 349 | |
| 5046 | CANACCORD CAPITAL CORPORATION**<br>ALMA GOCA<br>P.O. BOX 10337, PACIFIC CENTER<br>2200-609 GRANVILLE STREET<br>VANCOUVER              BC CA V7Y 1H2 | 11,150 | |
| 5099 | CDS CLEARING AND DEPOSITORY SERVICES INC.**<br>LORETTA VERELLI<br>600 BOUL.DE MAISONNEUVE<br>OUEST BUREAU 210<br>MONTREAL              QC CA H3A 3J2 | 1,748 | |
| 0164 | CHARLES SCHWAB & CO., INC.<br>RONNIE FUIAVA         ADP<br>ATTN PROXY DEPARTMENT<br>211 MAIN STREET<br>SAN FRANCISCO         CA 94105 | 3,542,519 | |
| 0438 | CIBC WORLD MARKETS CORP.<br>ROBERT J PUTNAM        ADP<br>425 LEXINGTON AVENUE<br>5TH FLOOR<br>NEW YORK              NY 10017 | 98,300 | |
| 5030 | CIBC WORLD MARKETS INC.**<br>NICASTRO JERRY        ADP<br>161 BAY ST 10TH FL<br>TORONTO              ON CA M5J 2S8 | 26,695 | |

JOHN GLIDDEN    VP
DISTRIBUTED ENERGY SYSTEMS CORP
10 TECHNOLOGY DRIVE
WALLINGFORD      CT 06492

| SECURITY DESCRIPTION | CUSIP NUMBER | CUTOFF DATE | RECORD DATE | MEETING DATE | PAGE |
|---|---|---|---|---|---|
| DISTRIBUTED ENERGY SYSTEMS CORPORATION + | 25475V104 | 00/00/00 | 04/22/08 | 06/19/08 | 3 |

THE DEPOSITORY TRUST AND
CLEARING CORPORATION

## SECURITY POSITION LISTING

| PARTICIPANT NO. | NAME | | LONG (DEBIT) | SHORT (CREDIT) |
|---|---|---|---|---|
| 0775 | CITADEL TRADING GROUP, L.L.C. MARCIA BANKS 101 SOUTH DEARBORN ST CHICAGO IL 60603 | | 64 | |
| 0908 | CITIBANK, N.A. CAROLYN TREBUS 3800 CITIBANK CENTER B3-12 TAMPA FL 33610 | | 829,479 | |
| 0418 | CITIGROUP GLOBAL MARKETS INC. PAT HALLER 333 W. 34TH STREET NEW YORK NY 10001 | ADP | 877,210 | |
| 0702 | CLEARVIEW CORRESPONDENT SERVICES, LLC LINDA MILLER 8006 DISCOVERY DRIVE RICHMOND VA 23229 | ADP | 120,793 | |
| 0355 | CREDIT SUISSE SECURITIES (USA) LLC C/O ADP PROXY SERVICES (631)254-7400 | ADP | 1,480 | |
| 2012 | CREST INTERNATIONAL NOMINEES LIMITED NATHAN ASHWORTH 33 CANNON STREET LONDON UK GB EC4M 5SB | | 300 | |
| 0574 | CROWELL, WEEDON & CO. GEORGE LEWIS 624 S. GRAND AVENUE 25TH FLOOR LOS ANGELES CA 90017 | ADP | 8,750 | |

JOHN GLIDDEN VP
DISTRIBUTED ENERGY SYSTEMS CORP
10 TECHNOLOGY DRIVE
WALLINGFORD CT 06492

| SECURITY DESCRIPTION | CUSIP NUMBER | CUTOFF DATE | RECORD DATE | MEETING DATE | PAGE |
|---|---|---|---|---|---|
| DISTRIBUTED ENERGY SYSTEMS CORPORATION + | 25475V104 | 00/00/00 | 04/22/08 | 06/19/08 | 4 |



## SECURITY POSITION LISTING

| PARTICIPANT NO. | NAME | | LONG (DEBIT) | SHORT (CREDIT) |
|---|---|---|---|---|
| 2424 | CUSTODIAL TRUST COMPANY<br>DAWN ELKE<br>101 CARNEGIE CENTER<br>PRINCETON NJ 08540 | ADP | 28,700 | |
| 0361 | D. A. DAVIDSON & CO.<br>RITA LINSKEY<br>P.O. BOX 5015<br>GREAT FALLS MT 59403 | ADP | 3,825 | |
| 0667 | DAIWA SECURITIES TRUST COMPANY<br>TERESA P. BORUA<br>ONE EVERTRUST PLAZA<br>JERSEY CITY NJ 07302 | ADP | 64,800 | |
| 0715 | DAVENPORT & COMPANY LLC<br>KIM NIEDING<br>901 EAST CARY ST<br>11TH FLOOR<br>RICHMOND VA 23219 | ADP | 350 | |
| 5144 | DAVID LERNER ASSOCIATES, INC<br>GERHARDT FRANK<br>477 JERICHO TURNPIKE<br>PO BOX 9006<br>SYOSSET NY 11791-9006 | ADP | 100 | |
| 5028 | DESJARDINS SECURITIES INC.**<br>MARTINE BLAIS<br>2 COMPLEXE DESJARDINS, E. TWR 15TH FL<br>PO BOX 394 DESJARDINS STATION<br>MONTREAL QC CA H5B 1J2 | | 2,525 | |

