

THE DEPOSITORY TRUST AND
CLEARING CORPORATION

REPORT DATE 04/22/08

# SECURITY POSITION LISTING

| PARTICIPANT NO. | NAME | | LONG (DEBIT) | SHORT (CREDIT) |
|---|---|---|---|---|
| 0019 | JEFFERIES & COMPANY, INC.<br>CHARLES ERRIGO<br>HARBORSIDE FINANCIAL CENTER<br>705 PLAZA 3,<br>JERSEY CITY NJ 07311 | ADP | 72,289 | |
| 2164 | JPMORGAN CHASE BANK/CORRESPONDENCE CLEARING SERVICES 2<br>SANJAY GHULIANI<br>PARADIGM, B WING, FLOOR 6<br>MINDSPACE, MALAD (W)<br>MUMBAI 400 064 INDIA IN 00000 | | 399,370 | |
| 2357 | JPMORGAN CHASE BANK/IA<br>SANJAY GHULIANI<br>PARADIGM, B WING, FLOOR 6<br>MINDSPACE, MALAD (W)<br>MUMBAI 400 064 INDIA IN 00000 | | 593,673 | |
| 2255 | JPMORGAN CHASE BANK/PCS SHARED SERVICES<br>CHRIS BUCK<br>340 SOUTH CLEVELAND AVE<br>BLDG 350<br>WESTERVILLE OH 43081 | ADP | 1,000 | |
| 0902 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>SANJAY GHULIANI<br>PARADIGM, B WING , FLOOR 6<br>MINDSPACE, MALAD (W)<br>MUMBAI 400 064 INDIA IN 00000 | | 200,461 | |
| 2205 | KEYBANK NATIONAL ASSOCIATION<br>KAREN BEDNARSKI<br>4900 TIEDEMAN ROAD<br>BROOKLYN OH 44144 | ADP | 1,000 | |

JOHN GLIDDEN VP
DISTRIBUTED ENERGY SYSTEMS CORP
10 TECHNOLOGY DRIVE
WALLINGFORD CT 06492

| SECURITY DESCRIPTION | CUSIP NUMBER | CUTOFF DATE | RECORD DATE | MEETING DATE | PAGE |
|---|---|---|---|---|---|
| DISTRIBUTED ENERGY SYSTEMS CORPORATION + | 25475V104 | 00/00/00 | 04/22/08 | 06/19/08 | 10 |



THE DEPOSITORY TRUST AND
CLEARING CORPORATION

REPORT DATE 04/22/08

# SECURITY POSITION LISTING

| PARTICIPANT NO. | NAME | LONG (DEBIT) | SHORT (CREDIT) |
|---|---|---|---|
| 5001 | LAURENTIAL BANK OF CANADA**<br>SARAH QUESNEL<br>1981 MCGILL COLLEGE AVE<br>SUITE 100<br>MONTREAL QUEBEC H3A 3K3 BC CA H3A 3K3 | 500 | |
| 0052 | LEGENT CLEARING LLC<br>ISSUER SERVICES<br>C/O ADP PROXY SERVICES<br>51 MERCEDES WAY<br>EDGEWOOD NY 11717 | 17,384 | |
| 0074 | LEHMAN BROTHERS, INC.<br>JIM GARDINER ADP<br>REORG<br>70 HUDSON<br>JERSEY CITY NJ 07302 | 152,661 | |
| 0075 | LPL FINANCIAL CORPORATION<br>ROSANN TANNER<br>9785 TOWNE CTR DRIVE<br>SAN DIEGO CA 92121-1968 | 50,296 | |
| 0992 | M&I MARSHALL & ILSLEY BANK<br>ISSUER SERVICES<br>C/O ADP PROXY SERVICES<br>51 MERCEDES WAY<br>EDGEWOOD NY 11717 | 12,784 | |
| 0287 | MARSCO INVESTMENT CORPORATION<br>KAREN JACOBSEN<br>101 EISENHOWER PARKWAY<br>ROSELAND NJ 07068 | 1,600 | |

