# LIST OF SHAREHOLDERS
# DISTRIBUTED ENERGY SYSTEMS CORP (11329)

| | | | |
|---|---|---|---|
| Account: 0000010148 Total: 225.000<br>Cert: 225.000<br>DR: 0.000<br>SONYA GRACE ABBRUZESE<br>121 RICHARD STREET<br>WEST HARTFORD CT | Account: 0000010988 Total: 185.000<br>Cert: 185.000<br>DR: 0.000<br>DENNIS ALBERTS<br>PO BOX 345<br>WAITSFIELD, VT 05673-0345 | Account: 0000011022 Total: 3,043.000<br>Cert: 3,043.000<br>DR: 0.000<br>DENNIS ALBERTS<br>PO BOX 11330<br>CHICAGO, IL 60611-0330 | Account: 0000010837 Total: 1,151.000<br>Cert: 1,151.000<br>DR: 0.000<br>DENNIS J ALBERTS<br>PO BOX 345<br>WAITSFIELD, VT 05673-0345 |
| Account: 0000011021 Total: 930.000<br>Cert: 930.000<br>DR: 0.000<br>JAMES ALLEN<br>1324 JAMES RD<br>WEYBRIDGE, VT 05753-9531 | Account: 0000010421 Total: 1,827.000<br>Cert: 1,827.000<br>DR: 0.000<br>EVERETT ANDERSON<br>100 FAIRWAY CROSSING<br>GLASTONBURY, CT 06033-1492 | Account: 0000010951 Total: 5.000<br>Cert: 5.000<br>DR: 0.000<br>PAUL ANDREWS<br>200 S BANANA RIVER DR LOTF8<br>MERRITT ISLAND, FL 32952-3031 | Account: 0000010301 Total: 1,000.000<br>Cert: 1,000.000<br>DR: 0.000<br>STEVEN ANDROSS &<br>JILL ANDROSS JTTEN<br>1583 ELLINGTON RD<br>SOUTH WINDSOR, CT 06074-2702 |
| Account: 0000010446 Total: 100.000<br>Cert: 100.000<br>DR: 0.000<br>CAROL J ANNING &<br>LESLIE V ANNING<br>JT TEN<br>35887 SPRINGVALE ST<br>FARMINGTON HILLS, MI 48331-1353 | Account: 0000011253 Total: 4,835.000<br>Cert: 4,835.000<br>DR: 0.000<br>TREVOR ATKINSON<br>PO BOX 264<br>WAITSFIELD VT 05673 | Account: 0000010591 Total: 10.000<br>Cert: 10.000<br>DR: 0.000<br>SUSAN A ATWATER &<br>CHARLES T ATWATER<br>JT TEN<br>BOX 1119<br>MAYER, AZ 86333-1119 | Account: 0000011323 Total: 3,026.000<br>Cert: 3,026.000<br>DR: 0.000<br>KATHERINE AYERS<br>21 MARTIN TERRACE<br>GLASTONBURY CT 06033 |
| Account: 0000011230 Total: 507.000<br>Cert: 507.000<br>DR: 0.000<br>GREGORY AYLWARD<br>41 WHITE PINE DRIVE<br>WAITSFIELD, VT 05673-6125 | Account: 0000011226 Total: 148.000<br>Cert: 148.000<br>DR: 0.000<br>GREGORY T AYLWARD<br>41 WHITE PINE DRIVE<br>WAITSFIELD, VT 05673-6125 | Account: 0000011171 Total: 730.000<br>Cert: 730.000<br>DR: 0.000<br>WILLIAM BAILEY<br>11 HIGH STREET<br>WEST HARTFORD, CT 06119-1518 | Account: 0000010981 Total: 1,400.000<br>Cert: 1,400.000<br>DR: 0.000<br>WILLIAM BAILEY<br>11 HIGH STREET<br>WEST HARTFORD, CT 06119-1518 |
| Account: 0000010248 Total: 100.000<br>Cert: 100.000<br>DR: 0.000<br>CRYSTAL BARRETT<br>46545 PEBBLRBROOK PL<br>STERLING VA 20165-7323 | Account: 0000010362 Total: 1,000.000<br>Cert: 1,000.000<br>DR: 0.000<br>RICHARD BATES CUST<br>MADISON FINK<br>UNDER THE MA UNIF TRAN MIN ACT<br>34 RITTENHOUSE TER<br>SPRINGFIELD, MA 01108-2234 | Account: 0000010839 Total: 627.000<br>Cert: 627.000<br>DR: 0.000<br>NILS BEHN<br>460 RANKIN ROAD<br>MORETOWN, VT 05660-9352 | Account: 0000011111 Total: 351.000<br>Cert: 351.000<br>DR: 0.000<br>NILS BEHN<br>510 RANKIN ROAD<br>MORETOWN, VT 05660-9229 |
| Account: 0000011324 Total: 226.000<br>Cert: 226.000<br>DR: 0.000<br>DAVID BELANGER<br>187 FOGGY MOUNTAIN RD<br>WATERBURY VT 05676 | Account: 0000010954 Total: 4,401.000<br>Cert: 4,401.000<br>DR: 0.000<br>ERIC BENEDICT<br>11 UPPER SUNNYBROOK ROAD<br>MIDDLESEX, VT 05602-8741 | Account: 0000010678 Total: 2.000<br>Cert: 2.000<br>DR: 0.000<br>GREGORY W BENNETT<br>136 WHITESBORO ST<br>YORKVILLE, NY 13495-1321 | Account: 0000010679 Total: 2.000<br>Cert: 2.000<br>DR: 0.000<br>RYAN E BENNETT<br>3313 B LIBERTY WAY<br>HILL AFB, UT 84056-1479 |

# LIST OF SHAREHOLDERS
# DISTRIBUTED ENERGY SYSTEMS CORP (11329)

**Account: 0000010297** Total: **600.000** Cert: 600.000 DR: 0.000
STEPHEN BERARD
10 INLAND DR
VERNON, CT 06066-4305

**Account: 0000010654** Total: **400.000** Cert: 400.000 DR: 0.000
DURWOOD BERINGER
43 LANG RD
WINDSOR, CT 06095-1550

**Account: 0000010688** Total: **645.000** Cert: 645.000 DR: 0.000
DURWOOD M BERINGER
43 LANG RD
WINDSOR, CT 06095-1550

**Account: 0000010794** Total: **679.000** Cert: 679.000 DR: 0.000
CHRISTOPHER BEVINGTON
1184 NORTH ROAD
WAITSFIELD, VT 05673-6172

**Account: 0000011276** Total: **172.000** Cert: 172.000 DR: 0.000
CHRISTOPHER BEVINGTON
29 BLACKWELL STREET
BARRE VT 05641

**Account: 0000011038** Total: **35.000** Cert: 35.000 DR: 0.000
GLENN BISHOP &
BETTY BISHOP JT TEN
11701 ROYAL COACH DR
YUKON, OK 73099-8116

**Account: 0000011227** Total: **35.000** Cert: 35.000 DR: 0.000
STEVEN HENRY BLAZUK JR
174 E CHIPPENS HILL
BURLINGTON, CT 06013-2111

**Account: 0000010748** Total: **200.000** Cert: 200.000 DR: 0.000
GLADYS T BLOMQUIST TTEE
UA 11/19/96
GLADYS T BLOMQUIST REV TRUST
9835 WOODSTOCK LN
PORT RICHEY FL 34668-4266357

**Account: 0000010617** Total: **750.000** Cert: 750.000 DR: 0.000
STEPHEN D BLOOD &
CONNIE BLOOD
JT TEN
1225 MARTHA CUSTIS DR
SUITE C-7
ALEXANDRIA, VA 22302-2040

**Account: 0000010522** Total: **100.000** Cert: 100.000 DR: 0.000
ANDREW J BLOOM
15 TIMOTHY DRIVE
WEST HARTFORD, CT 06110-2027

**Account: 0000010153** Total: **600.000** Cert: 600.000 DR: 0.000
DAVID BOMBETO
30 HILLTOP DRIVE
MANCHESTER, CT 06042-3442

**Account: 0000011016** Total: **188.000** Cert: 188.000 DR: 0.000
BOMOSEEN ASSOCIATES LP
THEODORE STERN GP
ELIZABETH STERN GP
1943 WIGHTMAN ST
PITTSBURGH, PA 15217-1537

**Account: 0000011049** Total: **1,434.000** Cert: 1,434.000 DR: 0.000
BOMOSEEN ASSOCIATES LP
THEODORE STERN GP
ELIZABETH STERN GP
2970 ONE PPG PLACE
PITTSBURGH, PA 15222-5419

**Account: 0000010154** Total: **900.000** Cert: 900.000 DR: 0.000
JANINE BONETTI
25 TEE LA.
WETHERSFIELD, CT 06109-4067

**Account: 0000010955** Total: **330.000** Cert: 330.000 DR: 0.000
NICHOLAS BORLAND
379 ELM STREET
MONTPELIER, VT 05602-2213

**Account: 0000010387** Total: **54.000** Cert: 54.000 DR: 0.000
JOEL BOULAY
264 EAST MAIN STREET #R2
MERIDEN, CT 06450-5614

**Account: 0000011297** Total: **50.000** Cert: 50.000 DR: 0.000
D VICTOR BRANAM &
JANET S BRANAM JTTEN
195 SUNNY SLOPES DRIVE
BLOOMINGTON IN 47401-7319

**Account: 0000010415** Total: **300.000** Cert: 300.000 DR: 0.000
STANTON A BREE &
MIRIAM E BREE
JT TEN
111 CABOT COURT
DOWNINGTOWN, PA 19335-4412

**Account: 0000010824** Total: **116.000** Cert: 116.000 DR: 0.000
TIMOTHY BRINSKO
PO BOX 153
SPARKS, NV 89432-0153

**Account: 0000010917** Total: **20.000** Cert: 20.000 DR: 0.000
TIMOTHY S. BRINSKO
PO BOX 153
SPARKS, NV 89432-0153

| | | | |
|---|---|---|---|
| Account: 0000010883 Total: 16,472.000<br>Cert: 16,472.000<br>DR: 0.000<br>BRIAN P BROWNING<br>120 WILD APPLE LANE<br>PO BOX 793<br>RICHMOND, VT 05477-0793 | Account: 0000010157 Total: 572.000<br>Cert: 572.000<br>DR: 0.000<br>BRIAN BURDICK<br>24 WEST RD. UNIT 26<br>ELLINGTON, CT 06029-4205 | Account: 0000010158 Total: 857.000<br>Cert: 857.000<br>DR: 0.000<br>MICHAEL D. BURDICK<br>37 CHARIS RD.<br>MANCHESTER, CT 06042-8236 | Account: 0000010055 Total: 23,636.000<br>Cert: 23,636.000<br>DR: 0.000<br>PAUL W. BURDICK<br>1707 N. BARTON ST.<br>ARLINGTON, VA 22201-4011 |
| Account: 0000011299 Total: 665.000<br>Cert: 665.000<br>DR: 0.000<br>MICHAEL BURKE<br>30 SILVER HILL ROAD<br>ANSONIA CT 06401 | Account: 0000010884 Total: 73.000<br>Cert: 73.000<br>DR: 0.000<br>GARRETT L BYWATERS<br>24 OLD CENTER<br>FAYSTON ROAD<br>WAITSFIELD, VT 05673-6081 | Account: 0000010771 Total: 124,847.000<br>Cert: 124,847.000<br>DR: 0.000<br>CALVERT WORLD VALUES<br>INTERNATIONAL EQUITY FUND<br>4550 MONTGOMERY AVENUE,SUITE 1000N<br>BETHESDA, MD 20814-3384 | Account: 0000010772 Total: 2,915.000<br>Cert: 2,915.000<br>DR: 0.000<br>CALVERT SOCIAL INVESTMENT FUND<br>BALANCED PORTFOLIO<br>4550 MONTGOMERY AVENUE,SUITE 1000N<br>BETHESDA, MD 20814-3384 |
| Account: 0000010385 Total: 6,175.000<br>Cert: 6,175.000<br>DR: 0.000<br>CHRISTOPHER CAPUANO<br>7L TOWNHOUSE RD<br>BROAD BROOK, CT 06016-9641 | Account: 0000010713 Total: 100.000<br>Cert: 100.000<br>DR: 0.000<br>LEE F CARROLL &<br>JUDITH A CARROLL JT TEN<br>43 EVANS STREET<br>PO BOX F<br>GORHAM, NH 03581-3090 | Account: 0000011304 Total: 822.000<br>Cert: 822.000<br>DR: 0.000<br>BLAKE CARTER<br>61 PLATTSVILLE AVE B1<br>NORWALK CT 06851 | Account: 0000010482 Total: 2,286.000<br>Cert: 2,286.000<br>DR: 0.000<br>WILLIAM J CASS<br>6 WINTERGREEN CIRCLE<br>SOUTHWICK, MA 01077-9224 |
| Account: 0000011237 Total: 1,000.000<br>Cert: 1,000.000<br>DR: 0.000<br>DAVID CASTAGNA<br>7 HASKELL LANE<br>DARIEN, CT 06820-3301 | Account: 0000010880 Total: 175.000<br>Cert: 175.000<br>DR: 0.000<br>RAFAEL CASTRO<br>3 INDIAN ROCK RD<br>WARREN, NJ 07059-5313 | Account: 0000010957 Total: 2,793.000<br>Cert: 2,793.000<br>DR: 0.000<br>AUSTIN CATE<br>4078 COUNTY ROAD<br>MONTPELIER, VT 05602-8647 | Account: 0000010001 Total: 38,365,726.000<br>Cert: 38,365,726.000<br>DR: 0.000<br>CEDE & CO (FAST ACCOUNT)<br>P O BOX 20<br>BOWLING GREEN STATION<br>NEW YORK, NY 10004-1408 |
| Account: 0000010958 Total: 546.000<br>Cert: 546.000<br>DR: 0.000<br>SUZANNE CHAMBERLIN<br>222 RAPHAEL ROAD<br>WAITSFIELD, VT 05673-7198 | Account: 0000010474 Total: 605.000<br>Cert: 605.000<br>DR: 0.000<br>KRISTEN CHAMPION<br>193 R BLUE HILL ROAD<br>DURHAM, CT 06422-3101 | Account: 0000010423 Total: 288.000<br>Cert: 288.000<br>DR: 0.000<br>KRISTEN E CHAMPION<br>193 R BLUE HILL ROAD<br>DURHAM, CT 06422-3101 | Account: 0000010990 Total: 445.000<br>Cert: 445.000<br>DR: 0.000<br>KIRAN KUMAR CHANNAKESHAVA<br>524 TERRACE DRIVE<br>WILLISTON, VT 05495-2132 |
| Account: 0000011119 Total: 394.000<br>Cert: 394.000<br>DR: 0.000<br>KIRAN KUMAR CHANNAKESHAVA<br>14 POINTE DRIVE<br>ESSEX JUNCTION, VT 05452-3945 | Account: 0000011290 Total: 40,282.000<br>Cert: 40,282.000<br>DR: 0.000<br>BERNARD H CHERRY<br>10 TECHNOLOGY DRIVE<br>WALLINGFORD CT 06492 | Account: 0000011028 Total: 459.000<br>Cert: 459.000<br>DR: 0.000<br>ROBERT CHMIELEWSKI<br>23810 BAUER-HOCKLEY<br>HOCKLEY, TX 77447-7115 | Account: 0000011175 Total: 187.000<br>Cert: 187.000<br>DR: 0.000<br>DAVE CHRISTENSEN<br>56 LAUREL ROAD<br>HARWINTON, CT 06791-2807 |

