## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-------------------------------------------------------- x

In re :    Case No. 08-11101 (KG)

DISTRIBUTED ENERGY SYSTEMS CORP., :    Chapter 11
a Delaware corporation, and

                   :    Jointly Administered

NORTHERN POWER SYSTEMS, INC.,
a Delaware corporation, :    **Hearing Date: July 15, 2008 at 3:00 p.m.**

                 Debtors. :    **Objection Deadline: July 8, 2008 at 4:00p.m.**

-------------------------------------------------------- x

### LIMITED OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING THE DEBTORS TO EMPLOY AND RETAIN COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. AS SPECIAL CORPORATE COUNSEL

The Official Committee of Unsecured Creditors (the "Committee") of Distributed Energy

Systems Corp., and its wholly owned subsidiary, Northern Power Systems, Inc., the debtors and

debtors-in-possession in the above-captioned cases (the "Debtors"),[1] by and through its proposed

counsel, hereby submits this limited objection (the "Limited Objection") to the Debtors'

application (the "Application") for entry of an order pursuant to Section 327(e) of Title 11,

United States Code (the "Bankruptcy Code"), and Rule 2014 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), approving the retention and employment of Cole, Schotz,

Meisel, Forman & Leonard, P.A. ("Cole Schotz") as the Debtors' special corporate counsel in

these cases, *nunc pro tunc* to the Petition Date and in support thereof, the Affidavit of Michael D.

Sirota (the "Sirota Affidavit"). In support of this Limited Objection, the Committee respectfully

represents as follows:

---

[1] The Debtors in these cases are: Distributed Energy Systems Corp. ("DESC") and Northern Power Systems, Inc. ("Northern").

1.     The Committee has a few issues and concerns with the proposed retention of Cole Schotz as specified special purpose counsel to the Debtors.

2.     First, the risk of duplication of efforts and services is not adequately addressed by either the Application or the Sirota Affidavit. The Debtors have retained general bankruptcy counsel and such counsel has been performing services with respect to the sales. As such, duplication, redundancies and inefficiencies need to be avoided.

3.     Second, the Sirota Affidavit indicates that Cole Schotz conducted an analysis of its "connections" in accordance with Bankruptcy Rule 2014. However, it appears that Cole Schotz only searched the Consolidated List of Creditors Holding the 20 Largest Unsecured Claims and Perseus. This is not consistent with the standard required by Bankruptcy Rule 2014. For example, Cole Schotz has not even disclosed whether it searched its database for any "connections" to the Baker Companies, Inc. – the Proton "stalking horse". Cole Schotz should fully comply with its obligations under Bankruptcy Rule 2014.

4.     Third, the Application states that Cole Schotz was engaged pre-petition to counsel the Debtors with regard to the Perseus' secured indebtedness and a possible sale of Proton. Cole Schotz should be required to produce a copy of its pre-petition engagement agreement and its engagement limited to the sale of the stock of Proton rather than with regard to both.

5.     Absent the Committee's issues being resolved on a consensual basis by the parties or by this Court, the Court should refuse to grant the order approving the retention and employment of Cole Schotz.

WHEREFORE, for all the foregoing reasons, the Committee respectfully requests that this Court enter an order (a) granting a continuance of the hearing; or, in the alternative, (i) denying approval of the Order Authorizing the Debtors to Employ and Retain Cole Schotz, unless the above issues are addressed; and (b) granting such other, further and different relief as is appropriate.

| Dated:  July 8, 2008 | ARCHER & GREINER, P.C. |
|---|---|
|  | */s/ Jack Shrum* <br> "J" Jackson Shrum (#4757) <br> Charles J. Brown, III (#3368) <br> 300 Delaware Avenue, Suite 1370 <br> Wilmington, DE 19801 <br> (302) 777-4350 <br> (302) 777-4352 (Fax) <br><br> - and - <br><br> ARENT FOX LLP <br><br> */s/ Robert M. Hirsh* <br> Andrew I. Silfen <br> Robert M. Hirsh <br> 1675 Broadway <br> New York, NY 10019 <br> (212) 484-3900 <br> (212) 484-3990 (Fax) <br><br> *Proposed Counsel for the Official Committee of Unsecured Creditors* |

## CERTIFICATE OF SERVICE

I HEREBY certify that on this date, I caused true and correct copies of the foregoing document to be served via first-class mail, postage prepaid and/or CM/ECF upon those parties listed on the attached service list.

