# UNITED STATES BANKRUPTCY COURT

### DISTRICT OF DELAWARE

In re  DISTRIBUTED ENERGY SYSTEMS CORP.

Debtor

Case No.   08-11101

Chapter   11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | | | |
| B - Personal Property | Yes | 5 | $10,123,029.18 | | |
| C - Property Claimed As Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $18,454,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 4 | | $33,561.49 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $271,637.11 | |
| G - Executory Contracts and Unexpired Leases | Yes | 12 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | |
| J - Current Expenditures of Individual Debtor(s) | No | | | | |
| TOTAL | | 37 | $10,123,029.18 | $18,759,198.60 | |

In re  **DISTRIBUTED ENERGY SYSTEMS CORP.**                    Case No.  08-11101
                          Debtor                                        (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total | | |

(Report also on Summary of Schedules)

Sheet no. 1 of 1 sheet(s) attached to
Schedule of Real Property

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  CASH ON HAND. | X | | | |
| 2.  CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, CERTIFICATES OF DEPOSIT, OR SHARES IN BANKS, SAVINGS AND LOAN, THRIFT, BUILDING AND LOAN, AND HOMESTEAD ASSOCIATIONS, OR CREDIT UNIONS, BROKERAGE HOUSES, OR COOPERATIVES. | | TD BANKWORTH N.A. - 6831 PO BOX 1377 LEWISTON, ME  04243-1377 | | $529,686.00 |
| | | WEBSTER BANK, N.A. - 7315 PO BOX 191 WATERBURY, CT  06720-0191 | | $4,481.00 |
| 3.  SECURITY DEPOSITS WITH PUBLIC UTILITIES, TELEPHONE COMPANIES, LANDLORDS, AND OTHERS. | X | | | |
| 4.  HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO, VIDEO, AND COMPUTER EQUIPMENT. | X | | | |
| 5.  BOOKS, PICTURES AND OTHER ART OBJECTS, ANTIQUES, STAMP, COIN, RECORD, TAPE, COMPACT DISC, AND OTHER COLLECTIONS OR COLLECTIBLES. | X | | | |

In re **DISTRIBUTED ENERGY SYSTEMS CORP.**                    Case No.   08-11101

                    Debtor                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 6.  WEARING APPAREL. | X | | | |
| 7.  FURS AND JEWELRY. | X | | | |
| 8.  FIREARMS AND SPORTS, PHOTOGRAPHIC, AND OTHER HOBBY EQUIPMENT. | X | | | |
| 9.  INTERESTS IN INSURANCE POLICIES.  NAME INSURANCE COMPANY OF EACH POLICY AND ITEMIZE SURRENDER OR REFUND VALUE OF EACH. | X | | | |
| 10. ANNUITIES.  ITEMIZE AND NAME EACH INSURER. | X | | | |
| 11. INTERESTS IN AN EDUCATION IRA AS DEFINED IN 26 U.S.C. § 530(b)(1) OR UNDER A QUALIFIED STATE TUITION PLAN AS DEFINED IN 26 U.S.C. § 529(b)(1). GIVE PARTICULARS.  (FILE SEPARATELY THE RECORD(S) OF ANY SUCH INTEREST(S). 11 U.S.C. § 521(c) RULE 1007(B)) | X | | | |
| 12. INTERESTS IN IRA, ERISA, KEOGH, OR OTHER PENSION OR PROFIT SHARING PLANS. ITEMIZE. | X | | | |
| 13. STOCK AND INTERESTS IN INCORPORATED BUSINESSES. ITEMIZE. | | NORTHERN POWER SYSTEMS, INC. - 1,000 COMMON SHARES<br><br>PROTON ENERGY SYSTEMS, INC. - 1,000 COMMON SHARES (THE VALUE SET FORTH TO THE RIGHT FOR THE 1,000 SHARES OF PROTON IS BASED UPON THE $9,200,000 STALKING HORSE BID RECEIVED FROM BAKER COMPANIES, INC. ("BAKER") FOR SUCH SHARES.  BAKER'S BID DOES, HOWEVER, REMAIN SUBJECT TO CERTAIN PURCHASE PRICE ADJUSTMENTS.) | | Unknown<br><br>$9,200,000.00 |
| 14. INTERESTS IN PARTNERSHIPS OR JOINT VENTURES.  ITEMIZE. | X | | | |

In re  **DISTRIBUTED ENERGY SYSTEMS CORP.**                     Case No.  08-11101
_____                     _____
                        Debtor                                              (if known)

### SCHEDULE B - PERSONAL PROPERTY

#### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. GOVERNMENT AND CORPORATE BONDS AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS. | X | | | |
| 16. ACCOUNTS RECEIVABLE. | X | | | |
| 17. ALIMONY, MAINTENANCE, SUPPORT, AND PROPERTY SETTLEMENTS TO WHICH THE DEBTOR IS OR MAY BE ENTITLED.  GIVE PARTICULARS. | X | | | |
| 18. OTHER LIQUIDATED DEBTS OWING DEBTOR INCLUDING TAX REFUNDS.  GIVE PARTICULARS. | | DELAWARE FRANCHISE TAX REFUND | | Unknown |
| 19. EQUITABLE OR FUTURE INTERESTS, LIFE ESTATES, AND RIGHTS OR POWERS EXERCISABLE FOR THE BENEFIT OF THE DEBTOR OTHER THAN THOSE LISTED IN SCHEDULE OF REAL PROPERTY. | X | | | |
| 20 CONTINGENT AND NON-CONTINGENT INTERESTS IN ESTATE OF A DECEDENT, DEATH BENEFIT PLAN, LIFE INSURANCE POLICY, OR TRUST. | X | | | |
| 21. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OF EVERY NATURE, INCLUDING TAX REFUNDS, COUNTERCLAIMS OF THE DEBTOR, AND RIGHTS TO SETOFF CLAIMS.  GIVE ESTIMATED VALUE OF EACH. | X | | | |
| 22. PATENTS, COPYRIGHTS, AND OTHER INTELLECTUAL PROPERTY.  GIVE PARTICULARS. | X | | | |
| 23. LICENSES, FRANCHISES, AND OTHER GENERAL INTANGIBLES. GIVE PARTICULARS. | | TRADEMARK - DISTRIBUTED ENERGY SYSTEMS TM US APPLICATION # 78349528 CERTIFICATION # 3012346 | | Unknown |

Sheet no. 3 of 5 sheets attached to
Schedule of Personal Property

**SCHEDULE B - PERSONAL PROPERTY**

**(Continuation Sheet)**

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. CUSTOMER LISTS OR OTHER COMPILATIONS CONTAINING PERSONALLY IDENTIFIABLE INFORMATION PROVIDED TO THE DEBTOR BY INDIVIDUALS IN CONNECTION WITH OBTAINING A PRODUCT OR SERVICE FROM THE DEBTOR PRIMARILY FOR PERSONAL, FAMILY, OR HOUSEHOLD PURPOSES. | X | | | |
| 25. AUTOMOBILES, TRUCKS, TRAILERS, OTHER VEHICLES AND ACCESSORIES. | X | | | |
| 26. BOATS, MOTORS, AND ACCESSORIES. | X | | | |
| 27. AIRCRAFT AND ACCESSORIES. | X | | | |
| 28. OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES. | | COMPUTER EQUIPMENT AND SOFTWARE | | $373,404.18 |
| 29. MACHINERY, FIXTURES, EQUIPMENT AND SUPPLIES USED IN BUSINESS. | X | | | |
| 30. INVENTORY. | X | | | |
| 31. ANIMALS. | X | | | |
| 32. CROPS - GROWING OR HARVESTED. GIVE PARTICULARS. | X | | | |
| 33. FARMING EQUIPMENT AND IMPLEMENTS. | X | | | |
| 34. FARM SUPPLIES, CHEMICALS, AND FEED. | X | | | |
| 35. OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY LISTED.  ITEMIZE. | | PREPAID NASDAQ FEE | | $15,458.00 |

In re  **DISTRIBUTED ENERGY SYSTEMS CORP.**                Case No.  08-11101

                              Debtor                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | | Total | $10,123,029.18 |

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

In re **DISTRIBUTED ENERGY SYSTEMS CORP.**                    Case No.  08-11101
_____                    _____
                    Debtor                                      (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED  CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| PERSEUS PARTNERS VII, L.P. 2099 PENNSYLVANIA AVENUE, N.W., 9TH FLOOR WASHINGTON, DC  20006 | X | | SECURED DEBT | | | X | $18,454,000.00 | UNKNOWN |
| | | | VALUE | | | | | |

Sheet no. 1 of 1 sheet(s) attached to Schedule of
Creditors Holding Secured Claims

|  | Subtotal (Total(s) of this page) | $18,454,000.00 | |
|---|---|---|---|
|  | Total (Use only on the last page) | $18,454,000.00 | |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re **DISTRIBUTED ENERGY SYSTEMS CORP.**                    Case No.   08-11101

Debtor                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

In re  **DISTRIBUTED ENERGY SYSTEMS CORP.**                    Case No.  08-11101
                              Debtor                                                   (if known)


☐  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not
   delivered or provided. 11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of
   Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C.
   § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a
   drug, or another substance. 11 U.S.C. § 507(a)(10).


