# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:*<br><br>DISTRIBUTED ENERGY SYSTEMS CORP., a Delaware Corporation,<br><br>　　　　　　　Debtors.<br><br>*In re:*<br><br>NORTHERN POWER SYSTEMS, INC., a Delaware Corporation,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-11101 (KG)<br><br>Jointly Administered<br><br>Related Doc. No. 132, 176 |

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF ARCHER & GREINER, P.C. AS LOCAL COUNSEL FOR THE OFFICAL COMMITTEE OF UNSECURED CREDITORS

Upon the Application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of Distributed Energy Systems Corp. and Northern Power Systems, Inc. (the "Debtors"), for entry of an order authorizing the employment and retention of Archer & Greiner, P.C. ("Archer") as local counsel to Arent Fox LLP ("Arent"), proposed lead counsel to the Committee, *nunc pro tunc* to June 16, 2008 pursuant to Sections 328(a), 504 and 1103(a) of Title 11 of the United States Code §§ 101 *et seq.* (the "Bankruptcy Code"), Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 2014 an 2016 and Local Bankruptcy Rule 2014-1; and upon the Declaration of "J" Jackson Shrum in support thereof; and it appearing that Archer represents no interest adverse to the estate, the Committee or creditors herein with respect to the matters for which Archer is to be engaged, that Archer being a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code, and the employment and retention of Archer being necessary and in the best interests of the estate, and good and adequate notice of the Application having been given, and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, the Committee is hereby authorized and empowered to employ Archer as its counsel, effective *nunc pro tunc* to June 16, 2008, on the terms and conditions set forth in the Application; and it is further

ORDERED, that compensation and reimbursement of expenses to be paid to Archer shall be paid as an administrative expense of the estate in such amounts as shall be determined upon appropriate application to the Court pursuant to Sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the United States Trustee Guidelines for fees and all orders and such procedures as may be fixed by this Court.

Dated: July 10, 2008

HONORABLE KEVIN GROSS
United States Bankruptcy Judge