UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x
In re                                                       :
                                                            :
DISTRIBUTED ENERGY SYSTEMS CORP.,                           :   Case No. 08-11101 (KG)
a Delaware corporation, and                                 :
                                                            :   Chapter 11
NORTHERN POWER SYSTEMS, INC.,                               :
a Delaware corporation,                                     :   Jointly Administered
                                                            :
                                  Debtors.                  :   Related Doc. No. 112, 175
                                                            :
------------------------------------------------------------x

## ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ARENT FOX LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO JUNE 16, 2008

Upon the Application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of Distributed Energy Systems Corp. and its wholly owned subsidiary, Northern Power Systems, Inc. (the "Debtors"),[1] for entry of an order authorizing the employment and retention of Arent Fox LLP ("Arent Fox") as counsel to the Committee, *nunc pro tunc* to June 16, 2008 pursuant to Sections 327, 328(a), 504 and 1103(a) of Title 11 of the United States Code §§ 101 *et seq.* (the "Bankruptcy Code"), Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 2014 and 2016; and upon the Declaration of Andrew I. Silfen in support thereof ("Silfen Declaration"); and it appearing that Arent Fox represents no interest adverse to the Debtors' estates, the Committee or creditors herein with respect to the matters for which Arent Fox is to be engaged, that Arent Fox being a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code, and the employment and retention of Arent Fox being necessary and in the best interests of the Debtors' estates, and good and

---

[1] The Debtors in these cases are: Distributed Energy Systems Corp. ("DESC") and Northern Power Systems, Inc. ("Northern").

adequate notice of the Application having been given, and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that pursuant to Sections 327, 328(a) and 1103(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), the Committee is hereby authorized and empowered to employ and retain Arent Fox, as its counsel, *nunc pro tunc* to June 16, 2008, on the terms and conditions set forth in the Application and the Silfen Declaration; and it is further

ORDERED, that compensation and reimbursement of expenses to be paid to Arent Fox shall be paid as an administrative expense of the Debtors' estates in such amounts as shall be allowed and determined upon appropriate application to the Court pursuant to Sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the United States Trustee Guidelines for fees and all orders and such other procedures as may be fixed by this Court.

Dated: Wilmington, Delaware
~~June~~ __, 2008
July 10

_____
UNITED STATES BANKRUPTCY JUDGE

-2-