IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        : Chapter 11
                                                              :
                                                              : Case No. 08-11101 (KG)
DISTRIBUTED ENERGY SYSTEMS CORP.,                             :
a Delaware corporation, and                                   : Jointly Administered
                                                              :
NORTHERN POWER SYSTEMS, INC.,                                 :
a Delaware corporation,                                       :
                                                              : Ref. Docket No. 785
                              Debtors[1].                     x
-------------------------------------------------------------

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action

2. On January 26, 2010, I caused to be served "Order Granting First Omnibus Objection of the Committee of Unsecured Creditors to Late Filed Claims (Non-Substantive Objection)," dated January 20, 2010 [Docket No. 785], by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the attached Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Konstantina Haidopoulos

Sworn to before me this
27th day of January, 2010

Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES _____

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Distributed Energy Systems Corp. ("DESC") (7690) and Northern Power Systems, Inc. ("Northern") (1302). The mailing address for each of the Debtors is 10 Technology Drive, Wallingford, CT 06492.

T:\Clients\DES\Affidavits\1st Omni Ord_DI 785_AFF_1-26-10.doc

**EXHIBIT A**

# DISTRIBUTED ENERGY SYSTEMS CORP.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALEXIS OIL CO. | 219 GLIDER CIRCLE   Account No. 2878 CORONA CA 92880 |
| EWEB TRANSLATOR INC. | 12445 HAZELTINE STREET SUITE 300 TUSTIN CA 92782 |
| HANKE, MARY B. | 2747 450TH STREET STACYVILLE IA 50476-7548 |
| HODGSON, BETTY R | 817 GRANT ST   Account No. 7006 HAZLETON PA 18201-2316 |
| INDEMNITY COMPANY AND ITS AFFILIATES | THE TRAVELERS INDEMNITY COMPANY AND ITS AFFILIATES, C/O RMS BANKRUPTCY RECOVERY SERVICES, PO BOX 5126   Account No. 7098L5133 TIMONIUM MD 21094 |
| JOHNSON CONTROLS | 507 E. MICHIGAN STREET M-72   Account No. 1313590 MILWAUKEE WI 53202 |
| NEPONSET CONTROLS INC | 71 ELM ST. UNIT 1   Account No. 3761 FOXBORO MA 02035 |
| NYS DEPT OF TAXATION AND FINANCE | BANKRUPTCY SECTION PO BOX 5300   Account No. B-06-1371302-3 ALBANY NY 12205-0300 |
| PENNWELL | P.O. BOX 21288   Account No. 5096 TULSA OK 74121 |
| SCHAEFFLER, FRANCES | 1245 OAK DRIVE   Account No. 1744-620 SOUTHOLD NY 11971 |
| SEMIKRON INC. | 11 EXECUTIVE DRIVE P.O.BOX 66   Account No. 4920 HUDSON NH 03051 |
| SHEEDY DRAYAGE CO | 1215 MICHIGAN ST PO BOX 77004 SAN FRANCISCO CA 94107-0004 |
| STATE OF CALIFORNIA | BANKRUPTCY SECTION MS A340 FRANCHISE TAX BOARD PO BOX 2952 SACRAMENTO CA 95812-2952 |
| TORRENZANO GROUP, THE | 60 EAST 42ND STREET SUITE 2112 NEW YORK NY 10165-2112 |
| TRIBBLE, KEVIN | 6400 66TH AVENUE UNIT # 15 SACRAMENTO CA 95823 |
| UNDERWRITERS LABORATORIES INC. | C/O LEGAL DEPARTMENT 333 PFINGSTEN ROAD   Account No. 8521 NORTHBROOK IL 60062-2096 |
| WATT, TIEDER, HOFFAR & FITZGERALD LLP | 8405 GREENSBORO DRIVE SUITE 100   Account No. 102464 MC LEAN VA 22102-4247 |
| WINCHELL, MRS. EILEEN | 721 OUTPOST CIRCLE   Account No. 9982 WAYNE PA 19087 |
| YELLOW FARMHOUSE INN | 550 OLD COUNTRY RD WAITSFIELD VT 05673 |
| YELLOW FARMHOUSE INN | PO BOX 345 WAITSFIELD VT 05673 |

**Total Creditor Count 20**