## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x

In re:                                                  :
                                                        :            Case No. 08-11101 (KG)
DISTRIBUTED ENERGY SYSTEMS                              :
CORP.[1], a Delaware corporation, and                  :            Chapter 11
NPS LIQUIDATING, INC., a Delaware                       :
corporation,                                            :            Jointly Administered
                                                        :
                           Debtors.                     :            **OBJECTION DEADLINE: 6/29/10 @ 4:00 P.M.**
------------------------------------------------------- x            **HEARING DATE: 8/5/10 AT 9:30 A.M.**

## NOTICE OF OBJECTION

TO:     The Office of United States Trustee, the Debtors, each of the holders of claims listed on
Exhibit A to the Objection, and all other parties who have requested notice pursuant to Rule
2002 of the Federal Rules of Bankruptcy Procedure.

        The Official Committee of Unsecured Creditors (the "Committee") has filed the attached
Third Omnibus Objection of The Official Committee of Unsecured Creditors to Duplicative &
Amended Claims (Non-Substantive Objection) (the "Objection").

        Responses to the Objection, if any, must be filed with the Clerk, U.S. Bankruptcy Court
for the District of Delaware, 824 Market Street, Wilmington, DE 19801 on or before **June 29,
2010 at 4:00 p.m.**

        At the same time you must also serve a copy of the response upon the Trust's attorneys:

        Heike M. Vogel
        Leah M. Eisenberg
        Arent Fox LLP
        1675 Broadway
        New York, NY 10019
        (212) 484-3900

        A HEARING ON THE OBJECTION WILL BE HELD ON **AUGUST 5, 2010 AT 9:30
A.M.** BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, WILMINGTON,
DELAWARE 19801, ONLY IF AN OBJECTION IS TIMELY-FILED AND SERVED AS SET
FORTH ABOVE.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
Distributed Energy Systems Corp. ("DESC") (7690) and NPS Liquidating, Inc., f/k/a Northern Power Systems, Inc.
("NPS") (1302).  The mailing address for each of the Debtors is 10 Technology Drive, Wallingford, CT 06492.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  June 7, 2010

**ARCHER & GREINER, P.C.**

By:  /s/ Charles J. Brown, III
　　　Charles J. Brown, III (No. 3368)
　　　300 Delaware Avenue, Suite 1370
　　　Wilmington, DE 19801
　　　(302) 777-4350

