IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :
                                                           :   Case No. 08-11101 (KG)
DISTRIBUTED ENERGY SYSTEMS                                 :
CORP.[1], a Delaware corporation, and                      :   Chapter 11
NPS LIQUIDATING, INC., a Delaware                          :
corporation,                                               :   Jointly Administered
                                                           :
                    Debtors.                               :
---------------------------------------------------------- x   Related D.I. No. 832

## CERTIFICATE OF NO OBJECTION AND CERTIFICATION OF COUNSEL

Counsel to the Official Committee of Unsecured Creditors hereby certify that there was no objection filed to the *Third Omnibus Objection of the Official Committee of Unsecured Creditors to Duplicative & Amended Claims* [D.I. No. 832, filed 6/7/10] (the "Objection"). The objection deadline for the Motion was June 29, 2010. To date, there have been no objections filed. Further, counsel hereby certifies that there is no objection to the Order as attached hereto as Exhibit "1". The revised Order removes Wilmer Cutler from the list of objectionable claims.

WHEREFORE, it is respectfully requested that the Court enter the Order.

Dated: July 2, 2010                    ARCHER & GREINER, P.C.

                                       */s/ Charles J. Brown, III*
                                       Charles J. Brown, III (Bar No. 3368)
                                       300 Delaware Avenue, Suite 1370
                                       Wilmington, DE 19801
                                       Ph: (302) 356-6621 / Fax: (302) 777-4352
                                       *Attorneys for Official Committee of Unsecured Creditors*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Distributed Energy Systems Corp. ("DESC") (7690) and NPS Liquidating, Inc., f/k/a Northern Power Systems, Inc. ("NPS") (1302). The mailing address for each of the Debtors is 10 Technology Drive, Wallingford, CT 06492.

# EXHIBIT '1'

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re: :
 :
DISTRIBUTED ENERGY SYSTEMS : Case No. 08-11101 (KG)
CORP.[1], a Delaware corporation, and :
NPS LIQUIDATING, INC., a Delaware : Chapter 11
corporation, :
 : Jointly Administered
 :
 Debtors. :
------------------------------------------------------------ x

**ORDER GRANTING THIRD OMNIBUS OBJECTION OF THE COMMITTEE
OF UNSECURED CREDITORS TO DUPLICATE & AMENDED CLAIMS
(NON-SUBSTANTIVE OBJECTION)**

Upon consideration of the Third Omnibus Objection of Committee of Unsecured Creditors to Allowance of Duplicate and Amended Claims (Non-Substantive Objection) (the "Objection"), pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, and it appearing that due and adequate notice of the Objection has been given, and in absence of any objections; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the claims listed on Exhibit A to this Order are hereby disallowed in their entirety and may be expunged from the claims register; and it is further

ORDERED that this Court shall retain jurisdiction over the Debtors and the claimants with respect to any matters related to or arising from the implementation of this Order.

Dated: Wilmington, Delaware
 _____, 2010

 _____
 KEVIN GROSS
 UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Distributed Energy Systems Corp. ("DESC") (7690) and NPS Liquidating, Inc., f/k/a Northern Power Systems, Inc. ("NPS") (1302). The mailing address for each of the Debtors is 10 Technology Drive, Wallingford, CT 06492.

# EXHIBIT A

| | 3RD OMNIBUS OBJECTION TO SUBSTANTIVE CLAIMS<br>Exhibit A to 3rd Omnibus Objection (Duplicate & Amended)) | | | |
|---|---|---|---|---|
| Name/Address of Claimant | Claim Number to be Expunged | Claim Amount | Surviving Claim No. | Reason for Disallowance |
| **POWERTEK, LLC**<br>11 Glenwood Road<br>Rock Point, NY 11778 | 21 | 4,06 | 35 | Duplicate |
| **TRAVELERS CAUSALTY & SURETY COMPANY OF AMERICA ET AL.**<br>One Tower Square, S202A<br>Hartford, CT 06183 | 45 | 1,075,816.00 | 50 | Duplicate |
| **ENTERPRISE LEASING CO. OF ST. LOUIS INC.**<br>Kodner Watkins Muchnick & Weigley, LC<br>7800 Forsyth, Suite 700<br>Saint Louis, MO 63105 | 76 | 95,485.29 | 87 | Amended & Superseded |
| **RIVERSIDE CLAIMS LLC**<br>PO Box 626<br>Planetarium Station<br>New York, NY 10023 | 77 | 3,740.00 | 65 | Duplicate |
| **RIVERSIDE CLAIMS LLC**<br>PO Box 626<br>Planetarium Station<br>New York, NY 10023 | 47 | 1,369.00 | 48 | Duplicate |
| **RIVERSIDE CLAIMS LLC**<br>PO Box 626<br>Planetarium Station<br>New York, NY 10023 | 95<br>43 | 2,131.00 | 135 | Duplicate |
| **MONSON CHEMICALS, INC.**<br>154 Pioneer Dr.<br>Leominster, MA 01453 | 98<br>134 | 3,419.08 | 99 | Duplicate |
| **OTTO PIPE CONSTRUCTION, LLC**<br>PO Box 589<br>Scio, OR 97374 | 105 | 1,323.00 | 106 | Duplicate |
| **INTEGRITY GRAPHICS, INC.**<br>1010 Day Hill Road<br>Windsor, CT 06095-1704 | 114<br>113 | 337.0 | 108 | Duplicate |

| 3RD OMNIBUS OBJECTION TO SUBSTANTIVE CLAIMS<br>Exhibit A to 3rd Omnibus Objection (Duplicate & Amended)) | | | | |
|---|---|---|---|---|
| Name/Address of Claimant | Claim Number to be Expunged | Claim Amount | Surviving Claim No. | Reason for Disallowance |
| **OAKES, JERRY & ELLEN**<br>188 West Road<br>Winsted, CT 06098 | 117 | 1,500.00 | 116 | Duplicate |
| **FRASER ENGINEERING CO.**<br>PO Box 9142<br>65 Court St.<br>Newton, MA 02460-9142 | 137 | 4,000.00 | 136 | Duplicate |
| **TECHNICAL PLANNING & MANAGEMENT**<br>Valley Professional Center<br>6971 Main Street, Suite 4<br>Waitsfield, VT 05673 | 166 | 530.0 | 167 | Duplicate |
| **YELLOW FARMHOUSE INN**<br>550 Old Country Rd.<br>Waitsfield, VT 05673 | 189 | 1,655.4 | 190 | Duplicate |