IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------ x
In re:                                                 :
                                                       :
DISTRIBUTED ENERGY SYSTEMS                             :   Case No. 08-11101 (KG)
CORP.¹, a Delaware corporation, and                    :
NPS LIQUIDATING, INC., a Delaware                      :   Chapter 11
corporation,                                           :
                                                       :   Jointly Administered
                                                       :
                    Debtors.                           :
------------------------------------------------------ x   Related D.I. No. 829
```

## CERTIFICATE OF NO OBJECTION

Counsel to the Official Committee of Unsecured Creditors hereby certify that there was no objection filed to the *Second Omnibus Objection of the Official Committee of Unsecured Creditors to Claims Pursuant to Section 502(d) (Substantive Objection)* [D.I. No. 829, filed 6/1/10] (the "Objection"). The objection deadline for the Objection was June 29, 2010. To date, there have been no objections filed.

WHEREFORE, it is respectfully requested that the Court enter the Order filed with the Objection.

| | |
|---|---|
| Dated: July 2, 2010 | ARCHER & GREINER, P.C. |
| | |
| | */s/ Charles J. Brown, III* |
| | Charles J. Brown, III (Bar No. 3368) |
| | 300 Delaware Avenue, Suite 1370 |
| | Wilmington, DE 19801 |
| | Ph: (302) 356-6621 / Fax: (302) 777-4352 |
| | *Attorneys for Official Committee of Unsecured Creditors* |

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Distributed Energy Systems Corp. ("DESC") (7690) and NPS Liquidating, Inc., f/k/a Northern Power Systems, Inc. ("NPS") (1302). The mailing address for each of the Debtors is 10 Technology Drive, Wallingford, CT 06492.