IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
In re:                                                  :
                                                        :
DISTRIBUTED ENERGY SYSTEMS                              :      Case No. 08-11101 (KG)
CORP.[1], a Delaware corporation, and                   :
NPS LIQUIDATING, INC., a Delaware                       :      Chapter 11
corporation,                                            :
                                                        :      Jointly Administered
                           Debtors.                     :
                                                        :      *Re DKT #832 + 840*
------------------------------------------------------- x

### ORDER GRANTING THIRD OMNIBUS OBJECTION OF THE COMMITTEE OF UNSECURED CREDITORS TO DUPLICATE & AMENDED CLAIMS (NON-SUBSTANTIVE OBJECTION)

Upon consideration of the Third Omnibus Objection of Committee of Unsecured Creditors to Allowance of Duplicate and Amended Claims (Non-Substantive Objection) (the "Objection"), pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, and it appearing that due and adequate notice of the Objection has been given, and in absence of any objections; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the claims listed on Exhibit A to this Order are hereby disallowed in their entirety and may be expunged from the claims register; and it is further

ORDERED that this Court shall retain jurisdiction over the Debtors and the claimants with respect to any matters related to or arising from the implementation of this Order.

Dated: Wilmington, Delaware
       *July 30* 2010

                                                     _____
                                                     KEVIN GROSS
                                                     UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Distributed Energy Systems Corp. ("DESC") (7690) and NPS Liquidating, Inc., f/k/a Northern Power Systems, Inc. ("NPS") (1302). The mailing address for each of the Debtors is 10 Technology Drive, Wallingford, CT 06492.

# EXHIBIT A

| | 3RD OMNIBUS OBJECTION TO SUBSTANTIVE CLAIMS Exhibit A to 3rd Omnibus Objection (Duplicate & Amended)) | | | |
|---|---|---|---|---|
| Name/Address of Claimant | Claim Number to be Expunged | Claim Amount | Surviving Claim No. | Reason for Disallowance |
| **POWERTEK, LLC**<br>11 Glenwood Road<br>Rock Point, NY 11778 | 21 | 4,06 | 35 | Duplicate |
| **TRAVELERS CAUSALTY & SURETY COMPANY OF AMERICA ET AL.**<br>One Tower Square, S202A<br>Hartford, CT 06183 | 45 | 1,075,816.00 | 50 | Duplicate |
| **ENTERPRISE LEASING CO. OF ST. LOUIS INC.**<br>Kodner Watkins Muchnick & Weigley, LC<br>7800 Forsyth, Suite 700<br>Saint Louis, MO 63105 | 76 | 95,485.29 | 87 | Amended & Superseded |
| **RIVERSIDE CLAIMS LLC**<br>PO Box 626<br>Planetarium Station<br>New York, NY 10023 | 77 | 3,740.0 | 65 | Duplicate |
| **RIVERSIDE CLAIMS LLC**<br>PO Box 626<br>Planetarium Station<br>New York, NY 10023 | 47 | 1,369.0 | 48 | Duplicate |
| **RIVERSIDE CLAIMS LLC**<br>PO Box 626<br>Planetarium Station<br>New York, NY 10023 | 95<br>43 | 2,131.0 | 135 | Duplicate |
| **MONSON CHEMICALS, INC.**<br>154 Pioneer Dr.<br>Leominster, MA 01453 | 98<br>134 | 3,419.0 | 99 | Duplicate |
| **OTTO PIPE CONSTRUCTION, LLC**<br>PO Box 589<br>Scio, OR 97374 | 105 | 1,323.0 | 106 | Duplicate |
| **INTEGRITY GRAPHICS, INC.**<br>1010 Day Hill Road<br>Windsor, CT 06095-1704 | 114<br>113 | 337.0 | 108 | Duplicate |

# 3RD OMNIBUS OBJECTION TO SUBSTANTIVE CLAIMS
## Exhibit A to 3rd Omnibus Objection (Duplicate & Amended))

| Name/Address of Claimant | Claim Number to be Expunged | Claim Amount | Surviving Claim No. | Reason for Disallowance |
|---|---|---|---|---|
| **OAKES, JERRY & ELLEN**<br>188 West Road<br>Winsted, CT 06098 | 117 | 1,500.00 | 116 | Duplicate |
| **FRASER ENGINEERING CO.**<br>PO Box 9142<br>65 Court St.<br>Newton, MA 02460-9142 | 137 | 4,000.00 | 136 | Duplicate |
| **TECHNICAL PLANNING & MANAGEMENT**<br>Valley Professional Center<br>6971 Main Street, Suite 4<br>Waitsfield, VT 05673 | 166 | 530.0 | 167 | Duplicate |
| **YELLOW FARMHOUSE INN**<br>550 Old Country Rd.<br>Waitsfield, VT 05673 | 189 | 1,655.4 | 190 | Duplicate |