JOHN GLIDDEN VP
DISTRIBUTED ENERGY SYSTEMS CORP
10 TECHNOLOGY DRIVE
WALLINGFORD CT 06492

| SECURITY DESCRIPTION | CUSIP NUMBER | CUTOFF DATE | RECORD DATE | MEETING DATE | PAGE |
|---|---|---|---|---|---|
| DISTRIBUTED ENERGY SYSTEMS CORPORATION + | 25475V104 | 00/00/00 | 04/22/08 | 06/19/08 | 5 |





THE DEPOSITORY TRUST AND
CLEARING CORPORATION

REPORT DATE 04/22/08

SECURITY POSITION LISTING

| PARTICIPANT NO. | NAME | | LONG (DEBIT) | SHORT (CREDIT) |
|---|---|---|---:|---|
| 0573 | DEUTSCHE BANK SECURITIES INC. PAGNOTTA 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 | ADP | 494,302 | |
| 0385 | E*TRADE CLEARING LLC LEMARGIE 10951 WHITE ROCK ROAD RANCHO CORDOVA CA 95670 | | 3,617,321 | |
| 0057 | EDWARD D. JONES & CO. BOSEMAN 700 MARYVILLE CENTER DRIVE ST LOUIS MO 63141 | ADP | 102,253 | |
| 0371 | EMMETT A. LARKIN COMPANY, INC. DUGAN 911 N. LOOP 281 SUITE 411 LONGVIEW TX 75604 | ADP | 3,200 | |
| 0039 | FERRIS, BAKER WATTS, INCORPORATED TIGGLE 8403 COLESVILLE ROAD SUITE 900 SILVER SPRING MD 20910 | | 3,350 | |
| 2116 | FIFTH THIRD BANK (THE) WELLS 5001 KINGSLEY DRIVE MAIL DROP 1MOB2D CINCINNATI OH 45227 | | 1,000 | |

JOHN GLIDDEN  VP
DISTRIBUTED ENERGY SYSTEMS CORP
10 TECHNOLOGY DRIVE
WALLINGFORD    CT 06492

| SECURITY DESCRIPTION | CUSIP NUMBER | CUTOFF DATE | RECORD DATE | MEETING DATE | PAGE |
|---|---|---|---|---|---|
| DISTRIBUTED ENERGY SYSTEMS CORPORATION + | 25475V104 | 00/00/00 | 04/22/08 | 06/19/08 | 6 |

THE DEPOSITORY TRUST AND
CLEARING CORPORATION

REPORT DATE 04/22/08

SECURITY POSITION LISTING

| PARTICIPANT | | |
|---|---|---|
| NO. | NAME | LONG (DEBIT) | SHORT (CREDIT) |
| 0141 | FIRST CLEARING, LLC<br>HEIDI RICHNAFSKY<br>10700 WHEAT FIRST DRIVE<br>MS 1023<br>GLEN ALLEN VA 23060 | 549,185 | |
| 0309 | FIRST SOUTHWEST COMPANY<br>JAMES FURINO ADP<br>1700 PACIFIC AVENUE<br>SUITE 500<br>DALLAS TX 75201 | 40,100 | |
| 0728 | FOLIO(FN) INVESTMENTS, INC.<br>JIM DETWILER<br>800 TOWERS CRESENT DRIVE<br>VIENNA VA 22182 | 20,730 | |
| 0118 | GENESIS SECURITIES, LLC<br>BOB NAZARIO<br>50 BROAD STREET<br>2ND FLOOR<br>NEW YORK NY 10004 | 1,809 | |
| 2139 | GLENMEDE TRUST COMPANY, N.A. (THE)<br>DARLENE WARREN<br>ONE LIBERTY PLACE SUITE 1200<br>1650 MARKET STREET<br>PHILADELPHIA PA 19103 | 16,000 | |
| 5069 | GLOBAL SECURITIES CORP./CDS**<br>JOYA BABA<br>3 BENTALL CENTRE<br>595 BURRARD STREET, 11TH FL<br>VANCOUVER V7X 1C4 BC 00000 | 18,000 | |