JOHN GLIDDEN VP
DISTRIBUTED ENERGY SYSTEMS CORP
10 TECHNOLOGY DRIVE
WALLINGFORD CT 06492

| SECURITY DESCRIPTION | CUSIP NUMBER | CUTOFF DATE | RECORD DATE | MEETING DATE | PAGE |
|---|---|---|---|---|---|
| DISTRIBUTED ENERGY SYSTEMS CORPORATION + | 25475V104 | 00/00/00 | 04/22/08 | 06/19/08 | 11 |



THE DEPOSITORY TRUST AND
CLEARING CORPORATION

REPORT DATE 04/22/08

# SECURITY POSITION LISTING

| PARTICIPANT NO. | NAME | | LONG (DEBIT) | SHORT (CREDIT) |
|---|---|---|---|---|
| 0954 | MELLON TRUST OF NEW ENGLAND, NATIONAL ASSOCIATION<br>MELISSA TARASOVICH<br>525 WILLIAM PENN PLACE<br>SUITE 3418<br>PITTSBURGH PA 15259 | ADP | 133,317 | |
| 5198 | MERRILL LYNCH, PIERCE FENNER & SMITH SAFEKEEPING<br>VERONICA E. O'NEILL<br>101 HUDSON STREET<br>8TH FLOOR<br>JERSEY CITY NJ 07302 | | 2,329,976 | |
| 0472 | MERRIMACK VALLEY INVESTMENT INC.<br>DAN SULLIVAN<br>109 MERRIMUCK ST<br>HAVERHILL MA 01830 | | 5,500 | |
| 0727 | MESIROW FINANCIAL, INC.<br>GAIL CORTESE<br>350 N. CLARK STREET<br>2ND FLOOR<br>CHICAGO IL 60610 | ADP | 36,835 | |
| 0650 | MF GLOBAL INC.<br>JAMES ARENELLA<br>717 FIFTH AVENUE<br>NEW YORK NY 10022 | | 200 | |
| 2888 | MIZUHO TRUST & BANKING CO. (USA)<br>ROBERT KOWALEWSKI<br>666 FIFTH AVENUE<br>NEW YORK NY 10103 | ADP | 400 | |

JOHN GLIDDEN VP
DISTRIBUTED ENERGY SYSTEMS CORP
10 TECHNOLOGY DRIVE
WALLINGFORD CT 06492

| SECURITY DESCRIPTION | CUSIP NUMBER | CUTOFF DATE | RECORD DATE | MEETING DATE | PAGE |
|---|---|---|---|---|---|
| DISTRIBUTED ENERGY SYSTEMS CORPORATION + | 25475V104 | 00/00/00 | 04/22/08 | 06/19/08 | 12 |



THE DEPOSITORY TRUST AND
CLEARING CORPORATION

REPORT DATE 04/22/08

# SECURITY POSITION LISTING

| PARTICIPANT NO. | NAME | | LONG (DEBIT) | SHORT (CREDIT) |
|---|---|---|---|---|
| 0050 | MORGAN STANLEY & CO. INCORPORATED<br>MICHELLE FORD<br>901 SOUTH BOND ST<br>6TH FL<br>BALTIMORE MD 21231 | ADP | 70,069 | |
| 0015 | MORGAN STANLEY & CO INCORPORATED/RETAIL<br>JOHN STAHLMAN<br>HARBORSIDE FINANCIAL CENTER<br>PLAZA 3, 4TH FLOOR<br>JERSEY CITY NJ 07311 | | 634,753 | |
| 7309 | MORGAN STANLEY-INTERNATIONAL LIMITED<br>DAN SPADACCINI<br>901 SOUTH BOND ST<br>6TH FL<br>BALTIMORE MD 21231 | | 15,000 | |
| 0780 | MORGAN, KEEGAN & COMPANY, INC.<br>CAROL ANTLEY<br>50 NORTH FRONT STREET<br>MEMPHIS TN 38103 | ADP | 10,804 | |
| 2316 | NATIONAL CITY BANK<br>HALLE STASKEY<br>4100 WEST. 150TH STREET<br>CLEVELAND OH 44135 | ADP | 100 | |
| 0226 | NATIONAL FINANCIAL SERVICES LLC<br>LOU TREZZA<br>200 LIBERTY STREET<br>NEW YORK CITY NY 10281 | | 3,498,069 | |