# LIST OF SHAREHOLDERS
# DISTRIBUTED ENERGY SYSTEMS CORP (11329)

| | | | |
|---|---|---|---|
| Account: 0000010841 Total: 697.000<br>Cert: 697.000<br>DR: 0.000<br>DAVE CHRISTENSEN<br>56 LAUREL ROAD<br>HARWINTON, CT 06791-2807 | Account: 0000010842 Total: 906.000<br>Cert: 906.000<br>DR: 0.000<br>ROBERT L CLAMPITT<br>PO BOX 753<br>WAITSFIELD, VT 05673-0753 | Account: 0000011173 Total: 212.000<br>Cert: 212.000<br>DR: 0.000<br>STEVEN COHEN<br>32 SALLY DRIVE<br>SOUTH WINDSOR, CT 06074-3548 | Account: 0000011193 Total: 4,154.000<br>Cert: 4,154.000<br>DR: 0.000<br>TREVOR COLE<br>80 FLETCHER ROAD<br>FAIRFAX, VT 05454-9537 |
| Account: 0000010843 Total: 4,788.000<br>Cert: 4,788.000<br>DR: 0.000<br>CLINT C COLEMAN<br>243 MAD MEADOWS RD<br>WARREN, VT 05674-9325 | Account: 0000010122 Total: 1,851.000<br>Cert: 1,851.000<br>DR: 0.000<br>CARLA C. COMEAU<br>583 HANCOCK ROAD<br>PITTSFIELD, MA 01201-2247 | Account: 0000011194 Total: 196.000<br>Cert: 196.000<br>DR: 0.000<br>WENDY CONANT<br>4489 ETHAN ALLEN HWY<br>NEW HAVEN, VT 05472-1094 | Account: 0000010697 Total: 20.000<br>Cert: 20.000<br>DR: 0.000<br>NANCY CONDON<br>2107 INDIAN BLANKET DR<br>LEAGUE CITY, TX 77573-7271 |
| Account: 0000010648 Total: 100.000<br>Cert: 100.000<br>DR: 0.000<br>JOHN CONNOLLY<br>25 SYLVESTER ST<br>CRANFORD, NJ 07016-2442 | Account: 0000011300 Total: 4,612.000<br>Cert: 4,612.000<br>DR: 0.000<br>CHRISTOPHER CONNOR<br>PO BOX 262<br>EAST MONTPELIER VT 05651 | Account: 0000010576 Total: 400.000<br>Cert: 400.000<br>DR: 0.000<br>ROBERT F CONROY &<br>SHIRLEY A CONROY<br>JT TEN<br>1042 FERNBROOK RD<br>ORANGE, CT 06477-1047 | Account: 0000010429 Total: 10.000<br>Cert: 10.000<br>DR: 0.000<br>MICHAEL CONWAY<br>4677 WEST PARK DR<br>FAIRVIEW PARK, OH 44126-2347 |
| Account: 0000011259 Total: 545.000<br>Cert: 545.000<br>DR: 0.000<br>KYLE COOK<br>1727 PLUMBWOOD WAY<br>HOUSTON TX 77058 | Account: 0000010759 Total: 100.000<br>Cert: 100.000<br>DR: 0.000<br>EDGAR W COONEY<br>24050 BLACKSTONE<br>OAK PARK, MI 48237-2057 | Account: 0000011224 Total: 85.000<br>Cert: 85.000<br>DR: 0.000<br>DANIEL COSTIN<br>140 BARRE STREET<br>MONTPELIER, VT 05602-3671 | Account: 0000010982 Total: 3,756.000<br>Cert: 3,756.000<br>DR: 0.000<br>WILLIAM COX<br>41 ROBERTS ROAD<br>WESTBROOK, CT 06498-1454 |
| Account: 0000010516 Total: 25.000<br>Cert: 25.000<br>DR: 0.000<br>B J CRITE<br>4600 BEECHWOOD ST APT 55<br>BAKERSFIELD CA 93309-6489 | Account: 0000011004 Total: 300.000<br>Cert: 300.000<br>DR: 0.000<br>PAMELA JANE CURBELO<br>174 CEDAR ST<br>STURBRIDGE, MA 01566-1358 | Account: 0000010730 Total: 111.000<br>Cert: 111.000<br>DR: 0.000<br>DAVID P DAHLKE<br>5042 AYLESWORTH<br>LINCOLN, NE 68504-3160 | Account: 0000011013 Total: 1,051.000<br>Cert: 1,051.000<br>DR: 0.000<br>DEBORAH M DANFORTH<br>78 ROCK GARDEN TERRACE<br>ROCHESTER, VT 05767-9772 |
| Account: 0000011268 Total: 1,627.000<br>Cert: 1,627.000<br>DR: 0.000<br>WILLIAM DANFORTH<br>78 ROCK GARDEN TERRACE<br>ROCHESTER VT 05767 | Account: 0000010845 Total: 418.000<br>Cert: 418.000<br>DR: 0.000<br>WILLIAM L DANFORTH<br>78 ROCK GARDEN TERRACE<br>ROCHESTER, VT 05767-9772 | Account: 0000011148 Total: 742.000<br>Cert: 742.000<br>DR: 0.000<br>SHAZREEN MEOR DANIAL<br>101 FARR ROAD<br>RICHMOND, VT 05477-9300 | Account: 0000010010 Total: 2,000.000<br>Cert: 2,000.000<br>DR: 0.000<br>JAMES R. DARR<br>350 SHORE DRIVE<br>SUWANEE, GA 30024-2916 |

# LIST OF SHAREHOLDERS
# DISTRIBUTED ENERGY SYSTEMS CORP (11329)

| | | | |
|---|---|---|---|
| Account: 0000010012 Total: 1,000.000<br>Cert: 1,000.000<br>DR: 0.000<br>JUSTIN R. DARR<br>350 SHORE DRIVE<br>SUWANEE, GA 30024-2916 | Account: 0000010011 Total: 1,000.000<br>Cert: 1,000.000<br>DR: 0.000<br>RACHEL E. DARR<br>350 SHORE DRIVE<br>SUWANEE, GA 30024-2916 | Account: 0000011308 Total: 1,500.000<br>Cert: 1,500.000<br>DR: 0.000<br>FELIX J DEGUILIO &<br>MARY ANN DEGUILIO JT TEN<br>733 HEATHERGATE DR<br>PITTSBURGH PA 15238-1000 | Account: 0000010959 Total: 82.000<br>Cert: 82.000<br>DR: 0.000<br>MICHAEL DELSESTO<br>400 MCCLINTOCK STREET<br>NEW BRITAIN, CT 06053-2019 |
| Account: 0000010846 Total: 223.000<br>Cert: 223.000<br>DR: 0.000<br>MICHAEL DELSESTO<br>64 FOX RIDGE DRIVE<br>COLCHESTER, CT 06415-2359 | Account: 0000010636 Total: 870.000<br>Cert: 870.000<br>DR: 0.000<br>MICHAEL DEL SESTO<br>400 MCCLINTOCK ST<br>NEW BRITAIN, CT 06053-2019 | Account: 0000010960 Total: 1,265.000<br>Cert: 1,265.000<br>DR: 0.000<br>RUTHANNE DELUCIA<br>236 MONTOWESE AVE<br>NORTH HAVEN, CT 06473-4032 | Account: 0000011288 Total: 740.000<br>Cert: 740.000<br>DR: 0.000<br>EDWARD DEMAREST<br>23 CHARING CROSS<br>AVON CT 06001 |
| Account: 0000011050 Total: 205.000<br>Cert: 205.000<br>DR: 0.000<br>DOUGLAS DIEHL &<br>JANE NIEJADUK DIEHL JT TEN<br>54 NONOTUCK ST<br>FLORENCE, MA 01062-1942 | Account: 0000010894 Total: 1,000.000<br>Cert: 1,000.000<br>DR: 0.000<br>CHRIS DOTSON &<br>KELLY DOTSON JT TEN<br>189 HICKORY CIRCLE<br>MIDDLETOWN, CT 06457-2438 | Account: 0000011255 Total: 337.000<br>Cert: 337.000<br>DR: 0.000<br>KEN DREIER<br>120 SQUIRES ROAD<br>MADISON CT 06443 | Account: 0000011231 Total: 1,124.000<br>Cert: 1,124.000<br>DR: 0.000<br>THEODORE DUCHAINE<br>8602 MAIN ROAD<br>HUNTINGTON, VT 05462-9577 |
| Account: 0000010603 Total: 322.000<br>Cert: 322.000<br>DR: 0.000<br>NANCY DUMOND<br>253 LOWERY PLACE APT 2<br>NEWINGTON, CT 06111-3023 | Account: 0000010724 Total: 286.000<br>Cert: 286.000<br>DR: 0.000<br>NANCY DUMOND<br>119 PRINCETON ST<br>HARTFORD, CT 06106-4505 | Account: 0000010499 Total: 150.000<br>Cert: 150.000<br>DR: 0.000<br>ROBERT M DUNK<br>1625 RUSSET ST<br>RACINE, WI 53405-3257 | Account: 0000010523 Total: 50.000<br>Cert: 50.000<br>DR: 0.000<br>ERIC S DYE<br>7574 RTE 20A<br>BLOOMFIELD, NY 14469-9732 |
| Account: 0000010605 Total: 100.000<br>Cert: 100.000<br>DR: 0.000<br>RICHARD A EARLE &<br>ROSE F EARLE T-I-C<br>6311 JAMAICA RD<br>SPRING HILL FL 34606-4020113 | Account: 0000010026 Total: 10,000.000<br>Cert: 10,000.000<br>DR: 0.000<br>EATON FAMILY LLC<br>C O CHARLES P. EATON<br>11 SOUTH TRAIL<br>DARIEN, CT 06820-6124 | Account: 0000010017 Total: 2,500.000<br>Cert: 2,500.000<br>DR: 0.000<br>COURTNEY A. EATON<br>P.O. BOX 692<br>604 CLINTON<br>RIDGWAY, CO 81432-0692 | Account: 0000010024 Total: 500.000<br>Cert: 500.000<br>DR: 0.000<br>JESSE L. EATON<br>25 N. HILLSIDE AVENUE<br>CHATHAM NJ 07928 |
| Account: 0000010022 Total: 500.000<br>Cert: 500.000<br>DR: 0.000<br>PETER B. EATON JR.<br>546 EAST COLLEGE DRIVE<br>DURANGO, CO 81301-5302 | Account: 0000010937 Total: 30.000<br>Cert: 30.000<br>DR: 0.000<br>SETH J EDDY &<br>WANDA I EDDY JT TEN<br>428 WALL ST<br>MERIDEN, CT 06450-4428 | Account: 0000011065 Total: 50,000.000<br>Cert: 50,000.000<br>DR: 0.000<br>ELECTRIC POWER RESEARCH INSTITUTE<br>3412 HILLVIEW AVENUE<br>PALO ALTO, CA 94304-1395 | Account: 0000010975 Total: 460.000<br>Cert: 460.000<br>DR: 0.000<br>ENCANA CORPORATION<br>ATTN BLAINE ERNE<br>1800 855-2ND STREET<br>PO BOX 2850<br>CALARY AB T2P 2S5 |

# LIST OF SHAREHOLDERS
# DISTRIBUTED ENERGY SYSTEMS CORP (11329)

| | | | |
|---|---|---|---|
| **Account: 0000010637** Total: **260.000** Cert: 260.000 DR: 0.000<br>CONNIE ENGLISH<br>26 CLAIRE RD<br>VERNON, CT 06066-4822 | **Account: 0000010512** Total: **10.000** Cert: 10.000 DR: 0.000<br>KEVIN ERWIN<br>5620 SW CAMERON RD<br>PORTLAND, OR 97221-1758 | **Account: 0000010510** Total: **10.000** Cert: 10.000 DR: 0.000<br>MEGAN ERWIN<br>5620 SW CAMERON RD<br>PORTLAND, OR 97221-1758 | **Account: 0000010514** Total: **10.000** Cert: 10.000 DR: 0.000<br>STEPHEN ERWIN<br>221 NW LAFAYETTE AVE<br>BEND, OR 97701-1927 |
| **Account: 0000011256** Total: **887.000** Cert: 887.000 DR: 0.000<br>C KELLY EVANS<br>46 IONE DR<br>MERIDEN CT 06450 | **Account: 0000010178** Total: **300.000** Cert: 300.000 DR: 0.000<br>DEREK FEIST<br>PROTON ENERGY SYSTEMS INC.<br>50 INWOOD ROAD<br>ROCKY HILL,CT 06067 | **Account: 0000011197** Total: **470.000** Cert: 470.000 DR: 0.000<br>COREY FERRELL<br>6 PROKOP ROAD<br>OXFORD, CT 06478-1107 | **Account: 0000010819** Total: **3.000** Cert: 3.000 DR: 0.000<br>DAVID FINER CUST<br>ADAM JONAH FINER<br>UNDER THE OK UNIF TRAN MIN ACT<br>3750 S TERWILLEGER BLVD<br>TULSA, OK 74105-3409 |
| **Account: 0000010871** Total: **3.000** Cert: 3.000 DR: 0.000<br>JASON R FLANDERS<br>2090 FRIENDLY ST<br>EUGENE, OR 97405-2140 | **Account: 0000010575** Total: **400.000** Cert: 400.000 DR: 0.000<br>RITA FONTANA<br>440 MERIDEN AVE<br>SOUTHINGTON, CT 06489-3927 | **Account: 0000010783** Total: **2,597.000** Cert: 2,597.000 DR: 0.000<br>LORRAINE FORD<br>PO BOX 96<br>WAITSFIELD, VT 05673-0096 | **Account: 0000010870** Total: **25.000** Cert: 25.000 DR: 0.000<br>NANCY FOREST &<br>LARRY LEE SEARCY JT TEN<br>14903 CLEESE CT APT E<br>SILVER SPRING, MD 20906-6140 |
| **Account: 0000011316** Total: **13,373.000** Cert: 13,373.000 DR: 0.000<br>JOHN C FOX<br>C/O PERSEUS LLC<br>2009 PENNSYLVANIA AVE NW<br>SUITE 900<br>WASHINGTON DC 20006 | **Account: 0000011242** Total: **2,874.000** Cert: 2,874.000 DR: 0.000<br>BELVIN FREEMAN<br>P.O. BOX 747<br>BLACK MOUNTAIN NC 28711 | **Account: 0000010992** Total: **711.000** Cert: 711.000 DR: 0.000<br>BELVIN FREEMAN<br>PO BOX 655<br>MORETOWN, VT 05660-0655 | **Account: 0000011199** Total: **777.000** Cert: 777.000 DR: 0.000<br>BELVIN S FREEMAN<br>PO BOX 747<br>BLACK MOUNTAIN, NC 28711-0747 |
| **Account: 0000010849** Total: **22,752.000** Cert: 22,752.000 DR: 0.000<br>BELVIN S FREEMAN<br>PO BOX 747<br>BLACK MOUNTAIN, NC 28711-0747 | **Account: 0000011322** Total: **1,315.000** Cert: 1,315.000 DR: 0.000<br>JOSEPH FREEMAN<br>28 GROVE STREET<br>ANSONIA CT 06401 | **Account: 0000010585** Total: **500.000** Cert: 500.000 DR: 0.000<br>ZAIGA FREIMAN &<br>JURIS FREIMAN<br>JT TEN<br>170 RAINBOW TRAIL<br>VERNON, CT 06066-5921 | **Account: 0000010028** Total: **267,669.000** Cert: 267,669.000 DR: 0.000<br>ROBERT J FRIEDLAND<br>25 WYNDHAM LANE<br>FARMINGTON, CT 06032-2758 |