Dated:  July 8, 2008

*/s/ "J" Jackson Shrum*
"J" Jackson Shrum (No. 4757)

Peter J. Antonszyk, Esq.
Proskauer Rose
One International Place
Boston, MA 02110-2600
(NEA Wind Energy Acquisition Corp.)

Michael Bernstein, Esq.
Charles Malloy, Esq.
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC 20004
(Perseus Partners VII, L.P.)

Edward J. Kosmowski, Esq.
Robert S. Brady, Esq.
Robert F. Poppiti, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899

Distributed Energy Systems Corp.
Attn: Peter Tallian, CFO
Sheldon Paul
10 Technology Drive
Wallingford, CT 06492
(Debtors)

Epiq Bankruptcy Solutions, LLC
Attn: Laura Campbell
757 Third Avenue, 3rd Floor
New York, NY 10017
(Claims Agent)

Mark E. Felger, Esq.
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
(Perseus Partners)

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202

Paul Heath, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Jared Hershberg, Esq.
Proskauer Rose
1585 Broadway
New York, NY 10036-8299
(NEA Wind Energy Acquisition Corp.)

Laura D. Jones, Esq
Michael R. Seidl, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
   (NEA Wind Energy Acquisition Corp.)

John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(Allen & Company LLC)

Joseph Lubertazzi, Esq
Lisa Bonsall, Esq.
McCarter & English
Four Gateway Ctr.
100 Mulberry St.
Newark, NJ 07102
(Baker Companies)

G. Amanda Mallan, Esq
McCarter & English
245 Park Avenue
New York, NY 10167
(Baker Companies)

Katharine L. Mayer
McCarter & English, LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
(Baker Companies)

Michael B. Mukasey, Esq
Commercial Litigation Branch
Department of Justice- U. S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Amanda Newby, Esq
Arnold & Porter LLP
1600 Tysons Blvd., Suite 900
McLean, VA 22102
(Perseus Partners VII, L.P.)

Marc Press, Esq
Cole, Schotz, Meisel, Forman & Leonard
Court Plaza North, 25 Main Street
Hackensack, NJ 07601
(Corporate Counsel to Debtors)

Richard L. Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

Secretary of State
Franchise Tax
Division of Corporations
P.O. Box 7040
Dover, DE 19903

Secretary of Treasury
Attn: Officer, Managing Agent or General Agent
P.O. Box 7040
Dover, DE 19903
(Government Agency)

Securities & Exchange Commission
Attn: Christopher Cox
100 F Street, NE
Washington, DC 20549

Securities and Exchange Commission
Attn: Mark Schonfeld, Regional Director
Securities and Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281

Ilana Volkov, Esq.
Cole, Schotz, Meisel, Forman & Leonard
Court Plaza North, 25 Main Street
Hackensack, NJ 07601
(Corporate Counsel to Debtors)

Ellen W. Slights, Esq.
Assistant United States Attorney
United States Dept. of Justice
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899

Richard D. Trenk, Esq
Joseph J. DiPasquale, Esq.
Trenk, DiPasquale, Webster, Della Fera &
Sodono, P.C.
347 Mt. Pleasant Aveune, Suite 300
West Orange, NJ 07052
(Allen & Company LLC)

Jeffrey M. Schlerf, Esq.
Bayard Firm
222 Delaware Avenue Suite 900
Wilmington, DE 19899
(Suzlon-USA)

Lisa Bonsall, Esq.
McCarter & English
Four Gateway Ctr.
100 Mulberry St.
Newark, NJ 07102
(Baker Companies)

Joseph M. Vann, Esq.
Ira R. Abel, Esq.
Cohen Tauber Spievack & Wagner, P.C.
420 Lexington Avenue, Suite 2400
New York, NY 10170
(Waring Investments, Inc.)

Travelers National Accounts
Attn: Scot Freeman, Case Manager
1 Tower Square - 5MN
Hartford, CT 06183-4044