   **\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>DeLoughery, Eileen<br>360 W. Spring St. B2<br>West Haven, CT 06516 | | | ACCRUED VACATION | | | | $2.78 | $2.78 | $0.00 |
| ACCOUNT NO.<br>Department of Revenue Services<br>P.O. Box 5030<br>Hartford, CT 06102-5030 | | -- | SALES TAX | X | X | X | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>Department of Revenue Services<br>P.O. Box 2974<br>Hartford, CT 06104-2974 | | | INCOME TAX | X | X | X | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>Fox, Deborah<br>33 Mystic St.<br>Charlestown, MA 02129 | | | ACCRUED VACATION | | | | $1,836.54 | $1,836.54 | $0.00 |
| ACCOUNT NO.<br>Freeman, Joseph<br>28 Grove Street<br>Ansonia, CT 06401 | | | ACCRUED VACATION | | | | $1,693.56 | $1,693.56 | $0.00 |
| ACCOUNT NO.<br>IRS<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | | | INCOME TAX | X | X | X | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>Kelly, Kenneth<br>15 Tuttle Court<br>Bethany, CT 06524 | | | ACCRUED VACATION | | | | $6,433.54 | $6,433.54 | $0.00 |
| ACCOUNT NO.<br>Kelly, Sandra<br>25 Tollgate Road<br>Rocky Hill, CT 06067 | | | ACCRUED VACATION | | | | $3,660.59 | $3,660.59 | $0.00 |
| ACCOUNT NO.<br>Koduah, John<br>124 Comstock Road<br>Manchester, CT 06040 | | | ACCRUED VACATION | | | | $1,852.44 | $1,852.44 | $0.00 |

Sheet no. 3 of 4 sheets attached to Schedule of
Creditors Holding Unsecured Priority Claims

| | Subtotal | $15,479.45 | $15,479.45 | $0.00 |
|---|---|---|---|---|

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Morro, Kristen 1060 New Haven Rd. Durham, CT 06422 | | | ACCRUED VACATION | | | | $1,326.35 | $1,326.35 | $0.00 |
| ACCOUNT NO. O'Hara, Kathleen 179 Woodmont Drive East Hartford, CT 06118 | | -- | ACCRUED VACATION | | | | $3,313.13 | $3,313.13 | $0.00 |
| ACCOUNT NO. Szucs, Rozalia 380 Old Waterbury Rd. Southbury, CT 06488 | | | ACCRUED VACATION | | | | $348.78 | $348.78 | $0.00 |
| ACCOUNT NO. Tallian, Peter 31 Doe Hollow Dr. Trumbull, CT 06611 | | | ACCRUED VACATION | | | | $4,904.91 | $4,904.91 | $0.00 |
| ACCOUNT NO. Vermont Department of Taxes 133 State Street Montpelier, VT 05633-1401 | | | INCOME TAX | X | X | X | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO. Winters III, Andrew 181 Autumn Street Manchester, CT 06040 | | | ACCRUED VACATION | | | | $8,188.88 | $8,188.88 | $0.00 |

Sheet no. 4 of 4 sheets attached to Schedule of
Creditors Holding Unsecured Priority Claims

| | | | |
|---|---|---|---|
| Subtotal | $18,082.04 | $18,082.04 | $0.00 |
| Total | $33,561.49 | | |
| Totals | | $33,561.49 | $0.00 |

In re  **DISTRIBUTED ENERGY SYSTEMS CORP.**                    Case No.  08-11101
_____                              _____
                    Debtor                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ALL WASTE INC. P. O. BOX 2472 HARTFORD, CT 06146 | | | AP VENDOR | | | | $714.34 |
| ACCOUNT NO. | | | | | | | |
| ALLIANCE FOOD MANAGEMENT 1172 NORTH MAIN STREET P. O. BOX 4744 WATERBURY, CT 06704 | | | AP VENDOR | | | | $123.49 |

Sheet no. 1 of 13 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    Subtotal        | $837.83 |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> AMANO USA, INC. <br> 8 CAPITAL DRIVE <br> WALLINGFORD, CT  06492 | | | AP VENDOR | | | | $2,316.58 |
| ACCOUNT NO. <br><br> AMERICAN EXPRESS CO. <br> TRAVEL RELATED SERVICES CO. <br> P. O. BOX 360001 <br> FT LAUDERDALE, FL  33336-0001 | | | AP VENDOR | | | | $4,465.82 |
| ACCOUNT NO. <br><br> AMERICAN EXPRESS CO. <br> TRAVEL RELATED SERVICES CO. <br> P. O. BOX 360001 <br> FT LAUDERDALE, FL  33336-0001 | | | AP VENDOR | | | | $3,196.41 |
| ACCOUNT NO. <br><br> AMERICAN STOCK TRANSFER & TRUS <br> 59 MAIDEN LANE <br> NEW YORK, NY  10038 | | | AP VENDOR | | | | $2,266.00 |
| ACCOUNT NO. <br><br> ASPEN PROPERTIES <br> 715 E DEBRA LANE <br> ANAHEIM, CA  92805-6334 | | | LEASE GUARANTEE | X | | | Unknown |
| ACCOUNT NO. <br><br> AT&T <br> P. O. BOX 13148 <br> NEWARK, NJ  07101-5648 | | | UTILITIES | | | | $1,024.04 |

Sheet no. 2 of 13 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal          $13,268.85

In re  **DISTRIBUTED ENERGY SYSTEMS CORP.**                    Case No.  08-11101

Debtor                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> AT&T MOBILITY <br> P.O. BOX 6463 <br> CAROL STREAM, IL  60197-6463 | | | UTILITIES | | | | $859.09 |
| ACCOUNT NO. <br> BH CHERRY LLC <br> 1601 FORUM PLACE <br> SUITE 1010 <br> WEST PALM BEACH, FL  33401 | | | WAGES | | | | $17,050.00 |
| ACCOUNT NO. <br> CAFE RA <br> 1163 SOUTH BROAD STREET <br> WALLINGFORD, CT  06492 | | | AP VENDOR | | | | $79.71 |
| ACCOUNT NO. <br> CAFE RA <br> 1163 SOUTH BROAD STREET <br> WALLINGFORD, CT  06492 | | | AP VENDOR | | | | $136.10 |
| ACCOUNT NO. <br> CAREERBUILDER, LLC. <br> 13047 COLLECTION CENTER DRIVE <br> CHICAGO, IL  60693-0130 | | | AP VENDOR | | | | $3,900.00 |
| ACCOUNT NO. <br> CDW COMPUTER CENTERS, INC. <br> PO BOX 75723 <br> CHICAGO, IL  60675-5723 | | | AP VENDOR | | | | $115.80 |

Sheet no. 3 of 13 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal | $22,140.70

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| CONCENTRA MEDICAL CENTERS P.O. BOX 8960 ELKRIDGE, MD 21075-8960 | | | AP VENDOR | | | | $61.50 |
| ACCOUNT NO. | | | | | | | |
| CONNECTICUT BUSINESS SYSTEMS 50 ROCKWELL ROAD NEWINGTON, CT 06111-5526 | | | AP VENDOR | | | | $3,028.51 |
| ACCOUNT NO. | | | | | | | |
| CONNEX 50 FEDERAL ROAD DANBURY, CT | | | AP VENDOR | | | | $289.45 |
| ACCOUNT NO. | | | | | | | |
| CONSUMERS INTERSTATE CORPORATION CORPORATE HEADQUARTERS 2 CONSUMERS AVENUE NORWICH, CT 06360-1568 | | | AP VENDOR | | | | $721.35 |
| ACCOUNT NO. | | | | | | | |
| COOLEY GODWARD KRONISH LLP ONE FREEDOM SQUARE 11951 FREEDOM DRIVE RESTON, VA 20190-5656 | | | LEGAL SERVICES | | | | $25,176.61 |
| ACCOUNT NO. | | | | | | | |
| DELCON MAINTENANCE CORPORATION 159 DIVIDEND ROAD UNIT D ROCKY HILL, CT 06067 | | | AP VENDOR | | | | $3,710.00 |

Sheet no. 4 of 13 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal　　$32,987.42

In re  **DISTRIBUTED ENERGY SYSTEMS CORP.**                Case No.  08-11101

Debtor                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| DUANE, MORRIS LLP UNITED PLAZA 30 SOUTH 17TH STREET PHILADELPHIA, PA 19103-4196 | | | AP VENDOR | | | | $1,135.65 |
| ACCOUNT NO. | | | | | | | |
| FILTER SALES & SERVICE INC. 15 ADAMS STREET BURLINGTON, MA 01803-4916 | | | AP VENDOR | | | | $183.60 |
| ACCOUNT NO. | | | | | | | |
| FIRE PROTECTION TESTING, INC. 1701 HIGHLAND AVENUE # 4 CHESHIRE, CT 06410 | | | AP VENDOR | | | | $489.51 |
| ACCOUNT NO. | | | | | | | |
| FLEX AMERICA 6500 ROCK SPRING DRIVE BETHSEDA, MD 20817 | | | AP VENDOR | | | | $284.75 |
| ACCOUNT NO. | | | | | | | |
| FRONTRUNNER NETWORK SYSTEMS 412 LINDEN AVENUE ROCHESTER, NY 14625 | | | AP VENDOR | | | | $132.50 |
| ACCOUNT NO. | | | | | | | |
| GEORGIO REALTY 4124 39TH STREET SUNNYSIDE, NY 11104 | | | LEASE GUARANTEE | X | | | Unknown |

Sheet no. 5 of 13 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal    $2,226.01

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. HARRINGTON ENGINEERING, INC. P. O. BOX 819 OLD SAYBROOK, CT  06475 | | | AP VENDOR | | | | $1,003.54 |
| ACCOUNT NO. INTEGRITY GRAPHICS, INC. P. O. BOX 18096 BRIDGEPORT, CT  06601-2896 | | | AP VENDOR | | | | $337.00 |
| ACCOUNT NO. INTERCALL 8420 WEST BRYN MAWR SUITE 400 CHICAGO, IL  60631 | | | AP VENDOR | | | | $9.77 |
| ACCOUNT NO. JAMES H. OZANNE 114 GOODWIVES DARIEN, CT  06820 | | | EXPENSE REIMBURSEMENT | | | | $146.78 |
| ACCOUNT NO. JAMES STONE & ASSOCIATES 2296 MAIN STREET STRATFORD, CT  06615 | | | AP VENDOR | | | | $2,162.79 |
| ACCOUNT NO. JENSEN & MATAYA PROPERTIES 2082 EDISON EDISON, CA  94579 | | | LEASE GUARANTEE | X | | | Unknown |