　　　　　　　- and -

　　　**ARENT FOX LLP**
　　　Leah M. Eisenberg
　　　Heike M. Vogel
　　　1675 Broadway
　　　New York, NY 10019
　　　(212) 484-3900

　　　*Counsel for the Official Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
----------------------------------------------------- x
```
In re:                                          :
                                                :
                                                :          Case No. 08-11101 (KG)
DISTRIBUTED ENERGY SYSTEMS               :
CORP.[1], a Delaware corporation, and    :
NPS LIQUIDATING, INC., a Delaware        :          Chapter 11
corporation,                                    :
                                                :          Jointly Administered
                                                :
                    Debtors.                   :
```
----------------------------------------------------- x
```

### THIRD OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DUPLICATE & AMENDED CLAIMS (NON-SUBSTANTIVE OBJECTION)

The Official Committee of Unsecured Creditors (the "Committee") of Distributed Energy

Systems Corp. and NPS Liquidating, Inc. (the "Debtors"), by and through its counsel, Arent Fox

LLP and Archer & Greiner, P.C., hereby objects, pursuant to sections 105(a) of title 11 of the

United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules") and Rule 3007-1 of the Local Rules of Bankruptcy Practice

and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local

Rules"), to each of the claims listed on Exhibit A attached hereto (the "Claims"), and requests by

this objection ("the Objection") entry of an order disallowing in full and expunging from the

claims register each of the Claims identified on Exhibit A.  In support of this Objection, the

Committee respectfully states and represents as follows:

### JURISDICTION

1.      This Court has jurisdiction over this Objection pursuant to 28 U.S.C. §§ 157 and

1334, and venue of these proceedings and this Objection is proper in this District pursuant to 28

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Distributed Energy Systems Corp. ("DESC") (7690) and NPS Liquidating, Inc., f/k/a Northern Power Systems, Inc. ("NPS") (1302).  The mailing address for each of the Debtors is 10 Technology Drive, Wallingford, CT 06492.

U.S.C §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

This Objection complies with the requirements set forth in Local Rule 3007-1. The predicate for

the relief requested herein is Bankruptcy Rule 3007.

## BACKGROUND

2.      On June 4, 2008, (the "Petition Date") the Debtors filed voluntary petitions for

relief under chapter 11 of the Bankruptcy Code.

3.      Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors

continue to operate their business and manage their properties as debtors in possession. No

trustee, examiner has been appointed in these cases.

4.      On June 16, 2008, the United States Trustee's office appointed the Committee.

5.      On June 27, 2008, the Bankruptcy Court granted the Committee standing to sue

Perseus Partners VII, L.P. (Perseus) on behalf of the Debtors' estate, and thereafter, on July 31,

2008, the Committee filed an Adversary Proceeding (Adv. Proc. No. 08-51120 (KG)) for

Equitable Re-characterization of Purported Secured Loan as Equity Investment or, in the

Alternative, Equitable Subordination against Perseus (the "Adversary Proceeding").

6.      On April 1, 2009, after extensive settlement negotiations, the Committee, the

Debtors and Perseus entered into that certain Compromise and Settlement Agreement and

Release (the "Settlement")

7.      Also on April 1, 2009, the Committee and the Debtors filed a Joint Motion

Seeking the Entry of an order Approving by, between and Among the Official Committee of

Unsecured Creditors, Perseus Partners VII, L.P. and the Debtors, Pursuant to Federal Rule of

Bankruptcy Procedure 90190 (Docket No. 646) (the "Joint Motion"), and on June 4, 2009, the

Court entered an Order approving the Settlement (Docket No. 702).

8.     Paragraph 3 of the Settlement, which describes in detail the allocation of the Settlement Payment made by Perseus, provides *inter alia* that "$20,000 shall be paid to Epiq for service of the Bar Date Motion, to receive, examine and maintain copies of all proofs of claim and proofs of interest filed in the case, assist the Committee in objecting to any claims and turning over the records to the Court.  *See* Settlement, ¶ 3, p. 5.