JOHN GLIDDEN VP
DISTRIBUTED ENERGY SYSTEMS CORP
10 TECHNOLOGY DRIVE
WALLINGFORD CT 06492

| SECURITY DESCRIPTION | CUSIP NUMBER | CUTOFF DATE | RECORD DATE | MEETING DATE | PAGE |
|---|---|---|---|---|---|
| DISTRIBUTED ENERGY SYSTEMS CORPORATION + | 25475V104 | 00/00/00 | 04/22/08 | 06/19/08 | 7 |

## SECURITY POSITION LISTING

| PARTICIPANT NO. | NAME | | LONG (DEBIT) | SHORT (CREDIT) |
|---|---|---|---|---|
| 0501 | GOLDMAN SACHS EXECUTION & CLEARING, L.P. ANTHONY BRUNO 30 HUDSON STREET JERSEY CITY NJ 07302-4699 | ADP | 31,007 | |
| 5208 | GOLDMAN SACHS INTERNATIONAL GLORIA LIO 30 HUDSON STREET JERSEY CITY NJ 07302 | | 421,083 | |
| 0005 | GOLDMAN, SACHS & CO. GLORIA LIO 30 HUDSON STREET JERSEY CITY NJ 07302 | ADP | 421,015 | |
| 0435 | GORDON & CO. GEORGE B. BALLACONIS 1 GATEWAY CENTER SUITE 516W NEWTON MA 02158-2873 | ADP | 1,000 | |
| 0756 | H & R BLOCK FINANCIAL ADVISORS, INC MIKE KOHLER 751 GRISWOLD STREET DETROIT MI 48226 | ADP | 233,793 | |
| 8100 | H.C. DENISON CO. MARGE WENTZEL 618 N. 7TH STREET SHEBOYGAN WI 53081 | ADP | 1,500 | |
| 5058 | HAYWOOD SECURITIES, INC ** TRACY COLLEGE 400 BURRARD STREET SUITE 2000 VANCOUVER BC CA V6C 3A6 | | 25,000 | |

JOHN GLIDDEN VP
DISTRIBUTED ENERGY SYSTEMS CORP
10 TECHNOLOGY DRIVE
WALLINGFORD CT 06492

| SECURITY DESCRIPTION | CUSIP NUMBER | CUTOFF DATE | RECORD DATE | MEETING DATE | PAGE |
|---|---|---|---|---|---|
| DISTRIBUTED ENERGY SYSTEMS CORPORATION + | 25475V104 | 00/00/00 | 04/22/08 | 06/19/08 | 8 |



THE DEPOSITORY TRUST AND
CLEARING CORPORATION

SECURITY POSITION LISTING

| PARTICIPANT | | LONG (DEBIT) | SHORT (CREDIT) |
|---|---|---|---|
| NO. | NAME | | |
| 2122 | HSBC BANK USA, N.A.-IPB<br>WILLIAM HEISE<br>452 5TH AVENUE<br>2ND FLOOR<br>NEW YORK NY 10018 | 2,970 | |
| 5048 | HSBC SECURITIES (CANADA) INC. **<br>JAEGAR BARRYMORE<br>105 ADELAIDE ST, WEST<br>SUITE 1200<br>TORONTO ON CA M5H 1P9 | 80,060 | |
| 0816 | HSBC SECURITIES (USA), INC.<br>DOMINICK ANDREASSI<br>452 5TH AVENUE<br>NEW YORK NY 10018 | 6,809 | |
| 0534 | INTERACTIVE BROKERS RETAIL EQUITY CLEARING<br>*** PARTICIPANT CONTACT NOT FOUND *** | 244,523 | |
| 0768 | J.J.B. HILLIARD, W.L. LYONS, INC.<br>KEVIN MEDICO ADP<br>C/O ADP PROXY SERVICES<br>51 MERCEDES WAY<br>EDGEWOOD NY 11717 | 45,660 | |
| 0374 | JANNEY MONTGOMERY SCOTT LLC<br>REGINA LUTZ ADP<br>1801 MARKET STREET<br>9TH FLOOR<br>PHILADEPHIA PA 19103-1675 | 64,705 | |



JOHN GLIDDEN VP
DISTRIBUTED ENERGY SYSTEMS CORP
10 TECHNOLOGY DRIVE
WALLINGFORD CT 06492



| SECURITY DESCRIPTION | CUSIP NUMBER | CUTOFF DATE | RECORD DATE | MEETING DATE | PAGE |
|---|---|---|---|---|---|
| DISTRIBUTED ENERGY SYSTEMS CORPORATION + | 25475V104 | 00/00/00 | 04/22/08 | 06/19/08 | 9 |