JOHN GLIDDEN VP
DISTRIBUTED ENERGY SYSTEMS CORP
10 TECHNOLOGY DRIVE
WALLINGFORD CT 06492

| SECURITY DESCRIPTION | CUSIP NUMBER | CUTOFF DATE | RECORD DATE | MEETING DATE | PAGE |
|---|---|---|---|---|---|
| DISTRIBUTED ENERGY SYSTEMS CORPORATION + | 25475V104 | 00/00/00 | 04/22/08 | 06/19/08 | 13 |

THE DEPOSITORY TRUST AND
CLEARING CORPORATION

REPORT DATE 04/22/08

# SECURITY POSITION LISTING

| PARTICIPANT NO. | NAME | | LONG (DEBIT) | SHORT (CREDIT) |
|---|---|---|---|---|
| 5008 | NBCN INC.**<br>DANIEL NTAP<br>1010 RUE DE LA GAUCHETIERE ST WEST<br>SUITE 1925<br>MONTREAL QC CA H3B 5J2 | | 48,982 | |
| 0608 | NEWEDGE USA, LLC/EQUITY CLEARING DIV<br>JAY SPITZER<br>630 FIFTH AVENUE<br>SUITE 500<br>NEW YORK NY 10111 | | 10,600 | |
| 2951 | NOMURA INTERNATIONAL TRUST COMPANY<br>PATRICIA LYNCH<br>2 WORLD FINANCIAL CENTER<br>BUILDING B 18TH FL<br>NEW YORK NY 10281 | ADP | 27,100 | |
| 0297 | NORTH AMERICAN CLEARING, INC.<br>APRIL MEADE<br>1385 WEST STATE ROAD 434<br>LONGWOOD FL 32750 | | 460 | |
| 2669 | NORTHERN TRUST COMPANY (THE)<br>BRIAN KLUCZNIK<br>801 S CANAL STREET<br>ATTN: CAPITAL STRUCTURES-C1N<br>CHICAGO IL 60607 | | 46,084 | |
| 0571 | OPPENHEIMER & CO. INC.<br>OSCAR MAZARIO<br>125 BROAD STREET<br>15TH FLOOR<br>NEW YORK NY 10004 | ADP | 201,545 | |

JOHN GLIDDEN VP
DISTRIBUTED ENERGY SYSTEMS CORP
10 TECHNOLOGY DRIVE
WALLINGFORD CT 06492

| SECURITY DESCRIPTION | CUSIP NUMBER | CUTOFF DATE | RECORD DATE | MEETING DATE | PAGE |
|---|---|---|---|---|---|
| DISTRIBUTED ENERGY SYSTEMS CORPORATION + | 25475V104 | 00/00/00 | 04/22/08 | 06/19/08 | 14 |