# LIST OF SHAREHOLDERS
# DISTRIBUTED ENERGY SYSTEMS CORP (11329)

| | | | |
|---|---|---|---|
| **Account: 0000011257** **Total: 1,634.000**<br>Cert: 1,634.000<br>DR: 0.000<br>JAKE FRIEDMAN<br>65 N WOOD ROAD<br>STORRS CT 06269 | **Account: 0000011240** **Total: 1,302.000**<br>Cert: 1,302.000<br>DR: 0.000<br>DAN D FULLINGTON<br>73 ELLISON STREET<br>MILTON VT 05468 05468 | **Account: 0000010587** **Total: 100.000**<br>Cert: 100.000<br>DR: 0.000<br>CECIL M FULTON<br>5717 NW 66TH ST<br>WARR ACRES, OK 73132-7766 | **Account: 0000010443** **Total: 786.000**<br>Cert: 786.000<br>DR: 0.000<br>RICHARD GAGLIARDI &<br>KATHY GAGLIARDI JTTEN<br>3 JAMES ROAD<br>NORTH BRANFORD, CT 06471-1043 |
| **Account: 0000011312** **Total: 804.000**<br>Cert: 804.000<br>DR: 0.000<br>GEOFFREY GAIDA<br>1157 BOULEVARD<br>WEST HARTFORD CT 06119 | **Account: 0000011274** **Total: 256.000**<br>Cert: 256.000<br>DR: 0.000<br>GEOFFREY GAIDA<br>101 FARR ROAD<br>RICHMOND VT 05477 | **Account: 0000011313** **Total: 2,850.000**<br>Cert: 2,850.000<br>DR: 0.000<br>ERIC GARVIN<br>1586 BENT HILL ROAD<br>BRAINTREE VT 05060 | **Account: 0000010179** **Total: 100.000**<br>Cert: 100.000<br>DR: 0.000<br>ANGELICA ROSE GIGLIELLO<br>181 HASTINGS DRIVE<br>WHITINSVILLE, MA 01588-2045 |
| **Account: 0000010544** **Total: 200.000**<br>Cert: 200.000<br>DR: 0.000<br>JOSEPH GIGLIETTI<br>BOX 424<br>JOLIET, IL 60434-0424 | **Account: 0000010487** **Total: 46.000**<br>Cert: 46.000<br>DR: 0.000<br>GREGORY J GLATZ &<br>JESSYKA R GLATZ<br>JT TEN<br>107 ROTHER LANE<br>DURHAM, NC 27707-9741 | **Account: 0000011258** **Total: 88.000**<br>Cert: 88.000<br>DR: 0.000<br>JOHN GLIDDEN<br>21 WAYNE RD<br>VERNON CT 06066 | **Account: 0000011128** **Total: 229.000**<br>Cert: 229.000<br>DR: 0.000<br>JOHN GLIDDEN<br>21 WAYNE ROAD<br>VERNON, CT 06066-5933 |
| **Account: 0000011075** **Total: 87.000**<br>Cert: 87.000<br>DR: 0.000<br>JOHN GLIDDEN<br>21 WAYNE ROAD<br>VERNON, CT 06066-5933 | **Account: 0000011100** **Total: 100.000**<br>Cert: 100.000<br>DR: 0.000<br>RAYMOND G GLIDDEN &<br>NANCY R GLIDDEN JT TEN<br>5 BATT CT<br>UNIONVILLE, CT 06085-1401 | **Account: 0000011212** **Total: 260.000**<br>Cert: 260.000<br>DR: 0.000<br>TRACY GLOGOZA<br>P.O. BOX 151<br>WAITSFIELD, VT 05673-0151 | **Account: 0000010850** **Total: 465.000**<br>Cert: 465.000<br>DR: 0.000<br>TRACY A GLOGOZA<br>PO BOX 151<br>WAITSFIELD, VT 05673-0151 |
| **Account: 0000010521** **Total: 20.000**<br>Cert: 20.000<br>DR: 0.000<br>ROGER N GNIADEK &<br>MARILYN J GNIADEK<br>JT TEN<br>483 ORCHARD GROVE DR<br>CAMDEN, DE 19934-4905 | **Account: 0000010397** **Total: 100.000**<br>Cert: 100.000<br>DR: 0.000<br>PATRICIA M GOGGIN<br>203 FARRINGTON AVE<br>WATERBURY CT 06706 | **Account: 0000011272** **Total: 144.000**<br>Cert: 144.000<br>DR: 0.000<br>JOHN GONET<br>771 TAYLOR HILL ROAD<br>BROOKSFIELD VT 05036 | **Account: 0000010851** **Total: 329.000**<br>Cert: 329.000<br>DR: 0.000<br>JOHN C GONET<br>771 TAYLOR HILL ROAD<br>BROOKFIELD, VT 05036-9670 |

AST American Stock Transfer & Trust Company

REPORT DATE: 05/29/2008
PAGE: 8

# LIST OF SHAREHOLDERS
# DISTRIBUTED ENERGY SYSTEMS CORP (11329)

| | | | |
|---|---|---|---|
| **Account: 0000010816** Total: 50.000<br>Cert: 50.000<br>DR: 0.000<br>ANDREW GOODE<br>1805 PRINCESS LANE<br>VINELAND, NJ 08361-6025 | **Account: 0000011201** Total: 78.000<br>Cert: 78.000<br>DR: 0.000<br>HEATHER GRANDFIELD<br>174 COMMON ROAD<br>MORETOWN VT 05660 | **Account: 0000011291** Total: 7,713.000<br>Cert: 7,713.000<br>DR: 0.000<br>RICHARD S GRANT<br>10 TECHNOLOGY DRIVE<br>WALLINGFORD CT 06492 | **Account: 0000011204** Total: 100.000<br>Cert: 100.000<br>DR: 0.000<br>ANGELIQUE GREER &<br>THOMAS GREER JT TEN<br>53703 STARLITE<br>SHELBY TOWNSHIP, MI 48316-2353 |
| **Account: 0000010718** Total: 1,000.000<br>Cert: 1,000.000<br>DR: 0.000<br>THE RIVET TRUST<br>JOHN GREGORY TR<br>U/AGMT 07/15/80<br>159 COUNTRY CLUB RD<br>AVON, CT 06001-2613 | **Account: 0000011311** Total: 1,561.000<br>Cert: 1,561.000<br>DR: 0.000<br>JOHN GRIFFIN<br>114 ALEXANDER ROAD<br>NEW BRITIAN CT 06053 | **Account: 0000011202** Total: 1,181.000<br>Cert: 1,181.000<br>DR: 0.000<br>MICHELE GRIMM<br>79 CHALET HEIGHTS<br>HUNTINGTON, VT 05462-9617 | **Account: 0000011183** Total: 1,431.000<br>Cert: 1,431.000<br>DR: 0.000<br>MARK GROUT JR<br>3479 VT ROUTE 14<br>WILLIAMSTOWN, VT 05679-9774 |
| **Account: 0000010887** Total: 205.000<br>Cert: 205.000<br>DR: 0.000<br>LUISA GUDINO<br>206 CREEKS BEND DR<br>DOWNINGTOWN, PA 19335-1186 | **Account: 0000010726** Total: 1,006.000<br>Cert: 1,006.000<br>DR: 0.000<br>LUISA I GUDINO<br>206 CREEKS BEND DR<br>DOWNINGTOWN, PA 19335-1186 | **Account: 0000010479** Total: 429.000<br>Cert: 429.000<br>DR: 0.000<br>PAMELA J GURBELO<br>174 CEDAR STREET<br>STURBRIDGE, MA 01566-1358 | **Account: 0000010532** Total: 500.000<br>Cert: 500.000<br>DR: 0.000<br>JAMES HANCOCK<br>12266 N GROVE RD<br>SYCAMORE, IL 60178-9014 |
| **Account: 0000010367** Total: 100.000<br>Cert: 100.000<br>DR: 0.000<br>STANLEY HANECKI<br>BARBARA HANECKI JT TEN<br>3233 ELLINGTON WAY<br>NEW PRT RCHY, FL 34655-2148 | **Account: 0000011184** Total: 414.000<br>Cert: 414.000<br>DR: 0.000<br>SETH HANSELMANN<br>662 LOOP ROAD<br>WARREN, VT 05674-9686 | **Account: 0000011309** Total: 100.000<br>Cert: 100.000<br>DR: 0.000<br>DORTHEA B HARDIN EX UW<br>JAMES H HARDIN<br>210 ELIZABETH DR<br>DEL RIO TX 78840-2349 | **Account: 0000010810** Total: 150.000<br>Cert: 150.000<br>DR: 0.000<br>HARVARD K HARDING<br>8152 STATE RTE 34<br>WEEDSPORT, NY 13166-9667 |
| **Account: 0000010531** Total: 500.000<br>Cert: 500.000<br>DR: 0.000<br>LESTER HARELD &<br>CAROL L HARELD JT TEN<br>105 LAVIDA BLVD<br>JOLIET IL 60435-1435 | **Account: 0000010613** Total: 200.000<br>Cert: 200.000<br>DR: 0.000<br>PATRICIA D HARPER<br>1161 SHARPES DR<br>HARRISONBURG, VA 22801-1534 | **Account: 0000010102** Total: 5,826.000<br>Cert: 5,826.000<br>DR: 0.000<br>PETER HARRINGTON<br>74 LENOX DRIVE<br>GLASTONBURY, CT 06033-3094 | **Account: 0000010701** Total: 7,200.000<br>Cert: 7,200.000<br>DR: 0.000<br>PETER L HARRINGTON<br>74 LENOX DR<br>GLASTONBURY, CT 06033-3094 |

# LIST OF SHAREHOLDERS
# DISTRIBUTED ENERGY SYSTEMS CORP (11329)

| Account | Total | Cert | DR | Name / Address |
|---|---|---|---|---|
| 0000011047 | 296.000 | 296.000 | 0.000 | REID HARTE<br>PO BOX 1983<br>WAITSFIELD, VT 05673-1983 |
| 0000010489 | 100.000 | 100.000 | 0.000 | DONALD L HARTLEY &<br>LEAH M HARTLEY TR<br>UA 09/13/94 DONALD &<br>LEAH HARTLEY REV TRUST<br>37605 RIO VISTA<br>SPRINGVILLE, CA 93265-9755 |
| 0000010661 | 1,000.000 | 1,000.000 | 0.000 | ARTHUR C HARTMAN &<br>RITA HARTMAN JT TEN<br>1382 HEIDI HAVEN DR<br>LAWRENCEBURG, IN 47025-9305 |
| 0000010993 | 148.000 | 148.000 | 0.000 | NATHAN HARTSWICK<br>78 DREW STREET<br>BURLINGTON, VT 05401-5141 |
| 0000011185 | 76.000 | 76.000 | 0.000 | NATHAN HARTSWICK<br>78 DREW STREET<br>BURLINGTON, VT 05401-5141 |
| 0000010187 | 980.000 | 980.000 | 0.000 | JOHN F. HARVEY JR.<br>51 CLARKRIDGE ROAD<br>WETHERSFIELD, CT 06109-3605 |
| 0000010188 | 980.000 | 980.000 | 0.000 | NANCY N. HARVEY<br>51 CLARKRIDGE ROAD<br>WETHERSFIELD, CT 06109-3605 |
| 0000011112 | 2,866.000 | 2,866.000 | 0.000 | JESSE HAYES<br>104 HOMESTEAD DR<br>COVENTRY, CT 06238-2525 |
| 0000011084 | 48.000 | 48.000 | 0.000 | MARIAN F HEARN<br>51 OLD CORN FIELD RD<br>MORETOWN, VT 05660-9197 |
| 0000011094 | 1,000.000 | 1,000.000 | 0.000 | RICHARD W HEATH<br>BOX 3128<br>AIKEN, SC 29802-3128 |
| 0000011245 | 190.000 | 190.000 | 0.000 | GREGORY HEBERT<br>48 E STATE STREET #1<br>MONTPELIER VT 05602 |
| 0000011289 | 12,304.000 | 12,304.000 | 0.000 | NORTH HEFLEY<br>6103 VILLAGE ROAD<br>LAKEWOOD CA 90713 |
| 0000011260 | 1.000 | 1.000 | 0.000 | JULIE M HERR<br>1130 N LAKE SHORE<br>CHICAGO IL 60611-1055 |
| 0000011113 | 420.000 | 420.000 | 0.000 | SCOTT HIGGINS<br>6 ELM HILL DR<br>WALLINGFORD, CT 06492-4801 |
| 0000011001 | 300.000 | 300.000 | 0.000 | RAJA F HISHMEH &<br>GHAZI I HISHMEH JT TEN<br>2069 BLACKHORSE LN<br>LEXINGTON KY 40503-3709694 |
| 0000010642 | 100.000 | 100.000 | 0.000 | THERESA HIXSON CUST<br>JACK CHARLES HIXSON<br>UNDER THE CT UNIF GIFT MIN ACT<br>19 BAILEY RD<br>ANDOVER, CT 06232-1004 |
| 0000010853 | 1,996.000 | 1,996.000 | 0.000 | BRADLEY HODGDON<br>105 STOWE STREET<br>WATERBURY, VT 05676-1107 |
| 0000010526 | 100.000 | 100.000 | 0.000 | BETTY R HODGSON<br>817 GRANT ST<br>HAZLETON, PA 18201-2316 |
| 0000010795 | 543.000 | 543.000 | 0.000 | MICHAEL HODULIK<br>P.O. BOX 579<br>KILLINGTON, VT 05751-0579 |
| 0000011271 | 147.000 | 147.000 | 0.000 | MICHAEL HODULK<br>P.O. BOX 579<br>KILLINGTON VT 05751 |
| 0000010737 | 20.000 | 20.000 | 0.000 | GEORGE E HORNER &<br>ARNEDA N HORNER JT TEN<br>2009 GRACE AVE<br>NEW BERN, NC 28560-5363 |
| 0000010324 | 500.000 | 500.000 | 0.000 | ANDREW J HORVATH<br>1447 RTE 28A<br>WEST HURLEY NY 12491-9801 |
| 0000010325 | 1,000.000 | 1,000.000 | 0.000 | ANDREW J HORVATH &<br>ELIZABETH HORVATH JT TEN<br>1447 RTE 28A<br>WEST HURLEY NY 12491-9801 |
| 0000010353 | 100.000 | 100.000 | 0.000 | DREW R HORVATH<br>5 LORE LANE<br>RED HOOK, NY 12571-2309 |