Sheet no. 6 of 13 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal | $3,659.88 |
|---|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> LADA, P.C. <br> 104 WEST STREET <br> SIMSBURY, CT 06070 | | | AP VENDOR | | | | $546.00 |
| ACCOUNT NO. <br> MAGNAKLEEN <br> P. O. BOX 923 <br> MERIDEN, CT 06450 | | | AP VENDOR | | | | $103.77 |
| ACCOUNT NO. <br> MAGNAKLEEN <br> P. O. BOX 923 <br> MERIDEN, CT 06450 | | | AP VENDOR | | | | $311.31 |
| ACCOUNT NO. <br> MARSH USA INC. <br> NORWALK OFFICE <br> P. O. BOX 19630 <br> NEWARK, NJ 07195-0630 | | | INSURANCE | | | | $1,587.00 |
| ACCOUNT NO. <br> MERIMAN, CURIAN FORD & COMPANY <br> 600 CALIFORNIA STREET. 9TH FLOOR <br> SAN FRANCISCO, CA 94108 | | | AP VENDOR | | | | $100.00 |
| ACCOUNT NO. <br> MINTZ, LEVIN, COHN, FERRIS, GLOVSKY&POPEO P.C <br> 701 PENNSYLVANIA AVENUE N.W <br> WASHINGTON, DC 20004-2608 | | | LEGAL SERVICES | | | | $220.00 |

Sheet no. 7 of 13 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  |  |
|---|---|
| Subtotal | $2,868.08 |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| NORTHWESTERN MUTUAL FINANCIAL NETWORK P. O. BOX 3181 MILWAUKEE, WI 53201-3181 | | | AP VENDOR | | | | $60.30 |
| ACCOUNT NO. | | | | | | | |
| ORKIN INC. 105 CLARK DRIVE EAST BERLIN, CT 06023-1147 | | | AP VENDOR | | | | $477.00 |
| ACCOUNT NO. | | | | | | | |
| PATRICK TOWBIN 11 CHAMPLAIN PLACE WINOOSKI, VT 05404 | | | AP VENDOR | | | | $268.48 |
| ACCOUNT NO. | | | | | | | |
| PIPER JAFFRAY ATT: CHRIS LENTON, J13S24 800 NICOLLET MALL MINNEAPOLIS, MN 55402-7020 | | | AP VENDOR | | | | $85,795.73 |
| ACCOUNT NO. | | | | | | | |
| PR NEWSWIRE ASSOCIATION,LLC G.P.O. BOX 5897 NEWYORK, NY 10087-5897 | | | AP VENDOR | | | | $1,420.00 |
| ACCOUNT NO. | | | | | | | |
| PRECISE HIRE 9457 S. UNIVERSITY BLVD # 176 HIGHLANDS RANCH, CO 80126 | | | AP VENDOR | | | | $98.00 |

Sheet no. 8 of 13 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal | $88,119.51

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| PRECISION IR, INC. 601 MOOREFIELD PARK DRIVE RICHMOND, VA 23236-3654 | | | AP VENDOR | | | | $1,472.55 |
| ACCOUNT NO. | | | | | | | |
| PRICEWATERHOUSECOOPERS LLP P. O. BOX 7247-8001 PHILADELPHIA, PA 19170-8001 | | | AP VENDOR | | | | $12,000.00 |
| ACCOUNT NO. | | | | | | | |
| RESPOND FIRST AID SYSTEMS P. O. BOX 88 DURHAM, CT 06422-0088 | | | AP VENDOR | | | | $656.32 |
| ACCOUNT NO. | | | | | | | |
| ROBERT NOONAN & ASSOCIATES 6 WAY ROAD SUITE 301 MIDDLEFIELD, CT 06455 | | | AP VENDOR | | | | $531.68 |
| ACCOUNT NO. | | | | | | | |
| ROBINSON & COLE LLP 280 TRUMBULL STREET HARTFORD, CT 06103-3597 | | | LEGAL SERVICES | | | | $3,453.42 |
| ACCOUNT NO. | | | | | | | |
| RR DONNELLEY RECEIVABLES, INC P. O. BOX 13654 NEWARK, NJ 07188-0001 | | | AP VENDOR | | | | $4,123.20 |

Sheet no. 9 of 13 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal          $22,237.17

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SAM'S CLUB <br> P.O. BOX 4596 <br> CAROL STREAM, IL  60197-4596 | | | AP VENDOR | | | | $259.29 |
| ACCOUNT NO. <br><br> SCOTT HIGGINS <br> CONNECTICUT COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES <br> WEST CENTRAL REGION OFFICE <br> ROWLAND STATE GOVERNMENT CENTER <br> 55 WEST MAIN STREET, SUITE 210 <br> WATERBURY, CT  06702-2004 | | | LITIGATION | X | X | X | Unknown |
| ACCOUNT NO. <br><br> SHRED- IT CONNECTICUT <br> 29 DIANA COURT <br> CHESHIRE, CT  06410 | | | AP VENDOR | | | | $114.43 |
| ACCOUNT NO. <br><br> SONITROL CORPORATION <br> P. O. BOX 660777 <br> DALLAS, TX  75266-0777 | | | AP VENDOR | | | | $1,456.17 |
| ACCOUNT NO. <br><br> ST PAUL TRAVELERS <br> CL & SPECIALTY REMITTANCE CTR. <br> HARTFORD, CT  06183-1008 | | | INSURANCE | | | | $0.00 |

Subtotal          $1,829.89

In re  **DISTRIBUTED ENERGY SYSTEMS CORP.**                    Case No.  08-11101

_____
                    Debtor                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| STAPLES BUSINESS ADVANTAGE DEPT BOS 85101 P. O. BOX 30851 HARTFORD, CT 06150-0851 | | | AP VENDOR | | | | $2,692.35 |
| ACCOUNT NO. | | | | | | | |
| STEVE UPCHURCH 2330 CENTURY POINT LANE GLENDALE HEIGHTS, IL 60139 | | | AP VENDOR | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| TD BANKNORTH, N.A. 90 MAIN STREET ATT: ROSEMARIE WHITE MONTPELIER, VT 05602 | | | AP VENDOR | | | | $3,000.00 |
| ACCOUNT NO. | | | | | | | |
| THE SURVEY GROUP ONE POPE STREET SUITE 200 WAKEFIELD, MA 01880 | | | AP VENDOR | | | | $2,700.00 |
| ACCOUNT NO. | | | | | | | |
| THE TORRENZANO GROUP 60 EAST 42ND STREET SUITE 2112 NEW YORK, NY 10165-2112 | | | AP VENDOR | | | | $10,283.18 |
| ACCOUNT NO. | | | | | | | |
| THOMSON FINANCIAL LLC P. O. BOX 5136 CAROL STREAM, IL 60197-5136 | | | AP VENDOR | | | | $1,675.00 |

Sheet no. 11 of 13 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal          $20,350.53

In re **DISTRIBUTED ENERGY SYSTEMS CORP.**          Case No.  08-11101

                              Debtor                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| TOMMASINO'S P&B LANDSCAPING 94 MILTON DRIVE MERIDEN, CT 06450 | | | AP VENDOR | | | | $1,767.92 |
| ACCOUNT NO. | | | | | | | |
| VERIZON WIRELESS P. O. BOX15041 WORCESTER, MA 01615-0041 | | | UTILITIES | | | | $1,001.79 |
| ACCOUNT NO. | | | | | | | |
| VINNY'S 567 CENTER STREET WALLINGFORD, CT 06492 | | | AP VENDOR | | | | $155.58 |
| ACCOUNT NO. | | | | | | | |
| VINNY'S 567 CENTER STREET WALLINGFORD, CT 06492 | | | AP VENDOR | | | | $537.05 |
| ACCOUNT NO. | | | | | | | |
| VT. TEDDY BEAR 6655 SHELBURNE ROAD SHELBURNE, VT 05482 | | | AP VENDOR | | | | $76.51 |
| ACCOUNT NO. | | | | | | | |
| WE RECYCLE 1, INC. 500 SOUTH BROAD STREET MERIDEN, CT 06450 | | | AP VENDOR | | | | $677.51 |

Sheet no. 12 of 13 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal          $4,216.36

In re  **DISTRIBUTED ENERGY SYSTEMS CORP.**                    Case No.  08-11101

                        Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WILMER HALE PO BOX 4550 BOSTON, MA  02212-4550 | | | LEGAL SERVICES | | | | $56,894.88 |

Sheet no. 13 of 13 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | |
|---|---|
| Subtotal | $56,894.88 |
| Total | $271,637.11 |