9.     On December 15, 2009, the Committee filed its First Omnibus Objection (Non-Substantive) to Claims, objecting to late-filed proofs of claims [Docket No. 772], and on January 20, 2010, the Court entered an order granting the Committee's First Omnibus Claims Objection [Docket No. 785].

10.     On June 1, 2010, the Committee filed its Second Omnibus Objection (Substantive) to the Allowance of Certain Claims pursuant to Section 503 [Docket No. 829], which is currently pending before the Court.

**Debtor's Schedules and the Bar Date**

11.     On July 9, 2008, the Debtors filed their schedules of assets and liabilities and statement of financial affairs and liabilities and statements of financial affairs (collectively, the "Schedules").

12.     On March 16, 2009, this Court entered an order (the "Bar Date Order") establishing **April 13, 2009 at 4:00 p.m. (Eastern Time)** as the final date for filing proofs of claim in these cases (the "Bar Date").  Pursuant to the Bar Date Order, the noticing and claims agent appointed in these cases, Epiq Bankruptcy Solutions, LLC ("Epiq"), sent actual notice of the Bar Date along with a proof of claim form to (i) the Office of the United States Trustee; (ii) all known Entities holding potential Claims and their counsel (if known); (iii) all parties that have requested notice in these cases; (iv) all equity security holders; (v) all indenture trustees and

all taxing authorities for the jurisdictions in which the Debtors do business. In addition, notice of the Bar Date and, separately, the proof of claim form was posted on Epiq's dedicated web page related to these cases (http://chapter11.epiqsystems.com/desc). Affidavits of service and publication confirming such actual and publication notice have been filed with this Court.

**<u>RELIEF REQUESTED</u>**

13. By this Objection, the Committee respectfully requests that the Court enter an Order, pursuant to Bankruptcy Rule 3007(d)(1) and Bankruptcy Rule 3007(d)(3), disallowing in full and expunging from the claims register each of the duplicate and amended claims identified on Exhibit A attached hereto.

14. Based on a careful examination of the Debtors' books and records and each proof of claim, the Committee determined that several of the proofs of claim are duplicates (the "Duplicate Claims") of the corresponding proof of claim identified in the column labeled "Surviving Claim No." on Exhibit A. The Duplicative Claims the Committee are seeking to have disallowed by this Objection were either filed against the same debtors, for the same dollar amount, and on account of the same obligation as the corresponding surviving claims or were filed against different debtors but are otherwise identical.

15. Additionally, the Committee's review and analysis of the proofs of claim revealed that certain other claims listed on Exhibit A were subsequently amended by other surviving claims (the "Amended Claims") filed by the claimants with respect to the same liabilities. Accordingly, the Amended Claims were field to amend an amount previously claimed in an earlier proof of claim, which can be expunged from the claims register while the Amended Claims are listed as the "Surviving Claims" on Exhibit A.

16.     If the Duplicate Claims and the Amended Claims are not formally disallowed and expunged from the Debtors' claims register, the claimants that filed these Claims, as applicable, could receive a double recovery.  Moreover, elimination of the Duplicative Claims and the Amended Claims will more accurately reflect the actual claims that are asserted against the Debtors' estate.

17.     Bankruptcy Rule 3007(d)(1) permits omnibus objections in situations involving duplicate claims, and Bankruptcy Rule 3007(d)(3) provides for omnibus objections to amended claims.  Accordingly, the Committee requests that the Claims listed on Exhibit A be disallowed and expunged pursuant to Bankruptcy Rule 3007 and for the reasons stated above.

## RESERVATION OF RIGHTS

18.     The Committee expressly reserves the right to amend, modify or supplement this Objection and to file additional objections to the proofs of claim, including, without limitation, objections as to the amounts asserted in the proofs of claim, or any other proofs of claim (filed or not) against the Debtors or their estates, but which are not the subject of this Objection.  Should the grounds of this Objection be dismissed or overruled, the Committee reserves the right to object on other stated grounds that the Committee discovers.