THE DEPOSITORY TRUST AND
CLEARING CORPORATION

REPORT DATE 04/22/08

## SECURITY POSITION LISTING

| PARTICIPANT NO. | NAME | | LONG (DEBIT) | SHORT (CREDIT) |
|---|---|---|---|---|
| 0338 | OPTIONSXPRESS, INC.<br>SCOTT JOHNSON<br>311 W. MONROE STREET<br>CHICAGO IL 60606 | | 107,376 | |
| 0234 | PENSON FINANCIAL SERVICES, INC.<br>JAMES MCGRATH<br>1700 PACIFIC AVENUE<br>SUITE 1400<br>DALLAS TX 75201 | ADP | 264,155 | |
| 5063 | PENSON FINANCIAL SERVICES, INC.**<br>ROBERT MCPHEARSON<br>330 BAY ST SUITE 711<br>TORONTO ON CA M5H 2S8 | | 68,826 | |
| 8086 | PERELMAN-CARLEY & ASSOCIATES,INC<br>STEVE PERELMAN PRINCE<br>TWIN TOWERS<br>3000 FARNAM ST<br>OMAHA NE 68131 | | 770 | |
| 0443 | PERSHING LLC<br>AL HERNANDEZ<br>SECURITIES CORPORATION<br>1 PERSHING PLAZA<br>JERSEY CITY NJ 07399 | ADP | 1,778,775 | |
| 0311 | PIPER JAFFRAY & CO.<br>STEPHEN KYLLO<br>800 NICOLLET MALL<br>J2012087, RECON CTL<br>MINNEAPOLIS MN 55402 | ADP | 2,500 | |

JOHN GLIDDEN VP
DISTRIBUTED ENERGY SYSTEMS CORP
10 TECHNOLOGY DRIVE
WALLINGFORD CT 06492

| SECURITY DESCRIPTION | CUSIP NUMBER | CUTOFF DATE | RECORD DATE | MEETING DATE | PAGE |
|---|---|---|---|---|---|
| DISTRIBUTED ENERGY SYSTEMS CORPORATION + | 25475V104 | 00/00/00 | 04/22/08 | 06/19/08 | 15 |



THE DEPOSITORY TRUST AND CLEARING CORPORATION

REPORT DATE 04/22/08

# SECURITY POSITION LISTING

| PARTICIPANT NO. | NAME | | LONG (DEBIT) | SHORT (CREDIT) |
|---|---|---|---|---|
| 2616 | PNC BANK, NATIONAL ASSOCIATION<br>ROB HALLOWELL<br>8800 TINICUM BLVDT<br>MS F6-F266-02-2<br>PHILADELPHIA PA 19153 | ADP | 1,112,230 | |
| 0701 | PRIMEVEST FINANCIAL SERVICES, INC.<br>MARK SCHOUVILLER<br>400 1ST STREET SOUTH<br>ST. CLOUD MN 56301 | ADP | 13,821 | |
| 5076 | RAYMOND JAMES LTD./CDS**<br>AARON STEINBERG<br>333 SEYMOUR STREET<br>SUITE 800<br>VANCOUVER V6B 5E2 BC 00000 | | 400 | |
| 0725 | RAYMOND, JAMES & ASSOCIATES, INC.<br>MIKE DILLARD<br>880 CARILION PARKWAY<br>P.O. BOX 12749<br>ST. PETERSBURG FL 33716 | ADP | 133,609 | |
| 0235 | RBC CAPITAL MARKETS CORPORATION<br>STEVE SCHAFER SR<br>510 MARQUETTE AVE SOUTH<br>MINNEAPOLIS MN 55402 | ADP | 195,534 | |
| 5002 | RBC DOMINION SECURITIES, INC.**<br>KAREN OLIVERES<br>200 BAY STREET, 6TH FLOOR<br>ROYAL BANK PLAZA NORTH TOWER<br>TORONTO ON CA M5J 2W7 | | 93,381 | |

JOHN GLIDDEN VP
DISTRIBUTED ENERGY SYSTEMS CORP
10 TECHNOLOGY DRIVE
WALLINGFORD CT 06492

| SECURITY DESCRIPTION | CUSIP NUMBER | CUTOFF DATE | RECORD DATE | MEETING DATE | PAGE |
|---|---|---|---|---|---|
| DISTRIBUTED ENERGY SYSTEMS CORPORATION + | 25475V104 | 00/00/00 | 04/22/08 | 06/19/08 | 16 |