| | | | |
|---|---|---|---|
| **Account: 0000011015** **Total:** 1,779.000<br>Cert: 1,779.000<br>DR: 0.000<br>STEPHEN P HOSKINS<br>627 MAPLE STREET<br>WATERBURY CENTER, VT 05677-7087 | **Account: 0000011085** **Total:** 10.000<br>Cert: 10.000<br>DR: 0.000<br>GREG HOUGHTON<br>4211 VT RT 12<br>BERLIN, VT 05602-9680 | **Account: 0000011141** **Total:** 92.000<br>Cert: 92.000<br>DR: 0.000<br>GREG HOUGHTON<br>4211 VT RT 12<br>BERLIN, VT 05602-9680 | **Account: 0000011208** **Total:** 328.000<br>Cert: 328.000<br>DR: 0.000<br>JON HOWELL<br>1088 WEST HILL ROAD<br>LINCOLN, VT 05443-4426 |
| **Account: 0000010757** **Total:** 1,000.000<br>Cert: 1,000.000<br>DR: 0.000<br>JANET HUGHES<br>417 KREWSON TER<br>WILLOW GROVE, PA 19090-3615 | **Account: 0000010435** **Total:** 100.000<br>Cert: 100.000<br>DR: 0.000<br>WAYNE J HUGHES &<br>MYRNA J HUGHES<br>JT TEN<br>BOX 1192<br>CLINTON, IA 52733-1192 | **Account: 0000010384** **Total:** 847.000<br>Cert: 847.000<br>DR: 0.000<br>TONY J HURTADO<br>PO BOX 580<br>ENFIELD, CT 06083-0580 | **Account: 0000010584** **Total:** 20.000<br>Cert: 20.000<br>DR: 0.000<br>SHERI E HUTCHENS CUST<br>AUSTIN A SCHMITT<br>UNDER THE MO TRAN MIN LAW<br>1300 HOLGATE G2<br>BALLWIN MO 63021-7600 |
| **Account: 0000010698** **Total:** 300.000<br>Cert: 300.000<br>DR: 0.000<br>FRANCIS HYDE<br>935 N COLONY RD<br>MERIDEN CT 06450-2326 | **Account: 0000010126** **Total:** 1,000.000<br>Cert: 1,000.000<br>DR: 0.000<br>BARBARA C. IACOBUCCI<br>3202 PORTOFINO POINT<br>COCONUT CREEK, FL 33066-1240 | **Account: 0000010190** **Total:** 572.000<br>Cert: 572.000<br>DR: 0.000<br>MICHELE C. IACOBUCCI<br>3202 PORTOFINO PT #62<br>COCONUT CREEK, FL 33066-1240 | **Account: 0000010518** **Total:** 3.000<br>Cert: 3.000<br>DR: 0.000<br>DESIREE IZZILLO &<br>CECILIA MULLER<br>TEN COM<br>25 BROOKHAVEN AVE<br>RIVERHEAD, NY 11901-4213 |
| **Account: 0000011142** **Total:** 101.000<br>Cert: 101.000<br>DR: 0.000<br>RONALD JACOBS<br>PO BOX 477<br>WAITSFIELD, VT 05673-0477 | **Account: 0000010877** **Total:** 50.000<br>Cert: 50.000<br>DR: 0.000<br>LAUREL J JENSEN<br>BOX 407<br>250 SMITH ST<br>SOUTH WINDSOR, CT 06074-3618 | **Account: 0000011303** **Total:** 693.000<br>Cert: 693.000<br>DR: 0.000<br>DARRYL JOHNSON<br>49 ASH ST<br>NEW BRITAIN CT 06051 | **Account: 0000011105** **Total:** 2,749.000<br>Cert: 2,749.000<br>DR: 0.000<br>GARTH JOHNSON<br>3320 S PRINCESS CIRCLE<br>BROOMFIELD CO 80020 |
| **Account: 0000011328** **Total:** 50.000<br>Cert: 50.000<br>DR: 0.000<br>RONALD JOHNSTON SR<br>1016 MAPLE CREST<br>JOLIET IL 60432 | **Account: 0000010609** **Total:** 5,000.000<br>Cert: 5,000.000<br>DR: 0.000<br>DON D JORDAN &<br>BARBARA J JORDAN<br>TEN COM<br>3 RIVERWAY STE 910<br>HOUSTON, TX 77056-1941 | **Account: 0000010520** **Total:** 100.000<br>Cert: 100.000<br>DR: 0.000<br>IRENE KAMAL<br>1792 VIGNEAULT STREET<br>ORLEANS ONTARIO KIC2H4 | **Account: 0000010651** **Total:** 200.000<br>Cert: 200.000<br>DR: 0.000<br>JOHN J KANE &<br>SHIRLEY S KANE TR<br>UA 03/14/94<br>KANE FAMILY TRUST<br>17613 DRAKE RD<br>STRONGSVILLE, OH 44136-7039 |

| | | | |
|---|---|---|---|
| Account: 0000010872 Total: 400.000<br>Cert: 400.000<br>DR: 0.000<br>SAMUEL KAPLOWITZ<br>1015 WHALLEY AVE APT A-9<br>NEW HAVEN, CT 06515-1735 | Account: 0000010369 Total: 100.000<br>Cert: 100.000<br>DR: 0.000<br>CHRISTINE C KELLY<br>93 BYRAM RD<br>GREENWICH, CT 06830-5802 | Account: 0000010662 Total: 1,000.000<br>Cert: 1,000.000<br>DR: 0.000<br>JOHN W KELLY II &<br>SUSAN M KELLY<br>JT TEN<br>49 HOFFMAN DR<br>LATHAM, NY 12110-5236 | Account: 0000010691 Total: 1,214.000<br>Cert: 1,214.000<br>DR: 0.000<br>FRANK KENNEY<br>186 WALBRIDGE HILL ROAD<br>TOLLAND, CT 06084-4026 |
| Account: 0000010571 Total: 200.000<br>Cert: 200.000<br>DR: 0.000<br>ALICE H KIERSZNOWSKI<br>4314 FRONTIER DR<br>MYRTLE BEACH, SC 29577-2877 | Account: 0000011213 Total: 2,052.000<br>Cert: 2,052.000<br>DR: 0.000<br>KIM KITE<br>64 ARLINGTON COURT<br>BURLINGTON, VT 05408-2501 | Account: 0000011030 Total: 82.000<br>Cert: 82.000<br>DR: 0.000<br>KIM A KITE<br>64 ARLINGTON COURT<br>BURLINGTON, VT 05408-2501 | Account: 0000011155 Total: 510.000<br>Cert: 510.000<br>DR: 0.000<br>WAYNE L KLEHM<br>6466 TIMBER<br>SPRINGS DRIVE<br>SANTA ROSA, CA 95409-5904 |
| Account: 0000010923 Total: 276.000<br>Cert: 276.000<br>DR: 0.000<br>TODD D. KLEIN<br>7100 ARROWWOOD ROAD<br>BETHESDA, MD 20817-2809 | Account: 0000011214 Total: 1,142.000<br>Cert: 1,142.000<br>DR: 0.000<br>AMY KLINGER<br>1734 DUGWAY ROAD<br>RICHMOND, VT 05477-9118 | Account: 0000010998 Total: 754.000<br>Cert: 754.000<br>DR: 0.000<br>AMY E KLINGER<br>1734 DUGWAY ROAD<br>RICHMOND, VT 05477-9118 | Account: 0000011301 Total: 5,668.000<br>Cert: 5,668.000<br>DR: 0.000<br>SCOTT KNAPP<br>9326 FARM ST<br>DOWNEY CA 90241 |
| Account: 0000011292 Total: 10,028.000<br>Cert: 10,028.000<br>DR: 0.000<br>PAUL KOEPPE<br>10 TECHNOLOGY DRIVE<br>WALLINGFORD CT 06492 | Account: 0000010773 Total: 35,538.000<br>Cert: 35,538.000<br>DR: 0.000<br>PAUL F KOEPPE<br>2825 BREWERY ROAD<br>CROSS PLAINS, WI 53528-9535 | Account: 0000010902 Total: 1,200.000<br>Cert: 1,200.000<br>DR: 0.000<br>GARY KOLARIK<br>9631 ELSMERE RD<br>PARMA HEIGHTS, OH 44130-1626 | Account: 0000011302 Total: 310.000<br>Cert: 310.000<br>DR: 0.000<br>JOHN KOOPMAN III<br>84 PINE BROOK ROAD<br>COLCHESTER CT 06415 |
| Account: 0000010804 Total: 1,494.000<br>Cert: 1,494.000<br>DR: 0.000<br>KAREN KOWALCZYK<br>1158 WOODRUFF STREET<br>SOUTHINGTON, CT 06489-2955 | Account: 0000011219 Total: 843.000<br>Cert: 843.000<br>DR: 0.000<br>MICHAEL KOWALSKI<br>P O BOX 64<br>WALLINGFORD, CT 06492-0064 | Account: 0000011329 Total: 192.000<br>Cert: 192.000<br>DR: 0.000<br>DENNIS KRAMER<br>67100 TAMARA ROAD<br>CATHEDRAL CITY CA 92234 | Account: 0000011275 Total: 1,552.000<br>Cert: 1,552.000<br>DR: 0.000<br>JOHN KUEFFNER<br>P.O. BOX 98<br>WATERBURY CENTER VT 05677 |
| Account: 0000010825 Total: 100.000<br>Cert: 100.000<br>DR: 0.000<br>MICHAEL J LACOVARA<br>707 BRADFORD ALLEY<br>PHILADELPHIA, PA 19147-1326 | Account: 0000011249 Total: 4,503.000<br>Cert: 4,503.000<br>DR: 0.000<br>PAUL LAFERRIERE<br>PO BOX 393<br>NORTHFIELD VT 05663 | Account: 0000010192 Total: 225.000<br>Cert: 225.000<br>DR: 0.000<br>MARIA SCOTTI LAIFER<br>1061 W. WATER STREET<br>ELMIRA, NY 14905-2021 | Account: 0000011330 Total: 1,842.000<br>Cert: 1,842.000<br>DR: 0.000<br>CHRISTOPHER LAMONIA<br>2284 GERMAN FLATS ROAD<br>FAYSTON VT 05673 |