In re **DISTRIBUTED ENERGY SYSTEMS CORP.**                    Case No. __08-11101__

Debtor                                                   (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party
to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ACA ABERDEEN PROVING GROUND ATTN.: DIRECTORATE OF CONTRACTING 4118 SUSQUEHANNA AVENUE ABERDEEN PROVING GROUND, MD 21005-3013 | SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS DATED SEPTEMBER 7, 2007 BY AND BETWEEN ACA ABERDEEN PROVING GROUND AND DISTRIBUTED ENERGY SYSTEMS CORP. |
| ADVANZ SA DE CV ATTN.: OZIEL GUERRA VISTA ENCANTO #223 COL. LINDA VISTA GUADALUPE, NUEVO LEON CP 67130 MEXICO | STANDARD INTERNATIONAL DISTRIBUTOR AGREEMENT HOGEN S & H SERIES DATED DECEMBER 21, 2007 BY AND BETWEEN DISTRIBUTED ENERGY SYSTEMS CORP. AND ADVANZ SA DE CV. |
| ADVANZ SA DE CV SUMINISTROS INDUSTRIALES VISTA ENCANTO 223 COL. LINDA VISTA GUADALUPE, N.L. CP 67130 MEXICO | STANDARD INTERNATIONAL DISTRIBUTOR AGREEMENT HOGEN S & H SERIES AND STABLEFLOW DATED DECEMBER 21, 2007 BY AND BETWEEN ADVANZ SA DE CV AND DISTRIBUTED ENERGY SYSTEMS CORP. |
| AMBROSE SCHWALLIE 412 SPALDING LAKE CIRCLE AIKEN, SC 29803 | TRANSITION AGREEMENT DATED OCTOBER 31, 2007 |
| AUTOTROL S.A. C.I.A.F. E I. ATTN: ARMANDO MAIDANIK O'GORMAN 3060 BUENOS AIRES ARGENTINA | INTERNATIONAL DISTRIBUTION AGREEMENT BETWEEN DISTRIBUTED ENERGY SYSTEMS CORP AND ITS SUBSIDIARIES AND AUTOTROL S.A. C.I.A.F. E I. DATED OCTOBER 1, 2007 |
| BERNARD CHERRY ONE NORTH BREAKERS ROW PLAM BEACH, FL 33401 | LETTER AGREEMENT DATED NOVEMBER 17, 2007 |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BERNARD CHERRY ONE NORTH BREAKERS ROW PLAM BEACH, FL 33401 | STOCK OPTION AGREEMENT DATED DECEMBER 7, 2007 |
| BGA TECHNOLOGIES, INC. 605 MIDDLEFIELD ROAD UNIT #6 SCARBOROUGH, ONTARIO M1V 4Y6 CANADA | CONFIDENTIALITY AGREEMENT BETWEEN DISTRIBUTED ENERGY SYSTEMS CORP AND BGA TECHNOLOGIES, INC. DATED APRIL 25, 2007 |
| BH CHERRY LLC (BERNARD H. CHERRY) 1601 FORUM PLACE SUITE 1010 W. PALM BEACH, FL 33401 | CONSULTING AGREEMENT WITH BH CHERRY LLC (BERNARD H. CHERRY) |
| CLINT COLEMAN 243 MAD RIVER ROAD WARREN, VT 05674 | EMPLOYMENT AGREEMENT DATED SEPTEMBER 1, 2005 |
| CLINT COLEMAN 243 MAD RIVER ROAD WARREN, VT 05674 | SETTLEMENT AGREEMENT |
| COMPUTER INTEGRATED MACHINING ATTN: MICHAEL J. BROWN 10960 WHEATLANDS AVENUE SUITE 103 SANTEE, CA 92071 | CONFIDENTIALITY AGREEMENT BETWEEN DISTRIBUTED ENERGY SYSTEMS CORP AND COMPUTER INTEGRATED MACHINING DATED MAY 7, 2008 |
| CONTINENTAL ADVISORY SERVICES, LLC ATTN: JACOB H. YAHIAYAN 50 HILL STREET #530 SOUTHAMPTON, NY 11968 | CONFIDENTIALITY AGREEMENT BETWEEN DISTRIBUTED ENERGY SYSTEMS CORP AND CONTINENTAL ADVISORY SERVICES, LLC DATED MARCH 20, 2008 |
| DIRECT DRIVE SYSTEMS 12880 MOORE STREET CERRITOS, CA 90703-2123 | CONTRACT (DD 750) BETWEEN DISTRIBUTED ENERGY SYSTEMS AND DIRECT DRIVE SYSTEMS DATED JULY 31, 2006 |
| DIRECT DRIVE SYSTEMS 12880 MOORE STREET CERRITOS, CA 90703-2123 | CONTRACT (DD ENGR) BETWEEN DISTRIBUTED ENERGY SYSTEMS AND DIRECT DRIVE SYSTEMS DATED JULY 31, 2006 |

# SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DIRECT DRIVE SYSTEMS<br>12880 MOORE STREET<br>CERRITOS, CA  90703-2123 | CONTRACT (DD 400) BETWEEN DISTRIBUTED ENERGY SYSTEMS AND DIRECT DRIVE SYSTEMS DATED JULY 31, 2006 |
| DIRECT DRIVE SYSTEMS<br>12880 MOORE STREET<br>CERRITOS, CA  90703-2123 | CONTRACT (DDSHX01) BETWEEN DISTRIBUTED ENERGY SYSTEMS AND DIRECT DRIVE SYSTEMS DATED JULY 31, 2006 |
| DUCHARMES MACHINE SHOP<br>ATTN: PIERRE DUCHARME<br>1670 MCGLYNN ROAD<br>GRANITEVILLE, VT  05675 | CONFIDENTIALITY AGREEMENT BETWEEN DISTRIBUTED ENERGY SYSTEMS CORP AND DUCHARMES MACHINE SHOP DATED MARCH 21, 2008 |
| ED HORZELY, DBA GREEN ENERGY CONSULTING AND SUPPLY<br>1900 SUNSET HARBOR DRIVE<br>#1808<br>MIAMI BEACH, FL  33139 | STANDARD MARKET PARTNER AGREEMENT NORTHWIND 100 BETWEEN DISTRIBUTED ENERGY SYSTEMS AND ED HORZELY, DBA GREEN ENERGY CONSULTING AND SUPPLY DATED OCTOBER 30, 2007 |
| ELECTRIC BOAT COMPANY<br>ATTN: MARTIN OLSON<br>P.O. BOX 949<br>GROTON, CT  06340-0949 | PROPRIETARY DATA AGREEMENT BETWEEN NORTHERN POWER SYSTEMS, INC. AND ELECTRIC BOAT COMPANY DATED JANUARY 7, 2000 AS AMENDED ON OCTOBER 11, 2005 |
| ENERGY STORE-TECHINSIGHT INC.<br>ATTN.: CM CHIANG, PRESIDENT<br>7F-9 NO 225 TUN HWA S RAOD SEC 1<br>TAIPEI 106<br>TAIWAN | STANDARD INTERNATIONAL DISTRIBUTOR AGREEMENT-GC DATED JUNE 11, 2007 BY AND BETWEEN ENERGY STORE-TECHINSIGHT INC. AND DISTRIBUTED ENERGY SYSTEMS CORP. |
| ENISOLAR ENERGY LTD<br>ATTN: NISANTASI AKKIRMANSI<br>N059/1<br>SISLI 34363<br>ISTANBUL<br>TURKEY | STANDARD MARKET PARTNER AGREEMENT NORTHWIND 100 BETWEEN DISTRIBUTED ENERGY SYSTEMS AND ENISOLAR ENERGY LTD DATED NOVEMBER 14, 2007 |
| ENISOLAR ENERGY LTD<br>ATTN: NISANTASI AKKIRMANSI<br>N059/1<br>SISLI 34363<br>ISTANBUL<br>TURKEY | MUTUAL CONFIDENTIALITY AGREEMENT BETWEEN DISTRIBUTED ENERGY SYSTEMS CORP AND ENISOLAR ENERGY LTD |

# SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ENISOLAR LTD.<br>ATTN: NISANTASI AKKIRMANSI<br>N059/1<br>SISLI 34363<br>ISTANBUL<br>TURKEY | PRODUCT SALES AGREEMENT BETWEEN DISTRIBUTED ENERGY SYSTEMS CORP AND ENISOLAR LTD. DATED APRIL 22, 2008 |
| EXECUTIVE VENTURE PARTNERS (ROBERT H. CAWLY)<br>35 FLAGG ROAD<br>SOUTHBOROUGH, MA  01772 | CONSULTING AGREEMENT WITH EXECUTIVE VENTURE PARTNERS (ROBERT H. CAWLY) |
| EXXONNEFTGAS<br>SAKHALIN MAIL<br>P.O. BOX 4490<br>HOUSTON, TX  77210-4490 | CONTRACT BETWEEN DISTRIBUTED ENERGY SYSTEMS AND EXXONNEFTGAS DATED SEPTEMBER 11, 2006 |
| FARM BOY ENERGY<br>ATTN: ORLO MUNDORF<br>1355 50TH STREET<br>#400<br>W. DES MOINES, IA  50266 | STANDARD MARKET PARTNER AGREEMENT NORTHWIND 100 BETWEEN DISTRIBUTED ENERGY SYSTEMS AND FARM BOY ENERGY DATED FEBRUARY 11, 2008 |
| FARM BOY ENERGY<br>ATTN: ORLO MUNDORF<br>1355 50TH STREET<br>#400<br>W. DES MOINES, IA  50266 | CONFIDENTIALITY AGREEMENT BETWEEN DISTRIBUTED ENERGY SYSTEMS CORP. AND FARM BOY ENERGY, DATED FEBRUARY 11, 2008 |
| GLOBAL THERMOELECTRIC<br>ATTN: MIKE BRENNAN<br>#9 3770 78TH AVENUE SE<br>CALGARY, AL  T2C 2L8<br>CANADA | CONFIDENTIALITY AGREEMENT BETWEEN DISTRIBUTED ENERGY SYSTEMS CORP. AND GLOBAL THERMOELECTRIC, DATED JANUARY 2, 2008 |
| H2O2 INC.<br>ATTN.: OMAR Q. MOTTA<br>11221 SW 130 AVENUE<br>MIAMI, FL  33186 | STANDARD INTERNATIONAL DISTRIBUTOR AGREEMENT HOGEN S & H SERIES DATED NOVEMBER 1, 2007 BY AND BETWEEN DISTRIBUTED ENERGY SYSTEM CORP. AND H2O2 INC. |
| H2O2 INC.<br>ATTN.: OMAR Q. MOTTA<br>11221 SW 130 AVENUE<br>MIAMI, FL  33186 | STANDARD INTERNATIONAL DISTRIBUTOR AGREEMENT-GC DATED NOVEMBER 1, 2007 BY AND BETWEEN DISTRIBUTED ENERGY SYSTEMS CORP. AND H2O2 INC. |

# SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HANA EVERTECH CO. LTD.<br>#907 SUNIL TECHNOPIA,<br>440 SANGDAEWON-DONG,<br>JUNGWON-GU,<br>SEONGNAM-SHI, GYEONGGI-DO 462-120<br>SOUTH KOREA | STANDARD INTERNATIONAL DISTRIBUTOR AGREEMENT HOGEN S & H DATED DECEMBER 3, 2007 BY AND BETWEEN HANA EVERTECH CO. LTD. AND DISTRIBUTED ENERGY SYSTEMS CORP. |
| HUDSON CAPITAL MANAGEMENT (NY), L.P.<br>ATTN: JOSEPH SCAMM<br>400 FRANK W. BURR BLVD.<br>TEANECK, NJ  07666 | CONFIDENTIALITY AGREEMENT, BETWEEN DISTRIBUTED ENERGY SYSTEMS CORP. AND HUDSON CAPITAL MANAGEMENT (NY), L.P., DATED FEBRUARY 27, 2008 |
| IESA<br>ATTN: MARCO MILLOTTI<br>RODOVIA MANCEL DE ABREU<br>KM 4.5, ZONA RURAL<br>CEPI 14801-970<br>ARARAQUARA SP<br>BRAZIL | LETTER OF INTENT BETWEEN DISTRIBUTED ENERGY SYSTEMS AND IESA DATED MAY 19, 2008 (LETTER OF INTENT IS NONBINDING EXCEPT FOR CONFIDENTIALITY PROVISION IN SECTION 6) |
| INDUSTRIAL SOURCE<br>ATTN.: ERNIE FOSTER<br>INDUSTRIAL SOURCE<br>3357 SE  21ST AVENUE<br>PORTLAND, OR  97202 | STANDARD INTERNATIONAL DISTRIBUTOR AGREEMENT-GC DATED JANUARY 24, 2008 BY AND BETWEEN INDUSTRIAL SOURCE AND DISTRIBUTED ENERGY SYSTEMS CORP. |
| JMB CAPITAL PARTNERS LP<br>ATTN: JEREMY CARTON<br>1999 AVENUE OF THE STARS<br>SUITE 2040<br>LOS ANGELES, CA  90067 | CONFIDENTIALITY AGREEMENT BETWEEN DISTRIBUTED ENERGY SYSTEMS CORP. AND JMB CAPITAL PARTNERS LP |
| LABŠERVICE ANALYTICA S.R.L.<br>ATTN.: ALESSANDRO DAGA<br>LABSERVICE ANALYTICA SRL<br>VIA EMILIA, 51/C<br>ANZOLA EMILIA BO 40011<br>ITALY | STANDARD INTERNATIONAL DISTRIBUTOR AGREEMENT-GC DATED JUNE 1, 2007 BY AND BETWEEN LABSERVICE ANALYTICA S.R.L. AND DISTRIBUTED ENERGY SYSTEMS CORP. |
| M.SNIR TECHNOLOGICAL SERVICES LTD.<br>ATTN.: REUVEN MERY<br>P.O.BOX 10914<br>KERIAT AIA<br>HAIFA 26119<br>ISRAEL | STANDARD INTERNATIONAL DISTRIBUTOR AGREEMENT-GC DATED NOVEMBER 1, 2007 BY AND BETWEEN M.SNIR TECHNOLOGICAL SERVICES LTD. AND DISTRIBUTED ENERGY SYSTEMS CORP. |

# SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MAGNA PRINCIPALS<br>ATTN: P. ERIC COLLINS<br>700 COMMERCE DRIVE<br>SUITE 500<br>OAKBROOK, IL  60523 | MUTUAL CONFIDENTIALITY AGREEMENT BETWEEN DISTRIBUTED ENERGY SYSTEMS CORP. AND MAGNA PRINCIPALS, DATED NOVEMBER 21, 2007 |
| MAKARMAS TENAGA SDN BHD.<br>NO. 22-2, 2ND FLOOR<br>JALAN SRI HARTAMAS 8<br>SRI HARTAMAS<br>KUALA LUMPUR, KUALA LUMPUR 50480<br>MALAYSIA | STANDARD INTERNATIONAL DISTRIBUTOR AGREEMENT HOGEN S & H SERIES DATED SEPTEMBER 21, 2007 BY AND BETWEEN MAKARMAS TENAGA SDN BHD. AND DISTRIBUTED ENERGY SYSTEMS CORP. |
| METACOR INTERNATIONAL, INC.<br>ATTN: MARTIN LORTIE<br>3139 ENTERPRISE BOULEVARD<br>TERREBONNE, QU  J6X 4J9<br>CANADA | CONFIDENTIALITY AGREEMENT BETWEEN DISTRIBUTED ENERGY SYSTEMS CORP AND METACOR INTERNATIONAL, INC. DATED FEBRUARY 29, 2008 |
| MICHAEL WILLIAMS<br>31211 SOUTH HIGH MEADOW CIRCLE<br>MAGNOLIA, TX  77355 | SEVERANCE AGREEMENT DATED MARCH 6, 2008 |
| MONTANA WIND WORKS LLC<br>ATTN: LEWIS GUNN<br>227 SOUTH 8TH STREET<br>LIVINGSTON, MT  59047 | STANDARD MARKET PARTNER AGREEMENT NORTHWIND 100 BETWEEN DISTRIBUTED ENERGY SYSTEMS AND MONTANA WIND WORKS LLC DATED MARCH 3, 2008 |
| MR. MIKE CRAFT AKA ALASKAN ENVIRONMENTAL POWER<br>1160 PICKERING DRIVE<br>FAIRBANKS, AK  99709 | PRODUCT SALES AGREEMENT BETWEEN DISTRIBUTED ENERGY SYSTEMS CORP AND MR. MIKE CRAFT AKA ALASKAN ENVIRONMENTAL POWER DATED MARCH 4, 2008 |
| NASA/JOHN F. KENNEDY SPACE CENTER<br>ATTN.:  RECHEA HUTCHINSON<br>NASA PROCUREMENT OFFICE / MAIL CODE: OP<br>KENNEDY SPACE CENTER, FL  32899 | AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT DATED MAY 1, 2008 BY AND BETWEEN NASA/JOHN F. KENNEDY SPACE CENTER AND DISTRIBUTED ENERGY SYSTEMS CORP. (CONTRACT NO: NNK08EA33C) |
| NASA/JOHN F. KENNEDY SPACE CENTER<br>ATTN.:  JOYCE MCDOWELL, CONTRACTING OFFICER<br>NASA PROCUREMENT OFFICE/MAIL CODE: OP-ES<br>KENNEDY SPACE CENTER, FL  32899 | AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT DATED JANUARY 1, 2008 BY AND BETWEEN NASA/JOHN F. KENNEDY SPACE CENTER AND DISTRIBUTED ENERGY SYSTEMS CORP. (CONTRACT NO: NNK08EA33C) |

# SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NATIONAL AERONAUTICS AND SPACE ADMINISTRATION ATTN.: JOYCE MCDOWELL, CONTRACTING OFFICER NASA PROCUREMENT OFFICE/MAIL CODE: OP-ES KENNEDY SPACE CENTER, FL 32899 | AWARD OF CONTRACT (CONTRACT NO.: NNK08EA33C) EXECUTED JANUARY 29, 2008 BY AND BETWEEN NATIONAL AERONAUTICS AND SPACE ADMINISTRATION AND DISTRIBUTED ENERGY SYSTEMS CORP. |
| NATIONAL AERONAUTICS AND SPACE ADMINISTRATION ATTN.: JOYCE MCDOWELL, CONTRACTING OFFICER NASA PROCUREMENT OFFICE/MAIL CODE: OP-ES KENNEDY SPACE CENTER, FL 32899 | AWARD OF CONTRACT (CONTRACT NO.: NNK07MA32C) EXECUTED JANUARY 1, 2007 BY AND BETWEEN NATIONAL AERONAUTICS AND SPACE ADMINISTRATION AND DISTRIBUTED ENERGY SYSTEMS CORP. |
| NATIONAL AERONAUTICS AND SPACE ADMINISTRATION ATTN.: JOYCE MCDOWELL, CONTRACTING OFFICER NASA PROCUREMENT OFFICE/MAIL CODE: OP-ES KENNEDY SPACE CENTER, FL 32899 | AWARD OF CONTRACT (CONTRACT NO.: NNK07MA32C) EXECUTED JANUARY 19, 2007 BY AND BETWEEN NATIONAL AERONAUTICS AND SPACE ADMINISTRATION AND DISTRIBUTED ENERGY SYSTEMS CORP. |
| NATIONAL AERONAUTICS AND SPACE ADMINISTRATION ATTN.: JOYCE MCDOWELL, CONTRACTING OFFICER NASA PROCUREMENT OFFICE/MAIL CODE: OP-ES KENNEDY SPACE CENTER, FL 32899 | AWARD OF CONTRACT (CONTRACT NO.: NNK08EA33C) EXECUTED JANUARY 29, 2008 BY AND BETWEEN NATIONAL AERONAUTICS AND SPACE ADMINISTRATION AND DISTRIBUTED ENERGY SYSTEMS CORP. |
| NATIONAL BUSINESS CENTER ATTN.: GOVT WORKS 381 ELDEN STREET, SUITE 4000 HERNDON, VA 20170-4817 | ORDER FOR SUPPLIES OR SERVICES (ORDER NO.: 68533) DATED SEPTEMBER 10, 2007 BY AND BETWEEN NATIONAL BUSINESS CENTER AND DISTRIBUTED ENERGY SYSTEMS CORP. |
| NATIVE WIND, LLC ATTN: JOHN AHLBRAND 356 WEST 2ND STREET MISSION, SD 57555 | CONFIDENTIALITY AGREEMENT BETWEEN DISTRIBUTED ENERGY SYSTEMS CORP AND NATIVE WIND, LLC DATED FEBRUARY 15, 2008 |
| NAVAL SEA LOGISTICS CENTER 5450 CARLISLE PIKE P.O. BOX 2060 MECHANICSBURG, PA 17055-0795 | ORDER FOR SUPPLIES OR SERVICES (CONTRACT NO.: N65538-07-M-0122) DATED APRIL 5, 2007 BY AND BETWEEN NAVAL SEA LOGISTICS CENTER AND DISTRIBUTED ENERGY SYSTEMS CORP. |
| NAVAL SEA LOGISTICS CENTER ATTN.: PATRICIA SEYLAR 5450 CARLISLE PIKE P.O. BOX 2060 MECHANICSBURG, PA 17055 | ORDER FOR SUPPLIES OR SERVICES (CONTRACT NO.: N65538-07-M-0133) DATED APRIL 5, 2007 BY AND BETWEEN NAVAL SEA LOGISTICS CENTER AND DISTRIBUTED ENERGY SYSTEMS CORP. |

# SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NEW ERA TOOL AND DIE LIMITED<br>ATTN: ANTHONY TERSIGNI<br>241-247 TORYORK DRIVE<br>TORONTO, ON  M9L 1Y2<br>CANADA | CONFIDENTIALITY AGREEMENT BETWEEN DISTRIBUTED ENERGY SYSTEMS CORP AND NEW ERA TOOL AND DIE LIMITED DATED APRIL 28, 2008 |
| NOREMAC MFG. CORP.<br>ATTN: JOSEPH CONNELLY<br>P.O. BOX 867<br>62 HOPKINTON ROAD<br>WESTOBORO, MA  01581 | CONFIDENTIALITY AGREEMENT BETWEEN DISTRIBUTED ENERGY SYSTEMS CORP AND NOREMAC MFG. CORP. |
| NOVIDEA INC.<br>14260 MIDDLEHAM LANE<br>JACKSONVILLE, FL  32223 | STANDARD INTERNATIONAL DISTRIBUTOR AGREEMENT-GC DATED JULY 11, 2007 BY AND BETWEEN NOVIDEA INC. AND DISTRIBUTED ENERGY SYSTEMS CORP. |
| PAUL HSIAO<br>C/O NEA<br>2490 SAND HILL RD.<br>MENLO PARK, CA  94025 | CONFIDENTIALITY AGREEMENT BETWEEN DISTRIBUTED ENERGY SYSTEMS CORP. AND PAUL HSIAO |
| PETER TALLIAN<br>31 DOE HOLLOW DRIVE<br>TRUMBULL, CT  06611 | LETTER AGREEMENT DATED OCTOBER 17, 2006 |
| RENEWABLE ENERGY INTERNATIONAL, INC.<br>ATTN.: MICHAEL STRIZKI<br>26 SNYDERTOWN ROAD<br>HOPEWELL, NJ  08525 | EQUIPMENT RENTAL AGREEMENT (NO. HTG0531071) DATED AUGUST 14, 2007 BY AND BETWEEN DISTRIBUTED ENERGY SYSTEMS, INC. AND RENEWABLE ENERGY INTERNATIONAL, INC. |
| ROBERT H. CAWLY(D/B/A  EXECUTIVE VENTURE PARTNERS)<br>35 FLAGG ROAD<br>SUTHBOROUGH, MA  01772 | PROFESSIONAL SERVICES AGREEMENT |
| SAYBROOK CAPITAL LLC<br>ATTN: JONATHAN ROSENTHAL<br>401 WILSHIRE BOULEVARD<br>SUITE 850<br>SANTA MONICA, CA  90401 | CONFIDENTIALITY AGREEMENT BETWEEN DISTRIBUTED ENERGY SYSTEMS CORP. AND SAYBROOK CAPITAL LLC, DATED APRIL 22, 2008 |
| SCOTIAN WINDFIELDS, INC.<br>1 SPECTACLE LAKE DRIVE<br>DARTMOUTH, NO  B3B 1X7<br>CANADA | PRODUCT SALES AGREEMENT BETWEEN DISTRIBUTED ENERGY SYSTEMS CORP AND SCOTIAN WINDFIELDS, INC. DATED MARCH 28, 2008 |

Sheet no. 8 of 12 sheet(s) attached to Schedule of
Executory Contracts and Unexpired Leases

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SEVENTH GENERATION ENERGY SYSTEMS, INC.<br>ATTN: DAVID BLECKER<br>100 SOUTH BALDWIN STREET<br>#304<br>MADISON, WI 53703 | STANDARD MARKET PARTNER AGREEMENT NORTHWIND 100 BETWEEN DISTRIBUTED ENERGY SYSTEMS AND SEVENTH GENERATION ENERGY SYSTEMS, INC. DATED FEBRUARY 29, 2008 |
| SHANGHAI TSP<br>ATTN: JAMES HUANG<br>19988 WEIQUING ROAD EAST<br>JINSHAN DISTRICT SHANGAI PC<br>CHINA | PURCHASE ORDER NUMBER 08-00436 ISSUED BY NORTHERN POWER SYSTEMS, INC. TO SHANGHAI TSP DATED APRIL 21, 2008 |
| SHRED-IT<br>29 DIANA COURT<br>CHESIRE, CT 06410 | CLIENT SERVICE AGREEMENT DATED MARCH 20, 2006 BY AND BETWEEN SHRED-IT AND DISTRIBUTED ENERGY SYSTEMS CORP. |
| SINOTRANSPACIFIC VENTURES<br>ATTN: BOB BARRON<br>1121 N. SWEETZER AVENUE<br>LOS ANGELES, CA 90069 | CONFIDENTIAL DISCLOSURE AGREEMENT BETWEEN DISTRIBUTED ENERGY SYSTEMS CORP AND SINOTRANSPACIFIC VENTURES DATED APRIL 17, 2008 |
| STARWSTROI<br>YUZHNOSITCOFFICE<br>56 VOKZALNAYAST 693008<br>YUZHNO-SAKHALINSK<br>RUSSIA | CONTRACT BETWEEN DISTRIBUTED ENERGY SYSTEMS AND STARWSTROI DATED MAY 17, 2008 |
| SUN MICROSYSTEMS<br>ATTN: JUD COOLEY<br>4150 NETWORK CIRCLE<br>SANTA CLARA, CA 95054 | CONFIDENTIAL DISCLOSURE AGREEMENT BETWEEN DISTRIBUTED ENERGY SYSTEMS AND SUN MICROSYSTEMS DATED SEPTEMBER 6, 2007 |
| SUSTAINABLE ENERGY DEVELOPMENTS, INC.<br>ATTN: KEVIN SCHULTZ<br>6304 FURNACE ROAD<br>ONTARIO, NY 14519 | STANDARD MARKET PARTNER AGREEMENT NORTHWIND 100 BETWEEN DISTRIBUTED ENERGY SYSTEMS AND SUSTAINABLE ENERGY DEVELOPMENTS, INC. DATED DECEMBER 18, 2007 |
| TECHNOZONE CORPORATION/INTEGRATED STAMPMASTER CORPORATION<br>ATTN.: MR. MOO-JOONG JANG<br>TECHNOZONE CORPORATION<br>BLOCK 41 LOT 30 PHASE 1,<br>SAN LORENZO SOUTH STA. ROSA,<br>LAGUNA 4026<br>PHILIPPINES | STANDARD INTERNATIONAL DISTRIBUTOR HOGEN S & H SERIES DATED OCTOBER 15, 2007 BY AND BETWEEN TECHNOZONE CORPORATION/INTEGRATED STAMPMASTER CORPORATION AND DISTRIBUTED ENERGY SYSTEMS CORP. |

In re **DISTRIBUTED ENERGY SYSTEMS CORP.**                    Case No.  08-11101

Debtor                                                        (if known)

# SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| UNITED GROUP<br>ATTN.: MANOJ K. SINGH, MANAGING DIRECTOR<br>UNITED GROUP<br>5/170 SUBHASH NAGAR<br>NEW DELHI 110027<br>INDIA | STANDARD INTERNATIONAL DISTRIBUTOR AGREEMENT HOGEN S & H SERIES DATED SEPTEMBER 21, 2007 BY AND BETWEEN UNITED GROUP AND DISTRIBUTED ENERGY SYSTEMS CORP. |
| UNIVERSITY OF WISCONSIN<br>ATTN: BONNIE JOHNSON<br>WEMPEC/UW-MADISON<br>1415 ENGINEERING DRIVE<br>MADISON, WS  53706 | AGREEMENT BETWEEN UNIVERSITY OF WISCONSIN AND DISTRIBUTED ENERGY SYSTEMS-NORTHERN POWER SYSTEMS DATED APRIL 22, 2008 |
| US ARMY AVIATION & MISSILE COMMAND<br>ATTN.: MARTIN PATTON<br>AMSAM-AC-RD-RA<br>REDSTONE ARSENAL, AL  35898-5280 | AWARD OF CONTRACT (CONTRACT NO.: W31P4Q-08-0245) DATED FEBRUARY 5, 2008 BY AND BETWEEN US ARMY AVIATION & MISSILE COMMAND AND DISTRIBUTED ENERGY SYSTEMS CORP. |
| US ARMY AVIATION & MISSILE COMMAND<br>ATTN.: MARTIN PATTON<br>AMSAM-AC-RD-RA<br>REDSTONE ARSENAL, AL  35898-5280 | AWARD OF CONTRACT (CONTRACT NO.: W31P4Q-08-0245) DATED FEBRUARY 5, 2008 BY AND BETWEEN US ARMY AVIATION & MISSILE COMMAND AND DISTRIBUTED ENERGY SYSTEMS CORP. |
| US DEPARTMENT OF ENERGY<br>1617 COLE BOULEVARD<br>GOLDEN, CO  80401 | CONTRACT BETWEEN DISTRIBUTED ENERGY SYSTEMS AND THE US DEPARTMENT OF ENERGY DATED AUGUST 3, 2005, AND AMENDED OCTOBER 24, 2007 (DE-FG02-05ER84317) |
| VERMONT ECONOMIC DEVELOPMENT AUTHORITY<br>58 EAST STATE STREET<br>SUITE 5<br>MONTPELIER, VT  05602-3044 | SECURITY AGREEMENT BETWEEN VERMONT ECONOMIC DEVELOPMENT AUTHORITY AND NORTHERN POWER SYSTEMS, INC. DATED OCTOBER 6, 2005 |
| VERMONT ECONOMIC DEVELOPMENT AUTHORITY<br>58 EAST STATE STREET<br>SUITE 5<br>MONTPELIER, VT  05602-3044 | DISBURSEMENT AGREEMENT BETWEEN VERMONT ECONOMIC DEVELOPMENT AUTHORITY AND NORTHERN POWER SYSTEMS, INC. DATED OCTOBER 6, 2005 |
| VERMONT ECONOMIC DEVELOPMENT AUTHORITY<br>58 EAST STATE STREET<br>SUITE 5<br>MONTPELIER, VT  05602-3044 | LOAN AGREEMENT BETWEEN VERMONT ECONOMIC DEVELOPMENT AUTHORITY AND NORTHERN POWER SYSTEMS, INC. DATED OCTOBER 6, 2005 |

# SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| VERMONT ECONOMIC DEVELOPMENT AUTHORITY<br>58 EAST STATE STREET<br>SUITE 5<br>MONTPELIER, VT  05602-3044 | LAND AND BUILDINGS NOTE BY NORTHERN POWER SYSTEMS, INC., IN FAVOR OF VERMONT ECONOMIC DEVELOPMENT AUTHORITY DATED OCTOBER 6, 2005 |
| VERMONT ECONOMIC DEVELOPMENT AUTHORITY<br>58 EAST STATE STREET<br>SUITE 5<br>MONTPELIER, VT  05602-3044 | COMPLIANCE AGREEMENT BETWEEN VERMONT ECONOMIC DEVELOPMENT AUTHORITY AND NORTHERN POWER SYSTEMS, INC. DATED OCTOBER 6, 2005 |
| VERMONT ECONOMIC DEVELOPMENT AUTHORITY, WARING INVESTMENTS, INC. (AS SUCCESSOR TO MERCHANTS BANK)<br>58 EAST STATE STREET<br>SUITE 5<br>MONTPELIER, VT  05602-3044 | PRIORITY AGREEMENT BETWEEN VERMONT ECONOMIC DEVELOPMENT AUTHORITY, WARING INVESTMENTS, INC. (AS SUCCESSOR TO MERCHANTS BANK), AND NORTHERN POWER SYSTEMS, INC. DATED OCTOBER 6, 2005 |
| VIRGIN GREEN FUND<br>ATTN: MICHAEL ODAI<br>512 2ND STREET<br>4TH FLOOR<br>SAN FRANCISCO, CA  94107 | CONFIDENTIALITY AGREEMENT BETWEEN DISTRIBUTED ENERGY SYSTEM CORP. AND VIRGIN GREEN FUND, DATED APRIL 25, 2008 |
| W.C. BRANHAM, INC.<br>ATTN: TROY BRANHAM<br>398 TROY STREET<br>RIVER FALLS, WI  54022 | CONFIDENTIAL DISCLOSURE AGREEMENT BETWEEN DISTRIBUTED ENERGY SYSTEMS CORP AND W.C. BRANHAM, INC. DATED MARCH 11, 2008 |
| WALTER SCHROEDER<br>1 CAPTAINS WALK<br>ROWAYTON, CT  06853 | SEVERANCE AGREEMENT DATED NOVEMBER 19, 2007 AS AMENDED |
| WARING INVESTMENTS, INC. (AS SUCCESSOR TO MERCHANTS BANK)<br>125 KINGSLAND AVENUE<br>CLIFTON, NJ  07014 | BUSINESS LOAN AGREEMENT BETWEEN WARING INVESTMENTS, INC. (AS SUCCESSOR TO MERCHANTS BANK) AND NORTHERN POWER SYSTEMS, INC. DATED OCTOBER 6, 2005 |
| WARING INVESTMENTS, INC. (AS SUCCESSOR TO MERCHANTS BANK)<br>125 KINGSLAND AVENUE<br>CLIFTON, NJ  07014 | PROMISSORY NOTE BY NORTHERN POWER SYSTEMS, INC., IN FAVOR OF WARING INVESTMENTS, INC. (AS SUCCESSOR TO MERCHANTS BANK) DATED OCTOBER 6, 2005 |

# SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| WARING INVESTMENTS, INC. (AS SUCCESSOR TO MERCHANTS BANK) 125 KINGSLAND AVENUE CLIFTON, NJ 07014 | COMMERCIAL SECURITY AGREEMENT BETWEEN WARING INVESTMENTS, INC. (AS SUCCESSOR TO MERCHANTS BANK) AND NORTHERN POWER SYSTEMS, INC. DATED OCTOBER 6, 2005 |
| WIND ENERGY CONSULTING AND CONTRACTING INC. ATTN: WAYNE HOLDRITH, PRESIDENT 2398 STALER ROAD FERNANDINA BEACH, FL 32034 | STANDARD DISTRIBUTOR AGREEMENT BETWEEN DISTRIBUTED ENERGY SYSTEMS CORP. AND WIND ENERGY CONSULTING AND CONTRACTING INC. DATED APRIL 2, 2008 |
| ZHENDON LIU AND PINA HE CONSULTANTS C/O INTERNATIONAL FUND FOR CHINA'S ENVIRONMENT 2421 PENNSYLVANIA AVE NW WASHINGTON, DC 20036 | MUTUAL CONFIDENTIALITY AGREEMENT BETWEEN DISTRIBUTED ENERGY SYSTEMS AND ZHENDON LIU AND PINA HE CONSULTANTS C/O INTERNATIONAL FUND FOR CHINA'S ENVIRONMENT DATED MARCH 10, 2007 |

In re **DISTRIBUTED ENERGY SYSTEMS CORP.**                     Case No.  08-11101
_____                     _____
                Debtor                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| NORTHERN POWER SYSTEMS, INC.<br>10 TECHNOLOGY DRIVE<br>WALLINGFORD, CT  06492 | ASPEN PROPERTIES<br>715 E DEBRA LANE<br>ANAHEIM, CA  92805-6334 |
| NORTHERN POWER SYSTEMS, INC.<br>10 TECHNOLOGY DRIVE<br>WALLINGFORD, CT  06492 | DESC WTE ENERGY LLC<br>10 TECHNOLOGY DRIVE<br>WALLINGFORD, CT  06492 |
| NORTHERN POWER SYSTEMS, INC.<br>10 TECHNOLOGY DRIVE<br>WALLINGFORD, CT  06492 | GEORGIO REALTY<br>4124 39TH STREET<br>SUNNYSIDE, NY  11104 |
| NORTHERN POWER SYSTEMS, INC.<br>10 TECHNOLOGY DRIVE<br>WALLINGFORD, CT  06492 | JENSEN & MATAYA PROPERTIES<br>2082 EDISON<br>EDISON, CA  94579 |
| NORTHERN POWER SYSTEMS, INC.<br>10 TECHNOLOGY DRIVE<br>WALLINGFORD, CT  06492 | NORTHERN POWER SYSTEMS COMMERCIAL CONDOMINIUM OWNERS ASSOCIATION<br>10 TECHNOLOGY DRIVE<br>WALLINGFORD, CT  06492 |
| NORTHERN POWER SYSTEMS, INC.<br>10 TECHNOLOGY DRIVE<br>WALLINGFORD, CT  06492 | NP CANADA INC.<br>10 TECHNOLOGY DRIVE<br>WALLINGFORD, CT  06492 |
| NORTHERN POWER SYSTEMS, INC.<br>10 TECHNOLOGY DRIVE<br>WALLINGFORD, CT  06492 | PERSEUS PARTNERS VII, L.P.<br>2099 PENNSYLVANIA AVENUE, N.W.,<br>9TH FLOOR<br>WASHINGTON, DC  20006 |
| PROTON ENERGY SYSTEMS, INC.<br>10 TECHNOLOGY DRIVE<br>WALLINGFORD, CT  06492 | PERSEUS PARTNERS VII, L.P.<br>2099 PENNSYLVANIA AVENUE, N.W.,<br>9TH FLOOR<br>WASHINGTON, DC  20006 |
| TECHNOLOGY DRIVE, LLC<br>10 TECHNOLOGY DRIVE<br>WALLINGFORD, CT  06492 | PERSEUS PARTNERS VII, L.P.<br>2099 PENNSYLVANIA AVENUE, N.W.,<br>9TH FLOOR<br>WASHINGTON, DC  20006 |

## GLOBAL NOTES TO SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS OF

## DISTRIBUTED ENERGY SYSTEMS CORP. et.al.

Distributed Energy Systems Corp. and its wholly owned subsidiary Northern Power Systems, Inc. (Jointly Administered [Docket No.27], (the "Debtor") submits its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statements") pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007. The Schedules and Statements prepared by the Debtor are unaudited and were prepared with data as near as possible to June 4, 2008 (the "Petition Date"). While the Debtor's management has exercised reasonable best efforts to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may exist. Accordingly, the Debtor reserves the right to amend the Schedules and Statements from time to time as may be necessary or appropriate and expects it will do so as information becomes available. These global notes (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

The Debtor reserves the right to dispute, or to assert offset or defenses to, any claim reflected on the Schedules and/or Statements as to amount, liability or classification. The Debtor also reserves all rights with respect to the values, amounts and characterizations of the assets and liabilities listed in its Schedules and Statements.