## NOTICE

19.     The Committee has provided notice of this Objection to (i) the United States Trustee for the District of Delaware; (ii) counsel for the Debtors; (iii) each of the holders of the Claims; and (v) each party that has filed a notice of appearance herein pursuant to Bankruptcy Rule 2002, in accordance with Local Rule 2002-1(b).

WHEREFORE, the Committee respectfully requests that the Court enter an Order substantially in the form attached hereto and grant such other and further relief as this Court deems just and proper.

Dated:    June 7, 2010

**ARCHER & GREINER, P.C.**

By:    /s/ Charles J. Brown, III
       Charles J. Brown, III (No. 3368)
       300 Delaware Avenue, Suite 1370
       Wilmington, DE 19801
       (302) 777-4350

                          - and -

       **ARENT FOX LLP**
       Leah M. Eisenberg
       Heike M. Vogel
       1675 Broadway
       New York, NY 10019
       (212) 484-3900

       *Counsel for the Official Committee of*
       *Unsecured Creditors*

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| **3RD OMNIBUS OBJECTION TO SUBSTANTIVE CLAIMS**<br>**Exhibit A to 3rd Omnibus Objection (Duplicate & Amended))** | | | | |
| Name/Address of Claimant | Claim Number to be Expunged | Claim Amount | Surviving Claim No. | Reason for Disallowance |
| **POWERTEK, LLC**<br>11 Glenwood Road<br>Rock Point, NY 11778 | 21 | 4,065.00 | 35 | Duplicate |
| **TRAVELERS CAUSALTY & SURETY COMPANY OF AMERICA ET AL.**<br>One Tower Square, S202A<br>Hartford, CT 06183 | 45 | 1,075,816.00 | 50 | Duplicate |
| **ENTERPRISE LEASING CO. OF ST. LOUIS INC.**<br>Kodner Watkins Muchnick & Weigley, LC<br>7800 Forsyth, Suite 700<br>Saint Louis, MO 63105 | 76 | 95,485.29 | 87 | Amended & Superseded |
| **RIVERSIDE CLAIMS LLC**<br>PO Box 626<br>Planetarium Station<br>New York, NY 10023 | 77 | 3,740.00 | 65 | Duplicate |
| **RIVERSIDE CLAIMS LLC**<br>PO Box 626<br>Planetarium Station<br>New York, NY 10023 | 47 | 1,369.00 | 48 | Duplicate |
| **RIVERSIDE CLAIMS LLC**<br>PO Box 626<br>Planetarium Station<br>New York, NY 10023 | 95<br>43 | 2,131.00 | 135 | Duplicate |
| **MONSON CHEMICALS, INC.**<br>154 Pioneer Dr.<br>Leominster, MA 01453 | 98<br>134 | 3,419.08 | 99 | Duplicate |
| **OTTO PIPE CONSTRUCTION, LLC**<br>PO Box 589<br>Scio, OR 97374 | 105 | 1,323.06 | 106 | Duplicate |

| | | | | |
|---|---|---|---|---|
| **3ʳᴰ OMNIBUS OBJECTION TO SUBSTANTIVE CLAIMS**<br>**Exhibit A to 3rd Omnibus Objection (Duplicate & Amended))** | | | | |
| Name/Address of Claimant | Claim Number to be Expunged | Claim Amount | Surviving Claim No. | Reason for Disallowance |
| **WILMER CUTLER PICKERING HALE & DORR**<br>60 State Street<br>Attn: Mitchel Appelbaum<br>Boston, MA 02109 | 110 | 56,894.88 | 111 | Amended & Superseded |
| **INTEGRITY GRAPHICS, INC.**<br>1010 Day Hill Road<br>Windsor, CT 06095-1704 | 114<br>113 | 337.00 | 108 | Duplicate |
| **OAKES, JERRY & ELLEN**<br>188 West Road<br>Winsted, CT 06098 | 117 | 1,500.00 | 116 | Duplicate |
| **FRASER ENGINEERING CO.**<br>PO Box 9142<br>65 Court St.<br>Newton, MA 02460-9142 | 137 | 4,000.00 | 136 | Duplicate |
| **TECHNICAL PLANNING & MANAGEMENT**<br>Valley Professional Center<br>6971 Main Street, Suite 4<br>Waitsfield, VT 05673 | 166 | 530.00 | 167 | Duplicate |
| **YELLOW FARMHOUSE INN**<br>550 Old Country Rd.<br>Waitsfield, VT 05673 | 189 | 1,655.45 | 190 | Duplicate |

## <u>DECLARATION OF COUNSEL PURSUANT TO LOCAL RULE 3007-1</u>

I declare under penalty of perjury under the laws of the United States of America that the information contained in the forgoing Exhibit is true and correct.

Dated:    June 7, 2010

**ARCHER & GREINER, P.C.**

By:    <u>/s/ Charles J. Brown, III</u>
       Charles J. Brown, III (No. 3368)
       300 Delaware Avenue, Suite 1370
       Wilmington, DE 19801
       (302) 777-4350

                 - and -

       **ARENT FOX LLP**
       Leah M. Eisenberg
       Heike M. Vogel
       1675 Broadway
       New York, NY 10019
       (212) 484-3900

       *Counsel for the Official Committee of*
       *Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------- x