THE DEPOSITORY TRUST AND
CLEARING CORPORATION

REPORT DATE 04/22/08

## SECURITY POSITION LISTING

| PARTICIPANT NO. | NAME | | LONG (DEBIT) | SHORT (CREDIT) |
|---|---|---|---|---|
| 0158 | RIDGE CLEARING & OUTSOURCING SOLUTIONS, INC.<br>BOB MARAZANO<br>55 WATER ST<br>32ND FLOOR<br>NEW YORK NY 10041 | | 169,878 | |
| 0013 | SANFORD C. BERNSTEIN & CO., LLC<br>CARMINE CARRELLA<br>ONE NORTH LEXINGTON AVE<br>WHITE PLAINS NY 10601 | ADP | 779 | |
| 5011 | SCOTIA CAPITAL INC **<br>NORMITA RAMIREZ<br>P.O. BOX 4085<br>STATION "A"<br>TORONTO ON CA M5W 2X6 | | 29,795 | |
| 0705 | SCOTTRADE, INC.<br>C/O ADP PROXY SERVICES (631)254-7400 | ADP | 2,712,313 | |
| 2039 | SEI PRIVATE TRUST COMPANY<br>DAN CWALINA<br>ONE FREEDOM VALLEY DRIVE<br>OAKS PA 19456 | ADP | 1,528 | |
| 0286 | SG AMERICAS SECURITIES, LLC<br>PETE SCAVONE<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | ADP | 55 | |
| 0494 | SMITH, MOORE & CO.<br>BARBARA KRAFT<br>400 LOCUST STREET<br>ST. LOUIS MO 63102 | ADP | 12,200 | |

JOHN GLIDDEN VP
DISTRIBUTED ENERGY SYSTEMS CORP
10 TECHNOLOGY DRIVE
WALLINGFORD CT 06492

| SECURITY DESCRIPTION | CUSIP NUMBER | CUTOFF DATE | RECORD DATE | MEETING DATE | PAGE |
|---|---|---|---|---|---|
| DISTRIBUTED ENERGY SYSTEMS CORPORATION + | 25475V104 | 00/00/00 | 04/22/08 | 06/19/08 | 17 |

# SECURITY POSITION LISTING

| PARTICIPANT NO. | NAME | | LONG (DEBIT) | SHORT (CREDIT) |
|---|---|---|---|---|
| 0279 | SOUTHWEST SECURITIES, INC.<br>CHRISTINA FINZEN<br>1201 ELM STREET<br>SUITE 3700<br>DALLAS TX 75270 | ADP | 27,050 | |
| 2767 | SSB - IBT/BGI<br>TOM BRODERICK<br>1776 HERITAGE DRIVE<br>NORTH QUINCY MA 02171 | ADP | 476,888 | |
| 2212 | STATE STREET BANK & TRUST CO/IBT<br>TOM BRODERICK<br>1776 HERITAGE DRIVE<br>NORTH QUINCY MA 02171 | ADP | 7,513 | |
| 0997 | STATE STREET BANK AND TRUST COMPANY<br>PAUL DESHARNAIS<br>1776 HERITAGE DR.<br>NORTH QUINCY MA 02171 | ADP | 328,657 | |
| 2399 | STATE STREET BANK AND TRUST COMPANY/DEUTSCHE BANK FRANKFURT<br>PAUL DESHARNAIS<br>1776 HERITAGE DRIVE<br>NORTH QUINCY MA 02171 | | 15,600 | |
| 0419 | STEPHENS, INC.<br>LINDA THOMPSON<br>111 CENTER STREET<br>4TH FLOOR<br>LITTLE ROCK AR 72201-4402 | ADP | 500 | |

JOHN GLIDDEN VP
DISTRIBUTED ENERGY SYSTEMS CORP
10 TECHNOLOGY DRIVE
WALLINGFORD CT 06492

| SECURITY DESCRIPTION | CUSIP NUMBER | CUTOFF DATE | RECORD DATE | MEETING DATE | PAGE |
|---|---|---|---|---|---|
| DISTRIBUTED ENERGY SYSTEMS CORPORATION + | 25475V104 | 00/00/00 | 04/22/08 | 06/19/08 | 18 |