| | | | |
|---|---|---|---|
| **Account: 0000010962** **Total:** **434.000**<br>Cert: 434.000<br>DR: 0.000<br>DAVID LANE<br>3330 ELMORE MTN RD<br>MORRISVILLE, VT 05661-8181 | **Account: 0000011158** **Total:** **3,892.000**<br>Cert: 3,892.000<br>DR: 0.000<br>LISA LANSER<br>1666 TUCKER HILL RD<br>FAYSTON, VT 05673-7439 | **Account: 0000011159** **Total:** **75.000**<br>Cert: 75.000<br>DR: 0.000<br>MARY LASHUA<br>190 NORTHWOOD DRIVE<br>APT C6<br>PLAINFIELD, VT 05667-3403 | **Account: 0000011101** **Total:** **1,004.000**<br>Cert: 1,004.000<br>DR: 0.000<br>GEORGE LAWRENCE<br>3540 MOUNTAIN ROAD<br>ADDISON, VT 05491-8781 |
| **Account: 0000011097** **Total:** **358.000**<br>Cert: 358.000<br>DR: 0.000<br>JOHN LECOMPTE<br>38 FRONT STREET<br>WEYMOUTH, MA 02188-1605 | **Account: 0000010194** **Total:** **1,070.000**<br>Cert: 1,070.000<br>DR: 0.000<br>SIMA A LESSER<br>5044 CREEKSIDE TRAIL<br>SARASOTA, FL 34243-3898 | **Account: 0000010667** **Total:** **200.000**<br>Cert: 200.000<br>DR: 0.000<br>ARMAND LEVY CUST<br>EVAN D LEVY<br>UNDER THE NJ UNIF TRAN MIN ACT<br>51 MAPLE AVE<br>WAYNE, NJ 07470-4627 | **Account: 0000011031** **Total:** **149.000**<br>Cert: 149.000<br>DR: 0.000<br>MATTHEW LEWIS<br>PO BOX 1464<br>WAITSFIELD, VT 05673-1464 |
| **Account: 0000011160** **Total:** **144.000**<br>Cert: 144.000<br>DR: 0.000<br>MATTHEW LEWIS<br>PO BOX 1464<br>WAITSFIELD, VT 05673-1464 | **Account: 0000010372** **Total:** **35,192.000**<br>Cert: 35,192.000<br>DR: 0.000<br>HENRY R LINDEN &<br>NATALIE LINDEN JTWROS<br>1515 NORTH ASTOR ST APT 16A-B<br>CHICAGO, IL 60610-1627 | **Account: 0000010787** **Total:** **2,714.000**<br>Cert: 2,714.000<br>DR: 0.000<br>EDWARD ALAN LINTON<br>45 DOVER ROAD<br>MONTPELIER, VT 05602-8835 | **Account: 0000010569** **Total:** **15.000**<br>Cert: 15.000<br>DR: 0.000<br>PHIL W LOMAX &<br>HELEN L LOMAX<br>JT TEN<br>407 CLIFTON DR<br>TUTTLE, OK 73089-8708 |
| **Account: 0000010835** **Total:** **2,714.000**<br>Cert: 2,714.000<br>DR: 0.000<br>SUSAN LOYND<br>160 SMITH ROAD<br>MORETOWN, VT 05660-9215 | **Account: 0000010130** **Total:** **500.000**<br>Cert: 500.000<br>DR: 0.000<br>KRISTINE M. LUZZI<br>60 PINNEY ST. APT. 104<br>ELLINGTON, CT 06029-3831 | **Account: 0000010779** **Total:** **6,109.000**<br>Cert: 6,109.000<br>DR: 0.000<br>JONATHAN LYNCH<br>1447 MAIN ST.<br>ST JOHNSBURY, VT 05819-1842 | **Account: 0000011161** **Total:** **8,011.000**<br>Cert: 8,011.000<br>DR: 0.000<br>JONATHAN A LYNCH<br>1447 MAIN STREET<br>ST JOHNSBURY, VT 05819-1842 |
| **Account: 0000011162** **Total:** **410.000**<br>Cert: 410.000<br>DR: 0.000<br>CHARLES MACCINI<br>742 WEST BATH ROAD<br>BATH, NH 03740-4119 | **Account: 0000010865** **Total:** **146.000**<br>Cert: 146.000<br>DR: 0.000<br>DOUGLAS K MACDONALD<br>189 BIDDLE ROAD<br>LINCOLN, VT 05443-9160 | **Account: 0000010999** **Total:** **775.000**<br>Cert: 775.000<br>DR: 0.000<br>JEFFREY MACK<br>PO BOX 1208<br>WAITSFIELD, VT 05673-1208 | **Account: 0000011314** **Total:** **1,014.000**<br>Cert: 1,014.000<br>DR: 0.000<br>BRIAN MACLAY<br>213 JOHN FOWLER ROAD<br>PLAINFIELD VT 05667 |

| | | | |
|---|---|---|---|
| Account: 0000010577 Total: 400.000<br>Cert: 400.000<br>DR: 0.000<br>ROBERT A MADDOX JR<br>104 DEARWOOD DR<br>BETHLEHEM, CT 06751-2304 | Account: 0000011123 Total: 2,346.000<br>Cert: 2,346.000<br>DR: 0.000<br>MARGARET MAIETTO<br>53 STONY HILL ROAD<br>CHESHIRE, CT 06410-1643 | Account: 0000011019 Total: 283.000<br>Cert: 283.000<br>DR: 0.000<br>MARGARET A MAIETTO<br>53 STONY HILL RD<br>CHESHIRE, CT 06410-1643 | Account: 0000010736 Total: 1,000.000<br>Cert: 1,000.000<br>DR: 0.000<br>MARSHALL MAKSTEIN &<br>MARY ADRIENE MAKSTEIN<br>JT TEN<br>85 LAUREL DR<br>FAIR HAVEN, NJ 07704-3558 |
| Account: 0000010879 Total: 350.000<br>Cert: 350.000<br>DR: 0.000<br>TAMARA Y MALONEY<br>14 RICHARDSON DR<br>HEBRON, CT 06248-1377 | Account: 0000010467 Total: 390.000<br>Cert: 390.000<br>DR: 0.000<br>THOMAS MALONEY<br>14 RICHARDSON DRIVE<br>HEBRON, CT 06248-1377 | Account: 0000010388 Total: 206.000<br>Cert: 206.000<br>DR: 0.000<br>THOMAS M MALONEY<br>14 RICHARDSON DR<br>HEBRON, CT 06248-1377 | Account: 0000010670 Total: 1,000.000<br>Cert: 1,000.000<br>DR: 0.000<br>SAMUEL J MARCY<br>808 WEATHERBY DR<br>CHEYENNE, WY 82007-9146 |
| Account: 0000010255 Total: 500.000<br>Cert: 500.000<br>DR: 0.000<br>GERTRUDE E. MARQUIS<br>3828 LACHARLES DR. NE<br>ALBUQUERQUE, NM 87111-4116 | Account: 0000011319 Total: 128.000<br>Cert: 128.000<br>DR: 0.000<br>MICHAEL THOMAS MARSHALL<br>4866 FLEETWOOD LN<br>JACKSON MI 49201-8940 | Account: 0000010901 Total: 10.000<br>Cert: 10.000<br>DR: 0.000<br>THOMAS W MARTIN<br>52 DEERFIELD DR<br>NORTH WATERBORO, ME 04061-4622 | Account: 0000011234 Total: 1,459.000<br>Cert: 1,459.000<br>DR: 0.000<br>PETER MATTILA<br>P.O. BOX 506<br>STOWE, VT 05672-0506 |
| Account: 0000011144 Total: 17.000<br>Cert: 17.000<br>DR: 0.000<br>BRETT A MAXWELL<br>PO BOX 795<br>40 ESPLANADE<br>RICHMOND, VT 05477-0795 | Account: 0000010942 Total: 168.000<br>Cert: 168.000<br>DR: 0.000<br>BRETT A MAXWELL<br>194 LOCUST HILL<br>SHELBURNE, VT 05482-6383 | Account: 0000010866 Total: 532.000<br>Cert: 532.000<br>DR: 0.000<br>BRETT A MAXWELL<br>PO BOX 795<br>40 ESPLANADE<br>RICHMOND, VT 05477-0795 | Account: 0000010867 Total: 1,237.000<br>Cert: 1,237.000<br>DR: 0.000<br>KENNETH M MAYER<br>PO BOX 376<br>BRISTOL, VT 05443-0376 |
| Account: 0000011145 Total: 210.000<br>Cert: 210.000<br>DR: 0.000<br>KENNETH M MAYER<br>PO BOX 376<br>BRISTOL, VT 05443-0376 | Account: 0000010729 Total: 200.000<br>Cert: 200.000<br>DR: 0.000<br>KEVIN P MCCARRON &<br>JENNIFER N MCCARRON JT TEN<br>9064 HARRIS PL<br>FREDERICK, MD 21704-7852 | Account: 0000010626 Total: 112.000<br>Cert: 112.000<br>DR: 0.000<br>ELISA MCCLORY<br>501 MANHATTEN AVE<br>MANHATTAN BEACH, CA 90266-5749 | Account: 0000011146 Total: 563.000<br>Cert: 563.000<br>DR: 0.000<br>KEVIN MCCOLLISTER<br>1820 CENTER ROAD<br>MONTPELIER, VT 05602-8535 |
| Account: 0000011331 Total: 3,719.000<br>Cert: 3,719.000<br>DR: 0.000<br>MAUREEN MCCRACKEN<br>473 FARR ROAD<br>WATERBURY VT 05676 | Account: 0000010033 Total: 500.000<br>Cert: 500.000<br>DR: 0.000<br>LEANNE MCFARLAND<br>376 EDISON ROAD<br>TRUMBULL, CT 06611-4314 | Account: 0000011265 Total: 432.000<br>Cert: 432.000<br>DR: 0.000<br>CHRISTOPHER MCKAY<br>21 BUTLER STREET<br>WATERBURY VT 05676 | Account: 0000010868 Total: 5,760.000<br>Cert: 5,760.000<br>DR: 0.000<br>CHRISTOPHER A MCKAY<br>21 BUTLER STREET<br>WATERBURY, VT 05676-1701 |

| Account | Total | Cert | DR | Holder |
|---|---|---|---|---|
| 0000010444 | 200.000 | 200.000 | 0.000 | KEVIN MCMEANS& BRENDA MCMEANS JTTEN 1515 MOUNT VERNON RD SOUTHINGTON, CT 06489-2120 |
| 0000010507 | 160.000 | 160.000 | 0.000 | MICHAEL M MCNALLY 1645 STACY LN RAMONA, CA 92065-3500 |
| 0000011266 | 2,116.000 | 2,116.000 | 0.000 | JAMES MCNAMARA 352 MAIN STREET NORWICH VT 05055 |
| 0000010398 | 120.000 | 120.000 | 0.000 | SULA J MERCER 3772 FRONDORF CINCINNATI, OH 45211-4421 |
| 0000010608 | 50.000 | 50.000 | 0.000 | EUGENE MESKILL & KAREN MESKILL JT TEN 8137 SHOWCASE COURT PASADENA MD 21122-3839 |
| 0000010623 | 147.000 | 147.000 | 0.000 | JASON M MIHELICH 2314 COOLIDGE AVE RACINE, WI 53403-3122 |
| 0000010257 | 500.000 | 500.000 | 0.000 | MARIE M. MILES 50 DRIFTWOOD DRIVE TEWKSBURY, MA 01876-4034 |
| 0000010874 | 200.000 | 200.000 | 0.000 | BUTCH MILLER BOX 2327 MILFORD, CT 06460-0875 |
| 0000011317 | 13,373.000 | 13,373.000 | 0.000 | MICHAEL L MILLER C/O PERSEUS LLC 2009 PENNSYLVANIA AVE NW SUITE 900 WASHINGTON DC 20006 |
| 0000010258 | 500.000 | 500.000 | 0.000 | PAUL J. MIRISOLA 5 BOCKES RD. LONDONDERRY, NH 03053-3931 |
| 0000010259 | 500.000 | 500.000 | 0.000 | THOMAS E. MIRISOLA 110 BARBARA D LANE TEWKSBURY, MA 01876-2436 |
| 0000010663 | 225.000 | 225.000 | 0.000 | TERRY W MOLTER 6655 PINE RD BENTON HARBOR, MI 49022-9737 |
| 0000010936 | 499.000 | 499.000 | 0.000 | BARBARA CONTI MONTAMBAULT 134 SHORE FRONT MILFORD, CT 06460-5961 |
| 0000010300 | 1,000.000 | 1,000.000 | 0.000 | WALTER MOODY & ERIN MOODY JTTEN 52 EAST LANCE SHORE DR ELLINGTON CT 06029 |
| 0000010744 | 755.000 | 755.000 | 0.000 | JOHN M MORGAN 53650 BELMONT RIDGE BEALLSVILLE, OH 43716-9613 |
| 0000010495 | 1,000.000 | 1,000.000 | 0.000 | KAZUAKI MORI 1815 JFK BLVD APT 1506 THE STERLING PHILADELPHIA PA 19103-1713 |
| 0000011010 | 3,339.000 | 3,339.000 | 0.000 | LAWRENCE MOTT 352 OLD COUNTRY ROAD STARKSBORO, VT 05487-7345 |
| 0000010782 | 254.000 | 254.000 | 0.000 | LAWRENCE H MOTT 5921 VT RTE 17 STARKSBORO, VT 05487-7194 |
| 0000010792 | 783.000 | 783.000 | 0.000 | JASON MOTYKA PO BOX 402 NORTHFIELD, VT 05663-0402 |
| 0000011099 | 30,000.000 | 30,000.000 | 0.000 | LAWRENCE C MOULTHROP & DIANE L MOULTHROP JT TEN 244 CARRIAGE WAY WINDSOR, CT 06095-2009 |

Account: 0000011207 Total: 25.000
Cert: 25.000
DR: 0.000
MEGAN MULLEN
1536 DEANE BLVD
RACINE, WI 53405-5038

Account: 0000010111 Total: 2,172.000
Cert: 2,172.000
DR: 0.000
SHERRY E. MUNRO
695 TALCOTTVILLE ROAD 24D
VERNON, CT 06066-2345

Account: 0000010204 Total: 1,200.000
Cert: 1,200.000
DR: 0.000
MICHAEL F. NEDDO
501 FOREST ST.
EAST HARTFORD, CT 06118-2000

Account: 0000010206 Total: 240.000
Cert: 240.000
DR: 0.000
ROBERT NEDDO
71 FOREST DRIVE
SALEM, CT 06420-3725

Account: 0000011124 Total: 25.000
Cert: 25.000
DR: 0.000
MICHAEL NEVILLE
270 PUTNAM AVE
HAMDEN, CT 06517-2740

Account: 0000010964 Total: 168.000
Cert: 168.000
DR: 0.000
MICHAEL NEVILLE
270 PUTNAM AVE
HAMDEN, CT 06517-2740

Account: 0000010693 Total: 223.000
Cert: 223.000
DR: 0.000
MICHAEL S NEVILLE
270 PUTNAM AVENUE
HAMDEN, CT 06517-2740

Account: 0000010371 Total: 200.000
Cert: 200.000
DR: 0.000
SALLY NEVIN
WAVERLY TRAFFORD HILL
AISLABY ROAD
EAGLESCLIFF CLEVELAND
ENGLAND TS160QT

Account: 0000010946 Total: 100.000
Cert: 100.000
DR: 0.000
TIMOTHY W NICHOLLS TOD
TERESA L NICHOLLS
SUBJECT TO STA TOD RULES
BOX 1091
CORNING, CA 96021-1091

Account: 0000011220 Total: 2,262.000
Cert: 2,262.000
DR: 0.000
PERRY NING
29 MOWRY ST
NORTH HAVEN, CT 06473-4338

Account: 0000010563 Total: 920.000
Cert: 920.000
DR: 0.000
NISOURCE ENERGY TECHNOLOGIES INC
801 E 86TH AVENUE
MERRILLVILLE, IN 46410-6271

Account: 0000010781 Total: 4,615.000
Cert: 4,615.000
DR: 0.000
GARY NORTON
818 JOSLIN HILL
WAITSFIELD, VT 05673-7223

Account: 0000011320 Total: 500.000
Cert: 500.000
DR: 0.000
JERRY OAKES &
DEVERE OAKES JT TEN
BOX 65
WINCHESTR CTR CT 06094-0065

Account: 0000010465 Total: 2,110.000
Cert: 2,110.000
DR: 0.000
DONALD O'BRIEN
156 SPRING ST
WINDSOR LOCKS, CT 06096-1724

Account: 0000010528 Total: 175.000
Cert: 175.000
DR: 0.000
DONALD R O'BRIEN
156 SPRING ST
WINDSOR LOCKS, CT 06096-1724