Any failure to designate a claim listed on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated". The Debtor reserves the right to dispute, or to assert setoff rights, counterclaims or defenses to, any claim reflected on its Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated". Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts. Further, the claims of individual creditors for, among other things, merchandise, goods, services, or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor. The Debtor reserves all of its rights with respect to any such credits and allowances.

As it would be expensive and unduly burdensome to obtain current market valuations of the Debtor's property interests, unless otherwise noted, the carrying value on the Debtor's books (net book value), rather than the current market values, of the Debtor's interests in property and of the Debtor's liabilities, is reflected on the Debtor's Schedules and Statements.

The Debtor has not set forth all causes of action against all third parties as assets in its Schedules and Statements. The Debtor reserves all of its rights with respect to any causes of action it may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

**Basis of Presentation:** The Schedules and Statements reflect the separate assets and liabilities of each individual Debtor. The Schedules and Statements do not purport to represent financial statements prepared in accordance with U.S. Generally Accepted Accounting Principles ("GAAP"). Unless otherwise noted, each asset is shown on the basis of the book value of the asset in the Debtors' accounting books and records, rather than the current market values of such interest in property.

**Causes of Action:** The Debtors, despite their efforts, may not have listed all of their causes of action against third parties as assets in the Schedules and Statements. The Debtors reserve all of their rights with respect to any causes of action they may have, whether or not listed as assets in the Schedules and Statements, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

**Employee Claims Paid Pursuant to Court Orders:** Certain of the Schedules and Statements may list creditors and set forth the Debtors' estimate of the claims of creditors as of the Petition Date. The Bankruptcy Court entered a first day order (the "Employee Wage Order") granting authority to the Debtors to pay prepetition and postpetition employee wages, salaries, and certain other benefits and other obligations. Pursuant to the Employee Wage Order, the Debtors believe that certain employee claims for wages and accrued vacation have either been satisfied, or are in the process of being satisfied. Accordingly, certain employee claims for wages and accrued vacation have not been included in the Schedules and Statements.

**Dates:** Unless otherwise indicated, all asset and liability information is listed as of June 4, 2008 (the "Petition Date").

**Estimates:** To close the books and records of the Debtors as of the Petition Date, management was required to make estimates and assumptions that affect the reported amounts of assets and liabilities.

**Leases:** The Debtors have not included in the Schedules and Statements future obligations under any operating leases.

**Litigation:** Certain litigation and environmental actions reflected as claims against a particular Debtor may relate to any of the other Debtors. The Debtors have made reasonable efforts to accurately record these actions in the Schedules and Statements of the Debtor that is the party to the action.

**Property and Equipment:** Except as otherwise indicated in these Global Notes, owned property and equipment is stated at net book value. Interest expenses related to the acquisition of certain property and equipment are capitalized as an additional cost of the asset or as a leasehold improvement if the asset is leased. Costs of major improvements that enhance the usefulness of the asset are capitalized and depreciated over the estimated useful life of the asset or the modifications, whichever is less. Depreciation and amortization expense for principal asset classifications are calculated on a straight-line basis to an estimated residual value.

**Trade Accounts Receivable and Accounts Payable:** Trade Accounts Receivable are presented Gross, but without consideration for any liabilities related to mutual counterparty accounts payable, open or terminated contract liabilities, liquidated damages, setoff rights, or collateral held by the Debtors, unless otherwise stated. Likewise, Accounts Payable are shown without consideration for accounts receivable, open or terminated contracts, liquidated damages, setoff rights, or collateral that has been posted on behalf of the counterparty.

**Valuation:** It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, net book values as of the Petition Date are reflected on the Schedules and Statements. For this reason, amounts ultimately realized will vary from net book value, and such variance may be material. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined" and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

**Schedules of Assets and Liabilities**

**Schedule B:**
    **Item 2.** Unless otherwise noted, Schedule B lists the net book value for each of the Debtor's assets as of June 4, 2008, as reflected on the Debtor's books and records.

    **Item 16.** The Debtors have reported the gross amount of their accounts receivable without reserve for amounts that may be inaccurate or uncollectible. The Debtors are unable to determine with any degree of certainty what will be collected.

**Schedule D:** Creditors Holding Secured Claims. Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Bankruptcy Court, the Debtors reserve the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim. In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been listed on Schedule D. Certain of the Debtors' agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financing agreements. No attempt has been made to identify such agreements for purposes of Schedule D.

**Note regarding amounts due to Perseus Partners VII, L.P.:** The figure set forth on Schedule D for Perseus is an estimated figure which may not account for, among other things, certain fees and expenses owed to Perseus.

**Schedule E:** Creditors Holding Unsecured Priority Claims. All claims listed on the Debtors' Schedule E are claims owing to various taxing authorities to which the Debtors may potentially be liable. However, certain of such claims may be subject to on-going audits and the Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the claims listed on Schedule E. Therefore, the Debtors have listed all such claims as unknown in amount, pending final resolution of ongoing audits or other outstanding issues. The Debtors reserve their right to dispute or challenge whether such claims are entitled to priority.

The listing of any claim on this Schedule E does not constitute an admission by the Debtor that such claim is entitled to priority treatment under 11 U.S.C. § 507.

**Schedule F:** Creditors Holding Unsecured Non-Priority Claims. Schedule F does not include certain deferred charges, deferred liabilities, or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date.

The claims listed in Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. While commercially reasonable efforts have been made, determining the date upon which each claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule F. Schedule F contains information regarding potential, pending, and closed litigation involving the Debtors. In certain instances, the Debtor that is the subject of the litigation is unclear or undetermined. However, to the extent litigation involving a particular Debtor has been identified, such information is contained in the Schedule for that Debtor.

In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule F of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule F are intended only to be a summary. Nothing in the Global Notes or the Schedules and Statements shall be deemed to be a modification or interpretation of the terms of such agreements. The claims of individual creditors for, among other things, merchandise, goods, services or taxes are listed at the amounts listed on the Debtors' books and records and may not reflect credits or allowances due from such creditor. The Debtors reserve all of their rights respecting such credits or allowances. The dollar amounts listed may be exclusive of contingent and unliquidated amounts. The Debtors expressly incorporate by reference into Schedule F all parties to pending and potential pending litigation listed in the Debtors' Statements as contingent, unliquidated, and disputed claims to the extent not already listed on Schedule F. All parties to executory contracts, including those listed on Schedule G, are holders of contingent and unliquidated unsecured claims arising from (i) obligations under those executory contracts and/or (ii) rejection damages in the event that such executory contract is rejected. Not all such claims are duplicated on Schedule F.

The Debtor expressly incorporates by reference into Schedules F all parties to pending and potential litigation listed in 4(a) of the Debtor's Statements as contingent, unliquidated and disputed claims, to the extent not already listed on Schedule F.

**Note regarding amounts due under the Consulting Agreement with BH CHERRY LLC (Bernard Cherry):** Pursuant to the Order (I) Authorizing, But Not Directing, the Debtors to Pay Certain Pre-Petition Wages, Compensation and Employee Benefit; (II) Authorizing, But Not Directing, the Debtors to Continue Payment of Wages, Compensation and Employee Benefits in the Ordinary Course of Business; and (III) Authorizing and Directing Disbursement Banks to Process and Pay All Checks Presented for Payment and to Honor All Transfer Requests Made by the Debtors Relating to the Foregoing [Docket No. 33], the Debtors were authorized to pay up to $10,950 in unpaid prepetition wages to employees. Because $10,950 was already paid on account of unpaid prepetition wages, the $17,050.00 listed on schedule F of the Schedules of Distributed Energy Systems Corp. is not entitled to priority status under section 507(a)(4).

**Schedule G:** Executory Contracts. The businesses of the Debtors are complex. While commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusions may have occurred. The Debtors reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments, and agreements which may not be listed herein. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights that are embedded in the Debtors' agreements. Such rights, powers, duties, and obligations are not set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have been scheduled to the best of the Debtors' knowledge. Schedule G does not include purchase orders; however, the debtors reserve their right to amend Schedule G to include purchase orders as necessary. Additionally, the Debtors may be parties to various other agreements concerning real property, such as easements, rights of way, subordination, non-disturbance, and attornment agreements, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps, and other miscellaneous agreements. Such documents are not set forth in Schedule G. Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings.

The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. The Debtors reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of

any transaction, or any document or instrument (including, without limitation, any intercompany agreement) related to a creditor's claim.

**Schedule H:** Co-Debtors. In the ordinary course of their businesses, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their businesses. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because such claims are listed elsewhere in the Schedules and Statements, they have not been set forth individually on Schedule H. Schedule H also reflects guarantees by various Debtors. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. Thus, the Debtors reserve their right to amend the Schedules to the extent additional guarantees are identified or such guarantees are discovered to have expired or unenforceable.

In re **DISTRIBUTED ENERGY SYSTEMS CORP.**                    Case No. __08-11101__

                              Debtor                                            (if known)


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION


I, Peter Tallian, the Chief Financial Officer, Secretary and Treasurer of Distributed Energy Systems Corp., declare under penalty of perjury  that I have read the foregoing summary and schedules, consisting of 38 sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.


Date  __July 9, 2008__                    Signature __*Pet  /Tale*__


                                          Peter Tallian
                                          [Print or type name of individual signing on behalf of debtor.]

                                          Chief Financial Officer, Secretary and Treasurer
                                          [Indicate position or relationship to debtor]


Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.