In re:                                                  :
                                                        :
DISTRIBUTED ENERGY SYSTEMS                              :        Case No. 08-11101 (KG)
CORP.[1], a Delaware corporation, and                  :
NPS LIQUIDATING, INC., a Delaware                      :        Chapter 11
corporation,                                            :
                                                        :        Jointly Administered
                                                        :
                         Debtors.                       :
------------------------------------------------------- x

**ORDER GRANTING THIRD OMNIBUS OBJECTION OF THE COMMITTEE**
**OF UNSECURED CREDITORS TO DUPLICATE & AMENDED CLAIMS**
**(NON-SUBSTANTIVE OBJECTION)**

Upon consideration of the Third Omnibus Objection of Committee of Unsecured Creditors to Allowance of Duplicate and Amended Claims (Non-Substantive Objection) (the "Objection"), pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, and it appearing that due and adequate notice of the Objection has been given, and in absence of any objections; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the claims listed on Exhibit A to this Order are hereby disallowed in their entirety and may be expunged from the claims register; and it is further

ORDERED that this Court shall retain jurisdiction over the Debtors and the claimants with respect to any matters related to or arising from the implementation of this Order.

Dated:    Wilmington, Delaware
          _____, 2010

                                        _____
                                        KEVIN GROSS
                                        UNITED STATES BANKRUPTCY JUDGE

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Distributed Energy Systems Corp. ("DESC") (7690) and NPS Liquidating, Inc., f/k/a Northern Power Systems, Inc. ("NPS") (1302).  The mailing address for each of the Debtors is 10 Technology Drive, Wallingford, CT 06492.

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| **3RD OMNIBUS OBJECTION TO SUBSTANTIVE CLAIMS**<br>**Exhibit A to 3rd Omnibus Objection (Duplicate & Amended))** | | | | |
| Name/Address of Claimant | Claim Number to be Expunged | Claim Amount | Surviving Claim No. | Reason for Disallowance |
| **POWERTEK, LLC**<br>11 Glenwood Road<br>Rock Point, NY 11778 | 21 | 4,065.00 | 35 | Duplicate |
| **TRAVELERS CAUSALTY & SURETY COMPANY OF AMERICA ET AL.**<br>One Tower Square, S202A<br>Hartford, CT 06183 | 45 | 1,075,816.00 | 50 | Duplicate |
| **ENTERPRISE LEASING CO. OF ST. LOUIS INC.**<br>Kodner Watkins Muchnick & Weigley, LC<br>7800 Forsyth, Suite 700<br>Saint Louis, MO 63105 | 76 | 95,485.29 | 87 | Amended & Superseded |
| **RIVERSIDE CLAIMS LLC**<br>PO Box 626<br>Planetarium Station<br>New York, NY 10023 | 77 | 3,740.00 | 65 | Duplicate |
| **RIVERSIDE CLAIMS LLC**<br>PO Box 626<br>Planetarium Station<br>New York, NY 10023 | 47 | 1,369.00 | 48 | Duplicate |
| **RIVERSIDE CLAIMS LLC**<br>PO Box 626<br>Planetarium Station<br>New York, NY 10023 | 95<br>43 | 2,131.00 | 135 | Duplicate |
| **MONSON CHEMICALS, INC.**<br>154 Pioneer Dr.<br>Leominster, MA 01453 | 98<br>134 | 3,419.08 | 99 | Duplicate |
| **OTTO PIPE CONSTRUCTION, LLC**<br>PO Box 589<br>Scio, OR 97374 | 105 | 1,323.06 | 106 | Duplicate |

| | 3RD OMNIBUS OBJECTION TO SUBSTANTIVE CLAIMS Exhibit A to 3rd Omnibus Objection (Duplicate & Amended)) | | | | |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number to be Expunged | Claim Amount | Surviving Claim No. | Reason for Disallowance | |
| **WILMER CUTLER PICKERING HALE & DORR**<br>60 State Street<br>Attn: Mitchel Appelbaum<br>Boston, MA 02109 | 110 | 56,894.88 | 111 | Amended & Superseded | |
| **INTEGRITY GRAPHICS, INC.**<br>1010 Day Hill Road<br>Windsor, CT 06095-1704 | 114<br>113 | 337.00 | 108 | Duplicate | |
| **OAKES, JERRY & ELLEN**<br>188 West Road<br>Winsted, CT 06098 | 117 | 1,500.00 | 116 | Duplicate | |
| **FRASER ENGINEERING CO.**<br>PO Box 9142<br>65 Court St.<br>Newton, MA 02460-9142 | 137 | 4,000.00 | 136 | Duplicate | |
| **TECHNICAL PLANNING & MANAGEMENT**<br>Valley Professional Center<br>6971 Main Street, Suite 4<br>Waitsfield, VT 05673 | 166 | 530.00 | 167 | Duplicate | |
| **YELLOW FARMHOUSE INN**<br>550 Old Country Rd.<br>Waitsfield, VT 05673 | 189 | 1,655.45 | 190 | Duplicate | |