THE DEPOSITORY TRUST AND CLEARING CORPORATION

REPORT DATE 04/22/08

# SECURITY POSITION LISTING

| PARTICIPANT NO. | NAME | | LONG (DEBIT) | SHORT (CREDIT) |
|---|---|---|---|---|
| 0750 | STERNE, AGEE & LEACH, INC.<br>MARIBETH WILLIAMS<br>813 SHADES CREEK PARKWAY<br>SUITE 100-B<br>BIRMINGHAM AL 35242 | ADP | 11,900 | |
| 0793 | STIFEL, NICOLAUS & COMPANY INCORPORATED<br>CHRIS WIEGAND<br>501 N. BROADWAY 7TH FL<br>STOCK RECORD DEPT<br>ST. LOUIS MO 63102 | ADP | 36,235 | |
| 0445 | STOCKCROSS FINANCIAL SERVICES, INC.<br>CORINNE MOCCIA<br>ONE WASHINGTON MALL<br>BOSTON MA 02108 | ADP | 1,000 | |
| 2971 | SUNTRUST BANK<br>JULIA COLANTUONO<br>P. O. BOX 105504<br>CENTER 3141<br>ATLANTA GA 30348-5504 | ADP | 3,000 | |
| 0012 | SWISS AMERICAN SECURITIES INC.<br>JANICA BRINK<br>12 EAST 49TH STREET<br>41ST FLOOR<br>NEW YORK NY 10017 | ADP | 269,855 | |
| 0188 | TD AMERITRADE CLEARING, INC.<br>C/O ADP PROXY SERVICES (631)254-7723 | ADP | 5,201,015 | |

JOHN GLIDDEN VP
DISTRIBUTED ENERGY SYSTEMS CORP
10 TECHNOLOGY DRIVE
WALLINGFORD CT 06492

| SECURITY DESCRIPTION | CUSIP NUMBER | CUTOFF DATE | RECORD DATE | MEETING DATE | PAGE |
|---|---|---|---|---|---|
| DISTRIBUTED ENERGY SYSTEMS CORPORATION + | 25475V104 | 00/00/00 | 04/22/08 | 06/19/08 | 19 |






# SECURITY POSITION LISTING

| PARTICIPANT NO. | NAME | | LONG (DEBIT) | SHORT (CREDIT) |
|---|---|---|---|---|
| 5036 | TD WATERHOUSE CANADA INC.**<br>BEVERLY ADAMS<br>60 NORTH WINDPLACE<br>SCARBOROUGH ON CA M1S 5L4 | | 240,993 | |
| 0364 | TERRA NOVA FINANCIAL, LLC<br>RAY BURLEY<br>100 S. WACKER DRIVE<br>SUITE 1550<br>CHICAGO IL 60606 | | 2,530 | |
| 2622 | TEXAS TREASURY SAFEKEEPING TRUST COMPANY<br>JANIE DOMINGUEZ<br>208 E. 10TH STREET<br>ROOM 410<br>AUSTIN TX 78701 | | 102 | |
| 0549 | TIMBER HILL LLC<br>MILTON OTERO<br>1 PICKWICK PLAZA<br>GREENWICH CT 06830 | | 62 | |
| 0271 | TRADESTATION SECURITIES, INC.<br>RICK GORDON<br>8050 SW 10TH STREET<br>SUITE 2000<br>PLANTATION FL 33324 | | 108,136 | |
| 2803 | U.S. BANK N.A.<br>TIM RANDALL<br>ATTN: SECURITIES CONTROL<br>1555 N. RIVERCENTER DR STE 302<br>MILWAUKEE WI 53212 | ADP | 12,819 | |

JOHN GLIDDEN VP
DISTRIBUTED ENERGY SYSTEMS CORP
10 TECHNOLOGY DRIVE
WALLINGFORD CT 06492

| SECURITY DESCRIPTION | CUSIP NUMBER | CUTOFF DATE | RECORD DATE | MEETING DATE | PAGE |
|---|---|---|---|---|---|
| DISTRIBUTED ENERGY SYSTEMS CORPORATION + | 25475V104 | 00/00/00 | 04/22/08 | 06/19/08 | 20 |