Account: 0000011168 Total: 2,260.000
Cert: 2,260.000
DR: 0.000
KATHLEEN O'HARA
179 WOODMONT DRIVE
EAST HARTFORD, CT 06118-3340

Account: 0000010610 Total: 1,000.000
Cert: 1,000.000
DR: 0.000
DAVID W ORR &
ELAINE B ORR
JT TEN
114 FAIRWAY DR
OBERLIN, OH 44074-1420

Account: 0000011293 Total: 9,256.000
Cert: 9,256.000
DR: 0.000
GERALD B OSTROSKI
10 TECHNOLOGY DRIVE
WALLINGFORD CT 06492

Account: 0000011294 Total: 11,570.000
Cert: 11,570.000
DR: 0.000
JAMES OZANNE
10 TECHNOLOGY DRIVE
WALLINGFORD CT 06492

Account: 0000010629 Total: 79.000
Cert: 79.000
DR: 0.000
JEFFREY A PACHOLKE
46304 DORCHESTER
MACOMB, MI 48044-3337

# LIST OF SHAREHOLDERS
# DISTRIBUTED ENERGY SYSTEMS CORP (11329)

| | | | |
|---|---|---|---|
| **Account: 0000010573** **Total:** **195.000**<br>Cert: 195.000<br>DR: 0.000<br>MICHAEL T PAIGE &<br>ELLEN C PAIGE<br>JT TEN<br>11 ALDEN CIR<br>TOLLAND, CT 06084-2935 | **Account: 0000010565** **Total:** **920.000**<br>Cert: 920.000<br>DR: 0.000<br>PANCANADIAN<br>150 9 AVENUE SW<br>CALGARY AB CANADA T2P 3H9 | **Account: 0000010137** **Total:** **500.000**<br>Cert: 500.000<br>DR: 0.000<br>PAMELA C. PAQUETTE<br>28 ANTHONY DRIVE<br>BRISTOL, CT 06010-4833 | **Account: 0000010634** **Total:** **1,981.000**<br>Cert: 1,981.000<br>DR: 0.000<br>JASMIN PARIS<br>123 TROLLEY CROSSING LANE<br>MIDDLETOWN, CT 06457-5847 |
| **Account: 0000010596** **Total:** **61.000**<br>Cert: 61.000<br>DR: 0.000<br>JASMIN PARIS<br>100 WEST STREET APT D5<br>ROCKY HILL CT 06067 | **Account: 0000011217** **Total:** **250.000**<br>Cert: 250.000<br>DR: 0.000<br>JOSEPH W PARSONS SR<br>150 COOK HILL RD<br>CHESHIRE, CT 06410-3763 | **Account: 0000010210** **Total:** **5,143.000**<br>Cert: 5,143.000<br>DR: 0.000<br>LINDA G. PARTRIDGE<br>50 SUFFIELD STREET<br>WINDSOR LOCKS, CT 06096-1338 | **Account: 0000010677** **Total:** **2.000**<br>Cert: 2.000<br>DR: 0.000<br>THERESA A PASSALACQUA<br>1841 STONE RD<br>CASSVILLE, NY 13318-1521 |
| **Account: 0000010279** **Total:** **50.000**<br>Cert: 50.000<br>DR: 0.000<br>TRAVIS PAYNE<br>12 KINGS COURT<br>KEARNEY, NE 68845-4254 | **Account: 0000010282** **Total:** **50.000**<br>Cert: 50.000<br>DR: 0.000<br>TRAVIS J PAYNE CUST<br>DEVEN PAYNE<br>UNDER THE NE UNIF TRAN MIN ACT<br>12 KINGS COURT<br>KEARNEY, NE 68845-4254 | **Account: 0000011307** **Total:** **1,156.000**<br>Cert: 1,156.000<br>DR: 0.000<br>ALICE PEAL<br>P O BOX 903<br>741 SPRING HILL RD<br>WAITSFIELD VT 05673 | **Account: 0000011284** **Total:** **817.000**<br>Cert: 817.000<br>DR: 0.000<br>DENNIS PEDNAULT<br>345 MAY FARM ROAD<br>BARTON VT 05822 |
| **Account: 0000010822** **Total:** **231.000**<br>Cert: 231.000<br>DR: 0.000<br>MARK PENTA<br>2464 GILEAD BROOK ROAD<br>RANDOLPH, VT 05060-9677 | **Account: 0000010916** **Total:** **41.000**<br>Cert: 41.000<br>DR: 0.000<br>MARK PENTA<br>2464 GILEAD BROOK ROAD<br>RANDOLPH, VT 05060-9677 | **Account: 0000011150** **Total:** **17.000**<br>Cert: 17.000<br>DR: 0.000<br>RUSSELL PERHAM<br>17 WEST COUNTY RD<br>CALAIS, VT 05648-9600 | **Account: 0000011086** **Total:** **12.000**<br>Cert: 12.000<br>DR: 0.000<br>RUSSELL PERHAM<br>17 WEST COUNTY RD<br>CALAIS, VT 05648-9600 |
| **Account: 0000011151** **Total:** **133.000**<br>Cert: 133.000<br>DR: 0.000<br>JAMES PERRY<br>133 WINDY MEADOW RD<br>NORTHFIELD, VT 05663-4404 | **Account: 0000011152** **Total:** **1,611.000**<br>Cert: 1,611.000<br>DR: 0.000<br>JEFFREY K PETTER<br>83 APPLEWOOD LANE<br>WILLISTON, VT 05495-9029 | **Account: 0000010647** **Total:** **220.000**<br>Cert: 220.000<br>DR: 0.000<br>STEPHEN C PHILLIPS<br>212 1ST AVE<br>BOX 501<br>SALTVILLE VA 24370 | **Account: 0000011223** **Total:** **263.000**<br>Cert: 263.000<br>DR: 0.000<br>BRETT PINGREE<br>99 FULLER HILL ROAD<br>WARREN, VT 05674-9477 |
| **Account: 0000010212** **Total:** **600.000**<br>Cert: 600.000<br>DR: 0.000<br>EDWARD PITKIN<br>164 SPRING ST.<br>WINDSOR LOCKS, CT 06096-1724 | **Account: 0000010213** **Total:** **600.000**<br>Cert: 600.000<br>DR: 0.000<br>KAREN N. PITKIN<br>164 SPRING ST.<br>WINDSOR LOCKS, CT 06096-1724 | **Account: 0000011025** **Total:** **141.000**<br>Cert: 141.000<br>DR: 0.000<br>JOSEPH POOLE<br>2119 MEADOWS BLVD<br>LEAGUE CITY, TX 77573-7273 | **Account: 0000011125** **Total:** **51.000**<br>Cert: 51.000<br>DR: 0.000<br>JOSEPH POOLE<br>2119 MEADOWS BLVD<br>LEAGUE CITY, TX 77573-7273 |

# LIST OF SHAREHOLDERS
# DISTRIBUTED ENERGY SYSTEMS CORP (11329)

| Account | Total | Cert | DR | Name / Address |
|---|---|---|---|---|
| 0000011064 | 100.000 | 100.000 | 0.000 | CHRISTOPHER S PORTER CUST<br>AMI JESSICA PORTER<br>UNDER THE NY UNIF GIFT MIN ACT<br>BOX 235<br>PERU, NY 12972-0235 |
| 0000010263 | 500.000 | 500.000 | 0.000 | MARY E PRESCOTT<br>8 DAVIES STREET<br>BEDFORD, NH 03110-5908 |
| 0000010948 | 1,000.000 | 1,000.000 | 0.000 | PAUL RONALD PROKOPIUS<br>8804 FITZWATER RD<br>BRECKSVILLE, OH 44141-1347 |
| 0000010621 | 30.000 | 30.000 | 0.000 | LOUISA PUTNAM CUST<br>ROWAN FINNEGAN<br>UNDER THE NM UNIF TRAN MIN ACT<br>30 A OLD ARROYO CHAMISO<br>SANTA FE, NM 87505-7702 |
| 0000010138 | 464.000 | 464.000 | 0.000 | JEAN S. QUINN<br>25 BIRCH ROAD<br>VERNON, CT 06066-5401 |
| 0000011306 | 600.000 | 600.000 | 0.000 | LOUIS RAMIREZ &<br>VIRGINIA RAMIREZ TEN ENT<br>20741 EUSTIS RD<br>LAND O LAKES FL 34637-7444 |
| 0000010430 | 25.000 | 25.000 | 0.000 | EUGENE F RANDOLPH &<br>PATRICIA GENE RANDOLPH JTTEN<br>4535 N 9ND ST APT E102<br>WAUWATOSA WI 53225-4803 |
| 0000010409 | 25.000 | 25.000 | 0.000 | EUGENE F RANDOLPH &<br>MICHAEL EDWARD RANDOLPH JT TEN<br>4535 N 92ND ST APT E102<br>WAUWATOSA, WI 53225-4803 |
| 0000010830 | 1,188.000 | 1,188.000 | 0.000 | MELISSA RAPOZA<br>42 ELMHURST AVENUE<br>MERIDEN, CT 06450-6904 |
| 0000010475 | 1,000.000 | 1,000.000 | 0.000 | ROBERT REED<br>36 ST NICHOLAS ROAD<br>DARIEN, CT 06820-2823 |
| 0000010484 | 3,545.000 | 3,545.000 | 0.000 | LEAH M REIMER<br>252 BRADLEY CORNERS ROAD<br>MADISON, CT 06443-1753 |
| 0000010777 | 962.000 | 962.000 | 0.000 | RELIANT ENERGY VENTURES INC<br>1000 MAIN STREET ROOM 3534C<br>HOUSTON, TX 77002-6336 |
| 0000010913 | 1,923.000 | 1,923.000 | 0.000 | RELIANT ENERGY VENTURES,INC.<br>1000 MAIN ST.,ROOM 3534C<br>HOUSTON, TX 77002-6336 |
| 0000010581 | 10.000 | 10.000 | 0.000 | MICHELE RENDA &<br>ANTONIO RENDA<br>JT TEN<br>3 OXFORD DR<br>SOMERS POINT, NJ 08244-1416 |
| 0000011285 | 139.000 | 139.000 | 0.000 | RICHARD RETTIG<br>5405 CLAUDIED WAY<br>ELK GROVE CA 95757 |
| 0000011110 | 1,000.000 | 1,000.000 | 0.000 | THE RIVET TRUST<br>JOHN GREGORY TR<br>U/AGMT 07/15/80<br>159 COUNTRY CLUB RD<br>AVON, CT 06001-2613 |
| 0000011232 | 1,000.000 | 1,000.000 | 0.000 | THE RIVET TRUST<br>JOHN GREGORY TR<br>U/AGMT 07/15/80<br>159 COUNTRY CLUB RD<br>AVON, CT 06001-2613 |
| 0000010758 | 600.000 | 600.000 | 0.000 | RICHARD P ROBBINS<br>134 BROWNSTONE RIDGE<br>MERIDEN, CT 06451-3622 |
| 0000010504 | 500.000 | 500.000 | 0.000 | NATHAN B ROBERTS<br>4010 NW 24TH TER<br>BOCA RATON FL 33431 |
| 0000010039 | 500.000 | 500.000 | 0.000 | JOSE RODRIQUEZ<br>11 FERN STREET,APT. #1<br>NORWALK, CT 06854-4009 |

# LIST OF SHAREHOLDERS
# DISTRIBUTED ENERGY SYSTEMS CORP (11329)

Account: 0000011305 Total: 739.000 Cert: 739.000 DR: 0.000
ANDREW ROEMER
21 HICKEY RD
POMFRET CENTER CT 06259

Account: 0000010813 Total: 300.000 Cert: 300.000 DR: 0.000
LEO ROSENSTEIN &
ALAN H ROSENSTEIN &
MARK M ROSENSTEIN JT TEN
5355 HENRY HUDSON PKWY
BRONX, NY 10471-2830

Account: 0000010334 Total: 2,856.000 Cert: 2,856.000 DR: 0.000
SANDRA ROSS
5565 SEMINARY RD #114
FALLS CHURCH, VA 22041-3559

Account: 0000010732 Total: 1,000.000 Cert: 1,000.000 DR: 0.000
J T RUFF LIVING TRST DTD 5-2-97
LOIS J RUFF TR
BOX 196
AVON, IL 61415-0196

Account: 0000010719 Total: 500.000 Cert: 500.000 DR: 0.000
LOIS J RUFF &
JOHN T RUFF TR
05/02/97
LOIS J RUFF LIVING TRUST
BOX 196
AVON, IL 61415-0196

Account: 0000010534 Total: 500.000 Cert: 500.000 DR: 0.000
LOIS J RUFF TR
05/02/97
J T RUFF LIVING TRUST
BOX 196
AVON, IL 61415-0196

Account: 0000010294 Total: 5.000 Cert: 5.000 DR: 0.000
KATHERINE RUHL
202 EDWARDS AVE
BARRINGTON, NJ 08007-1232

Account: 0000011206 Total: 50.000 Cert: 50.000 DR: 0.000
THOMAS RUSSELL &
JEANNE RUSSELL JT TEN
14017 W CO RD 124
ODESSA, TX 79765-8948

Account: 0000010481 Total: 1,714.000 Cert: 1,714.000 DR: 0.000
MICHAEL J RYE
55 MEADOWBROOK RD
LONGMEADOW, MA 01106-1340

Account: 0000011238 Total: 200.000 Cert: 200.000 DR: 0.000
JOHN SABO
14 THISTLE DOWN
CROMWELL, CT 06416-2713

Account: 0000010220 Total: 243.000 Cert: 243.000 DR: 0.000
DEBORAH A. SAGE
PROTON ENERGY SYSTEMS INC.
50 INWOOD ROAD
ROCKY HILL,CT 06067

Account: 0000010707 Total: 7,045.000 Cert: 7,045.000 DR: 0.000
DEBORAH A SAGE
80 GAYFEATHER LANE
GLASTONBURY, CT 06033-1221

Account: 0000010703 Total: 400.000 Cert: 400.000 DR: 0.000
GARY T SAMPSON
5708 MALVERN AVE
PHILADELPHIA, PA 19131-3010

Account: 0000010896 Total: 100.000 Cert: 100.000 DR: 0.000
CHRISTINE L SAVINO
36 WHITNEY RD
MANCHESTER, CT 06040-2762

Account: 0000010595 Total: 203.000 Cert: 203.000 DR: 0.000
NORMAN J SCHAEFER
PO BOX 344
RIVERTON, CT 06065-0344