THE DEPOSITORY TRUST AND
CLEARING CORPORATION

REPORT DATE 04/22/08

# SECURITY POSITION LISTING

| PARTICIPANT NO. | NAME | | LONG (DEBIT) | SHORT (CREDIT) |
|---|---|---|---|---|
| 0221 | UBS FINANCIAL SERVICES INC.<br>JANE FLOOD<br>1200 HARBOR BLVD<br>WEEHAWKEN NJ 07086 | | 398,397 | |
| 0642 | UBS SECURITIES LLC<br>JOHN MALLOY<br>480 WASHINGTON BLVD<br>JERSEY CITY NJ 07310 | ADP | 13 | |
| 0280 | US BANCORP INVESTMENTS, INC.<br>KATHY DABRUZZI<br>60 LIVINGSTON AVE<br>EP-MN-WN2H<br>ST. PAUL MN 55107-1419 | | 2,112 | |
| 0367 | USAA INVESTMENT MANAGEMENT COMPANY<br>ISSUER SERVICES<br>C/O ADP PROXY SERVICES<br>51 MERCEDES WAY<br>EDGEWOOD NY 11717 | | 198,821 | |
| 0362 | W.H. REAVES & CO., INC.<br>SHERYL WOODS<br>10 EXCHANGE PLACE<br>JERSEY CITY NJ 07302 | ADP | 200 | |
| 0201 | WACHOVIA SECURITIES, LLC<br>BILL STEPHENSON<br>ONE NORTH JEFFERSON AVENUE<br>ST LOUIS MO 63103 | ADP | 308,520 | |

JOHN GLIDDEN VP
DISTRIBUTED ENERGY SYSTEMS CORP
10 TECHNOLOGY DRIVE
WALLINGFORD CT 06492

| SECURITY DESCRIPTION | CUSIP NUMBER | CUTOFF DATE | RECORD DATE | MEETING DATE | PAGE |
|---|---|---|---|---|---|
| DISTRIBUTED ENERGY SYSTEMS CORPORATION + | 25475V104 | 00/00/00 | 04/22/08 | 06/19/08 | 21 |



THE DEPOSITORY TRUST AND
CLEARING CORPORATION

REPORT DATE 04/22/08

## SECURITY POSITION LISTING

| PARTICIPANT NO. | NAME | | LONG (DEBIT) | SHORT (CREDIT) |
|---|---|---|---|---|
| 0103 | WEDBUSH MORGAN SECURITIES, INC.<br>ALICIA GONZALES<br>1000 WILSHIRE BLVD<br>LOS ANGELES CA 90017 | ADP | 11,893 | |
| 0733 | WELLS FARGO INVESTMENTS, LLC<br>MARGARET KLASEN<br>625 MARQUETTE AVENUE<br>13TH FLOOR<br>MINNEAPOLIS MN 55402-2308 | ADP | 141,230 | |
| 0771 | WILLIAM BLAIR & COMPANY, L.L.C.<br>STEVE DEBERNARDO<br>C/O ADP PROXY SERVICES<br>51 MERCEDES WAY<br>EDGEWOOD NY 11717 | ADP | 5,496 | |
| 0283 | WILSON-DAVIS & CO., INC.<br>BILL WALKER<br>236 SOUTH MAIN STREET<br>SALT LAKE CITY UT 84101 | | 15,000 | |
| | GRAND TOTAL | | 38,314,378 | |

JOHN GLIDDEN VP
DISTRIBUTED ENERGY SYSTEMS CORP
10 TECHNOLOGY DRIVE
WALLINGFORD CT 06492

| SECURITY DESCRIPTION | CUSIP NUMBER | CUTOFF DATE | RECORD DATE | MEETING DATE | PAGE |
|---|---|---|---|---|---|
| DISTRIBUTED ENERGY SYSTEMS CORPORATION + | 25475V104 | 00/00/00 | 04/22/08 | 06/19/08 | 22 |