Account: 0000010658 Total: 91.000 Cert: 91.000 DR: 0.000
NORMAN J SCHAEFER
PO BOX 344
RIVERTON, CT 06065-0344

Account: 0000010857 Total: 49.000 Cert: 49.000 DR: 0.000
ERIKA SCHRAMM
80 AUSTIN DRIVE 245
BURLINGTON, VT 05401-5481

Account: 0000011170 Total: 410.000 Cert: 410.000 DR: 0.000
ERIKA L SCHRAMM
80 AUSTIN DRIVE 245
BURLINGTON, VT 05401-5481

Account: 0000011109 Total: 84,841.000 Cert: 84,841.000 DR: 0.000
AMBROSE L SCHWALLIE
412 SPALDING LAKE CIRCLE
AIKEN, SC 29803-2763

Account: 0000010222 Total: 1,000.000 Cert: 1,000.000 DR: 0.000
ARTHUR SCOTT JR.
299 N. BURNHAM HWY.
LISBON, CT 06351-2803

Account: 0000010140 Total: 3,000.000 Cert: 3,000.000 DR: 0.000
RICK SCOTT
33 JEFFERSON CIRCLE
CLINTON, CT 06413-1544

Account: 0000010390 Total: 589.000 Cert: 589.000 DR: 0.000
RICK S SCOTT
33 JEFFERSON CIRCLE
CLINTON, CT 06413-1544

Account: 0000011136 Total: 837.000 Cert: 837.000 DR: 0.000
EDWARD SENGLE
1218 LEAVENSWORTH RD
HINESBURG, VT 05461-3009

Account: 0000010807 Total: 9,746.000 Cert: 9,746.000 DR: 0.000
ANN SHAW
P O BOX 1299
CENTER HARBOR, NH 03226-1299

Account: 0000010799 Total: 4,366.000
Cert: 4,366.000
DR: 0.000
ANNE M SHAW
P O BOX 1664
CENTER HARBOR, NH 03226-1664

Account: 0000010416 Total: 800.000
Cert: 800.000
DR: 0.000
MONTGOMERY T SHAW &
MARIPAZ N SHAW
JT TEN
124 HIGH MEADOW LANE
COVENTRY, CT 06238-1087

Account: 0000010806 Total: 175,783.000
Cert: 175,783.000
DR: 0.000
ROBERT SHAW
P O BOX 1299
CENTER HARBOR, NH 03226-1299

Account: 0000010536 Total: 216,748.000
Cert: 216,748.000
DR: 0.000
ROBERT W SHAW JR
C/O DISTRIBUTED ENERGY
10 TECHNOLOGY DRIVE
WALLINGFORD, CT 06492-1955

Account: 0000011295 Total: 5,293.000
Cert: 5,293.000
DR: 0.000
ROBERT W SHAW JR
10 TECHNOLOGY DRIVE
WALLINGFORD CT 06492

Account: 0000011279 Total: 3,633.000
Cert: 3,633.000
DR: 0.000
JENNIFER SHEPHERD
18904 ST ALBERT DRIVE
BROOKEVILLE MD 20833

Account: 0000010928 Total: 197.000
Cert: 197.000
DR: 0.000
JENNIFER A SHEPHERD
18904 ST ALBERT DRIVE
BROOKEVILLE, MD 20833-3262

Account: 0000011318 Total: 120.000
Cert: 120.000
DR: 0.000
SHMUEL SHOSHANA
3/10 HASHARON ST
NAHARYA 2224
ISRAEL

Account: 0000010392 Total: 600.000
Cert: 600.000
DR: 0.000
HERBERT A SIMMERLY JR &
DEBRA A SIMMERLY JTWROS
3638 STATE HIGHWAY 23
WEST ONEONTA, NY 13861-6900

Account: 0000010645 Total: 100.000
Cert: 100.000
DR: 0.000
MELISSA A SIMMERLY
3638 STATE ROUTE 23
WEST ONEONTA NY 13861

Account: 0000010434 Total: 100.000
Cert: 100.000
DR: 0.000
SAMANTHA M SIMMERLY
3638 STATE HWY 23
WEST ONEONTA, NY 13861-6900

Account: 0000010791 Total: 3,059.000
Cert: 3,059.000
DR: 0.000
DONN SIMPSON
493 PRICKLY MT. RD.
WARREN, VT 05673-9673

Account: 0000010859 Total: 2,039.000
Cert: 2,039.000
DR: 0.000
BRUCE SINNOTT
1358 GERMAN FLATS RD
FAYSTON, VT 05673-7274

Account: 0000011325 Total: 930.000
Cert: 930.000
DR: 0.000
KRISTEN SKIRKANICH
PO BOX 92
GRANVILLE VT 05747

Account: 0000010113 Total: 11,002.000
Cert: 11,002.000
DR: 0.000
THOMAS SKOCZYLAS
1130 WEST LAKE AVE
GUILFORD, CT 06437-1342

Account: 0000010919 Total: 328.000
Cert: 328.000
DR: 0.000
PHILIP B. SMITH
43 OLD FARM ROAD
DARIEN, CT 06820-6119

Account: 0000011281 Total: 35.000
Cert: 35.000
DR: 0.000
RICHARD SOMEREST &
SHERRY SOMERSET JT TEN
174 SANDHILL RD
ESSEX JUNCTION VT 05452

Account: 0000011248 Total: 804.000
Cert: 804.000
DR: 0.000
SHERRY SOULE
665 RANNEY ROAD
STOCKBRIDGE VT 05772

Account: 0000011176 Total: 761.000
Cert: 761.000
DR: 0.000
MICHAEL SPANER
15 HIGH STREET
DEEP RIVER, CT 06417-1907

Account: 0000010086 Total: 1,000.000
Cert: 1,000.000
DR: 0.000
ALYSSA MARIE SPERANZA
26 PENN DRIVE
WEST HARTFORD, CT 06119-1152

Account: 0000011177 Total: 1,406.000
Cert: 1,406.000
DR: 0.000
ANTONIO SPERANZA
26 PENN DRIVE
WEST HARTFORD, CT 06119-1152

Account: 0000010984 Total: 344.000
Cert: 344.000
DR: 0.000
ANTONIO SPERANZA
26 PENN DRIVE
WEST HARTFORD, CT 06119-1152

Account: 0000010087 Total: 1,000.000
Cert: 1,000.000
DR: 0.000
ANTHONY JOHN SPERANZA
26 PENN DRIVE
WEST HARTFORD, CT 06119-1152

Account: 0000010271 Total: 20,498.000
Cert: 20,498.000
DR: 0.000
ANTONIO J. SPERANZA
26 PENN DRIVE
WEST HARTFORD, CT 06119-1152

# LIST OF SHAREHOLDERS
# DISTRIBUTED ENERGY SYSTEMS CORP (11329)

| Account | Total | Cert | DR | Name / Address |
|---|---|---|---|---|
| 0000010088 | 1,000.000 | 1,000.000 | 0.000 | BIANCA ROSE SPERANZA<br>26 PENN DRIVE<br>WEST HARTFORD, CT 06119-1152 |
| 0000010226 | 225.000 | 225.000 | 0.000 | LINDA ELIZABETH SPERANZA<br>90 RICHARD STREET<br>WEST HARTFORD CT |
| 0000010227 | 225.000 | 225.000 | 0.000 | RITA CARMEL SPERANZA<br>218 S. QUAKER LANE<br>WEST HARTFORD CT |
| 0000010669 | 50.000 | 50.000 | 0.000 | JANET SPRINTALL<br>8270 LA JOLLA SHORES DR<br>LA JOLLA, CA 92037-3017 |
| 0000010519 | 6.000 | 6.000 | 0.000 | DONNA STAPLES<br>2082 LAKEWOOD DR S<br>PIGGOTT, AR 72454-2434 |
| 0000011005 | 315.000 | 315.000 | 0.000 | ANNA STEGEMOELLER<br>PO BOX 1537<br>WAITSFIELD, VT 05673-1537 |
| 0000010686 | 250.000 | 250.000 | 0.000 | ANNETTE R STEIBEL TR<br>08/19/94<br>ANNETTE R STEIBEL DECLARTN<br>TRUST<br>1572 G RD<br>PR DU ROCHER, IL 62277-1208 |
| 0000010687 | 750.000 | 750.000 | 0.000 | THOMAS A STEIBEL TR<br>08/19/94<br>THOMAS A STEIBEL DCLARATION TRUST<br>1572 G RD<br>PR DU ROCHER IL 62277-1208 |
| 0000010594 | 1,337.000 | 1,337.000 | 0.000 | ELENA STOCKTON<br>776 N FARMS ROAD<br>WALLINGFORD, CT 06492-2542 |
| 0000010527 | 500.000 | 500.000 | 0.000 | JOSEPH P STONE &<br>PAULINE STONE<br>JT TEN<br>6262 COLLIER ST<br>ENGLEWOOD, FL 34224-7943 |
| 0000011138 | 14,918.000 | 14,918.000 | 0.000 | MURRAY STONE<br>PMB 295<br>112 S MAIN STREET<br>STOWE, VT 05672-4649 |
| 0000010812 | 1,000.000 | 1,000.000 | 0.000 | JAMES A STOVER SR TR<br>UA 02/25/00<br>FBO JAMES A STOVER SR<br>REV TRUST<br>BOX 396<br>ROCHESTER, VT 05767-0396 |
| 0000010970 | 790.000 | 790.000 | 0.000 | JESSE STOWELL<br>131 LAFLAME ROAD<br>WARREN, VT 05674-9797 |
| 0000010745 | 200.000 | 200.000 | 0.000 | JOHN E STRAYER<br>1015 BAUS RD<br>E GREENVILLE, PA 18041-2016 |
| 0000010829 | 331.000 | 331.000 | 0.000 | TOM STROPES<br>30871 BRASSIE LANE<br>TEMECULA, CA 92591-3915 |
| 0000010977 | 2,000.000 | 2,000.000 | 0.000 | WILLIAM STRYCHARZ<br>BOX 773494<br>STEAMBOAT SPRINGS, CO 80477-3494 |
| 0000010413 | 1,000.000 | 1,000.000 | 0.000 | GEORGE STYBEL &<br>THERESA STYBEL<br>JT TEN<br>3551 W SPRAGUE RD<br>N ROYALTON, OH 44133-2206 |
| 0000010660 | 1,233.000 | 1,233.000 | 0.000 | LAUREL SUCHECKI<br>1432 BARTHOLOMEW RD<br>MIDDLETOWN, CT 06457-5664 |
| 0000010230 | 2,857.000 | 2,857.000 | 0.000 | WILLIAM O SUDDATH<br>12 PARKSIDE COURT<br>ATLANTA, GA 30342-3266 |
| 0000010231 | 200.000 | 200.000 | 0.000 | COLLEEN E SULLIVAN<br>5 CENTERWOOD DRIVE<br>BURLINGTON, CT 06013-1538 |

| Account | Total | Cert | DR | Name / Address |
|---|---|---|---|---|
| 0000010579 | 5.000 | 5.000 | 0.000 | DONALD O SUMMERS<br>3425 CLINTON ST<br>WEST SENECA, NY 14224-1303 |
| 0000010606 | 5.000 | 5.000 | 0.000 | GLENN SUMMERS<br>3425 CLINTON ST<br>WEST SENECA, NY 14224-1303 |
| 0000010580 | 25.000 | 25.000 | 0.000 | SUSAN SUMMERS<br>3425 CLINTON ST<br>WEST SENECA, NY 14224-1303 |
| 0000011179 | 1,261.000 | 1,261.000 | 0.000 | MARK W TARNO<br>115 CARRIGAN ROAD<br>MORETOWN, VT 05660-9073 |
| 0000010921 | 395.000 | 395.000 | 0.000 | BERNARD D. TARR,JR.<br>2906 P STREET NW<br>WASHINGTON, DC 20007-3068 |
| 0000010699 | 2,000.000 | 2,000.000 | 0.000 | JACK THI<br>9220 CLAREWOOD DR APT 1035<br>HOUSTON, TX 77036-3566 |
| 0000010756 | 7,110.000 | 7,110.000 | 0.000 | WILLIAM J TIEDJE<br>30 PINE TER<br>TIBURON, CA 94920-1432 |
| 0000011012 | 1,582.000 | 1,582.000 | 0.000 | JAN TIERSON<br>63 FLETCHER ROAD<br>MORETOWN, VT 05660-9436 |
| 0000011225 | 1,514.000 | 1,514.000 | 0.000 | JAMES O TOLES<br>1137 BONITA WAY<br>JONESBORO, GA 30238-7885 |
| 0000010583 | 1.000 | 1.000 | 0.000 | CHRISTOPHER B F TOOLE TOD<br>VERONICA M A TOOLE<br>SUBJECT TO STA RULES<br>BOX 2423<br>HOLLYWOOD, CA 90078-2423 |
| 0000010351 | 7.000 | 7.000 | 0.000 | CHRISTOPHER B F TOOLE<br>66-68 BOYLSTON STREET<br>WATERTOWN, MA 02472-1972 |
| 0000011040 | 100.000 | 100.000 | 0.000 | RENATO TORNATO &<br>RITA TORNATO JT TEN<br>PO BOX 980<br>MIDDLEBURGH, NY 12122-0980 |
| 0000010694 | 1,625.000 | 1,625.000 | 0.000 | JOHN M TORRANCE<br>9 LEE STREET<br>WATERBURY, CT 06708-2115 |
| 0000010742 | 2,313.000 | 2,313.000 | 0.000 | JOHN M TORRANCE<br>9 LEE STREET<br>WATERBURY, CT 06708-2115 |
| 0000011310 | 1,521.000 | 1,521.000 | 0.000 | MYLIEM TRUONG<br>1722 MITCHELL AVE<br>#6<br>TUSTIN CA 92780 |
| 0000010508 | 66.000 | 66.000 | 0.000 | LEONARD TWASKAS<br>1907 HAMEY RD<br>STROUDSBURG, PA 18360-9408 |
| 0000010971 | 521.000 | 521.000 | 0.000 | ANTHONY UZABEL<br>321 SALAKI ROAD<br>MORETOWN, VT 05660-8907 |
| 0000011180 | 339.000 | 339.000 | 0.000 | ANTHONY UZABEL<br>321 SALAKI ROAD<br>MORETOWN, VT 05660-8907 |
| 0000011181 | 1,450.000 | 1,450.000 | 0.000 | CHARLES VANWINKLE<br>88 CORBETT ROAD<br>UNDERHILL, VT 05489-9745 |
| 0000010486 | 500.000 | 500.000 | 0.000 | GERHARD E VOELKL &<br>JUDITH A VOELKL<br>JT TEN<br>12 SCHOONER LANE<br>MERIDEN, CT 06451-4949 |
| 0000011129 | 1,384.000 | 1,384.000 | 0.000 | FRANK VONESH<br>1349 KATSURA CT<br>WILDWOOD, MO 63005-4291 |
| 0000011074 | 98.000 | 98.000 | 0.000 | FRANK VONESH<br>1349 KATSURA CT<br>WILDWOOD, MO 63005-4291 |
| 0000011182 | 1,160.000 | 1,160.000 | 0.000 | MATTHEW VUOLO<br>298 FALMOUTH AVE<br>ELMWOOD PARK, NJ 07407-2810 |
| 0000010734 | 50.000 | 50.000 | 0.000 | HANA WALSH TOD MORTIMER WALSH<br>SUBJECT TO STA RULES<br>107 WEST RIVOALTO DR<br>MIAMI BEACH, FL 33139-1255 |

# LIST OF SHAREHOLDERS
# DISTRIBUTED ENERGY SYSTEMS CORP (11329)

| | | | |
|---|---|---|---|
| **Account: 0000011215** **Total:** 171.000<br>Cert: 171.000<br>DR: 0.000<br>KATHERINE WALSH<br>496 CONTI COURT<br>WATERBURY, VT 05676-4434 | **Account: 0000010861** **Total:** 660.000<br>Cert: 660.000<br>DR: 0.000<br>KATHERINE E WALSH<br>496 CONTI COURT<br>WATERBURY, VT 05676-9695 | **Account: 0000011286** **Total:** 1,662.000<br>Cert: 1,662.000<br>DR: 0.000<br>ROLAND WANG<br>18 ANN STREET<br>NO BRANFORD CT 06471 | **Account: 0000010930** **Total:** 174.000<br>Cert: 174.000<br>DR: 0.000<br>JACQUELINE WEINBERG<br>8223 BELLFALL COURT<br>COLUMBIA MD 21045-4004 |
| **Account: 0000010801** **Total:** 1,928.000<br>Cert: 1,928.000<br>DR: 0.000<br>JACQUELINE L WEINBERG<br>9223 BELLFALL CT<br>COLUMBIA, MD 21045-4004 | **Account: 0000010543** **Total:** 100.000<br>Cert: 100.000<br>DR: 0.000<br>MARK WENRICH<br>228 RAYMOND<br>BARRINGTON, IL 60010-3019 | **Account: 0000010888** **Total:** 1,562.000<br>Cert: 1,562.000<br>DR: 0.000<br>ERIK WHITE<br>312 HANKS HILL RD<br>STORRS MANSFIELD, CT 06268-2355 | **Account: 0000010741** **Total:** 593.000<br>Cert: 593.000<br>DR: 0.000<br>ERIK J WHITE<br>312 HANKS HILL RD<br>STORRS MANSFIELD, CT 06268-2355 |
| **Account: 0000010695** **Total:** 327.000<br>Cert: 327.000<br>DR: 0.000<br>ERIC J WHITE<br>106 NORTH STREET<br>BELCHERTOWN, MA 01007-9732 | **Account: 0000010509** **Total:** 25.000<br>Cert: 25.000<br>DR: 0.000<br>ROBERT E WHITE<br>BOX 103<br>GREENPORT, NY 11944-0103 | **Account: 0000010611** **Total:** 25.000<br>Cert: 25.000<br>DR: 0.000<br>BLANCHE G WHITTAKER CUST<br>ANTHONY LEWIS WHITTAKER<br>UNDER THE WA UNIF TRAN MIN ACT<br>2610 COUNTRY CLUB CT NW<br>OLYMPIA, WA 98502-3702 | **Account: 0000010619** **Total:** 25.000<br>Cert: 25.000<br>DR: 0.000<br>BLANCHE G WHITTAKER CUST<br>ADAM JAMES WHITTAKER<br>UNDER THE WA UNIF TRAN MIN ACT<br>2610 COUNTRY CLUB CT NW<br>OLYMPIA, WA 98502-3702 |
| **Account: 0000010676** **Total:** 100.000<br>Cert: 100.000<br>DR: 0.000<br>CAITLIN WILLETTE<br>935 N COLONY RD<br>MERIDEN, CT 06450-2326 | **Account: 0000010303** **Total:** 200.000<br>Cert: 200.000<br>DR: 0.000<br>EDWARD WILLIAMS<br>715 GOIST LANE<br>GIRARD, OH 44420-1404 | **Account: 0000010612** **Total:** 65.000<br>Cert: 65.000<br>DR: 0.000<br>KATHY A WILLS<br>623 12TH SW NW<br>MINOT ND 58703-2040 | **Account: 0000010927** **Total:** 1,177.000<br>Cert: 1,177.000<br>DR: 0.000<br>JILL S. WILMOTH<br>334A CROSS GREEN STREET<br>GAITHERSBURG, MD 20878-6499 |
| **Account: 0000010876** **Total:** 2,042.000<br>Cert: 2,042.000<br>DR: 0.000<br>JAMES J WILSON<br>AMY J WILSON JTTEN<br>96 SIXTH AVENUE<br>MILFORD, CT 06460-5347 | **Account: 0000010893** **Total:** 139.000<br>Cert: 139.000<br>DR: 0.000<br>LISA WILSON<br>365 GRAHAM ROAD<br>SOUTH WINDSOR, CT 06074-1411 | **Account: 0000010593** **Total:** 1,160.000<br>Cert: 1,160.000<br>DR: 0.000<br>LISA A WILSON<br>365 GRAHAM ROAD<br>SOUTH WINDSOR, CT 06074-1411 | **Account: 0000011273** **Total:** 1,222.000<br>Cert: 1,222.000<br>DR: 0.000<br>NANCY WILSON<br>P.O. BOX 2142<br>FAYSTON VT 05673 |
| **Account: 0000010568** **Total:** 300.000<br>Cert: 300.000<br>DR: 0.000<br>DAVID WINTER<br>227 ELGIN AVE APT 6B<br>FOREST PARK, IL 60130-1346 | **Account: 0000010305** **Total:** 149.000<br>Cert: 149.000<br>DR: 0.000<br>ANDREW V WINTERS III<br>181 AUTUMN STREET<br>MANCHESTER, CT 06040-5520 | **Account: 0000010501** **Total:** 1,000.000<br>Cert: 1,000.000<br>DR: 0.000<br>HERMAN F WOLF &<br>LILLY WOLF<br>JT TEN<br>1012 HAZLEWOOD AVE<br>SYRACUSE, NY 13224-1406 | **Account: 0000011131** **Total:** 1,903.000<br>Cert: 1,903.000<br>DR: 0.000<br>DAVID WOLFF<br>19 WELLES LANE<br>SOUTH WINDSOR, CT 06074-2381 |

# LIST OF SHAREHOLDERS
# DISTRIBUTED ENERGY SYSTEMS CORP (11329)

| | | | |
|---|---|---|---|
| **Account: 0000010668** **Total:** **138.000**<br>Cert: 138.000<br>DR: 0.000<br>KEVIN WORTMAN &<br>KIM WORTMAN<br>JT TEN<br>94 ROLLING MEADOW DR<br>TOLLAND, CT 06084-2100 | **Account: 0000010721** **Total:** **200.000**<br>Cert: 200.000<br>DR: 0.000<br>MARCIA WORTMAN &<br>GAYLON WORTMAN JT TEN<br>55 REED RD<br>TOLLAND, CT 06084-3228 | **Account: 0000010242** **Total:** **400.000**<br>Cert: 400.000<br>DR: 0.000<br>MARCIA C. WORTMAN<br>55 REED ROAD<br>TOLLAND, CT 06084-3228 | **Account: 0000011059** **Total:** **759.000**<br>Cert: 759.000<br>DR: 0.000<br>WPS RESOURCES CORPORATION<br>700 NORTH ADAMS STREET<br>GREEN BAY, WI 54301-5145 |
| **Account: 0000010567** **Total:** **48.000**<br>Cert: 48.000<br>DR: 0.000<br>MARK D WYCKOFF<br>2336 N GREENVIEW<br>CHICAGO, IL 60614-3016 | **Account: 0000011251** **Total:** **3,433.000**<br>Cert: 3,433.000<br>DR: 0.000<br>MICHAEL YACKEE<br>19210 MARITA PLACE<br>APPLE VALLEY CA 92308 | **Account: 0000010414** **Total:** **300.000**<br>Cert: 300.000<br>DR: 0.000<br>JOHN ANTJONY ZAGAJA III &<br>KAHRYN MARIE ZAGAJA<br>JT TEN<br>23 ALDERMAN LANE<br>EAST GRANBY, CT 06026-9301 | **Account: 0000010244** **Total:** **300.000**<br>Cert: 300.000<br>DR: 0.000<br>BETHANY ZELENZ<br>103 BETTE CIRCLE<br>CHITTENANGO, NY 13037-9589 |
| **Account: 0000010274** **Total:** **100.000**<br>Cert: 100.000<br>DR: 0.000<br>ROBERT L ZIRINSKY &<br>GERALDINE A ZIRINSKY JT TEN<br>107 VASAR DRIVE<br>QUAKERTOWN, PA 18951-2270 | **Account: 0000011326** **Total:** **100.000**<br>Cert: 100.000<br>DR: 0.000<br>SIMON ZSCHIRNT<br>7677 STONEHAVEN LN<br>BOCA RATON FL 33496-5904 | | |

**DECLARATION REGARDING**
**LIST OF EQUITY SECURITY HOLDERS**

I, Peter Tallian, Chief Financial Officer, Secretary and Treasurer of Distributed Energy Systems Corp., a Delaware corporation, and an entity named as a debtor in this case, and the 100% owner of Northern Power Systems, Inc., declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing List of Equity Security Holders of Distributed Energy Systems Corp. and that the information contained therein is true and correct to the best of my knowledge, information and belief.

Dated: June 3, 2008

Peter J. Tallian
Chief Financial Officer, Secretary and Treasurer
Distributed Energy Systems Corp.

**RESOLUTIONS OF BOARD OF DIRECTORS**
**OF DISTRIBUTED ENERGY SYSTEMS CORP.**

The Board of Directors of Distributed Energy Systems Corp. (the "Company"), a Delaware corporation, hereby adopts the following resolutions, as the action of the Board of Directors of the Company.

WHEREAS, the Board of Directors has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the market for the Company's products and services, the energy industry and credit market conditions; and

WHEREAS, the Board of Directors has received, reviewed and considered the recommendations of the senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Title 11 of the United States Code; and

NOW, THEREFORE, BE IT RESOLVED that, in the judgment of the Board of Directors, it is desirable and in the best interests of the Company, its creditors, stockholders and other interested parties, that a voluntary petition (the "Petition") be filed by the Company under the provisions of Title 11 of the United States Code; and it is further

RESOLVED, that the Company shall be, and it hereby is, directed and authorized to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action which they deem reasonable, advisable, expedient, convenient, necessary or proper to obtain such relief; and it is further

RESOLVED, that to the extent authorized by the Board of Directors, Bernard H. Cherry and Peter J. Tallian of the Company (collectively, the "Designated Officers"), be and each of them, acting alone, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company (i) to execute and verify the Petition as well as all other ancillary documents and to cause the Petition to be filed with the United States Bankruptcy Court for the District of Delaware and to make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents, and (ii) to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and it is further

RESOLVED, that the law firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway") be, and hereby is, authorized and empowered to represent the Company as its general bankruptcy counsel and to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the bankruptcy proceeding; and in connection therewith, the Designated Officers, to the extent authorized by the Board of Directors, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy

case, and to cause to be filed an appropriate application for authority to retain the services of Young Conaway; and it is further

RESOLVED, that Epiq Bankruptcy Solutions, LLC ("Epiq") be, and hereby is, authorized and empowered to serve as the notice, claims, solicitation and balloting agent in connection with the bankruptcy case commenced by the Company under the Bankruptcy Code; and in connection therewith, the Designated Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, if required, prior to and immediately upon the filing of the bankruptcy case, and to cause to be filed an appropriate application for authority to retain the services of Epiq; and it is further

RESOLVED, that to the extent authorized by the Board of Directors, the Designated Officers be, and hereby are, authorized and directed to employ any other individual and/or firm as professionals or consultants or financial advisors to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and in connection therewith, to the extent authorized by the Board of Directors, the Designated Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy case, and to cause to be filed an appropriate application for authority to retain the services of such firms; and it is further

RESOLVED, that to the extent authorized by the Board of Directors, the officers of the Company be, and hereby are, authorized and empowered to obtain post-petition financing according to terms negotiated, or to be negotiated, by the management of the Company, including under debtor-in-possession credit facilities or relating to the use of cash collateral; and to enter into any guarantees and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreements; and in connection therewith, to the extent authorized by the Board of Directors, the officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents; and it is further

RESOLVED, that to the extent authorized by the Board of Directors, each and every officer of the Company be, and each of them acting alone is, hereby authorized, directed and empowered from time to time in the name and on behalf of the Company, to (a) take such further actions and execute and deliver such certificates, instruments, guaranties, notices and documents as may be required or as such officer may deem necessary, advisable or proper to carry out the intent and purpose of the foregoing resolutions, including the execution and delivery of any security agreements, pledges, financing statements and the like, and (b) perform the obligations of the Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such form, as the officer performing or executing the same shall approve, and the performance or execution thereof by such officer shall be conclusive evidence of the approval thereof by such officer and by the Company; and it is further

RESOLVED, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and the Board of Directors, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions

except that such actions were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

**DISTRIBUTED ENERGY SYSTEMS CORP.**
**SECRETARIAL CERTIFICATE**

The undersigned, Peter Tallian, Secretary of Distributed Energy Systems Corp. (the "Company"), a Delaware corporation, hereby certifies as follows:

1. I am duly qualified and elected Secretary of the Company and, as such, am familiar with the facts herein certified, and I am duly authorized to certify same on behalf of the Company.

2. Attached hereto is a true and complete copy of the Resolutions of the Board of Directors of the Company, duly adopted at a properly convened meeting of the Board of Directors on June 3, 2008, by vote of the directors, in accordance with the bylaws of the Company.

3. Such resolutions have not been amended, altered, annulled, rescinded or revoked and are in full force and effect as of the date hereof. There exist no other subsequent resolutions of the Board of Directors of the Company relating to the matters set forth in the resolution attached hereto.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 3rd day of June 2008.

Peter J. Tallian
Secretary
Distributed Energy Systems Corp.