# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x
In re:                                                    :
                                                          :
DISTRIBUTED ENERGY SYSTEMS                                :   Case No. 08-11101 (KG)
CORP.[1], a Delaware corporation, and                     :
NPS LIQUIDATING, INC., a Delaware                         :   Chapter 11
corporation,                                              :
                                                          :   Jointly Administered
                  Debtors.                                :
----------------------------------------------------------x

*Re Dkt #829 + 856*

## ORDER GRANTING SECOND OMNIBUS OBJECTION PURSUANT TO SECTION 502(D) OF THE COMMITTEE OF UNSECURED CREDITORS TO CERTAIN CLAIMS (SUBSTANTIVE OBJECTION)

Upon consideration of the Second Omnibus Objection of Committee of Unsecured Creditors to Allowance of Claims (Substantive Objection) (the "Objection"), pursuant to section 502(d) of title 11, United States Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure, and it appearing that due and adequate notice of the Objection has been given, and in absence of any objections; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the claims listed on Exhibit A to this Order are hereby disallowed in their entirety and expunged from the claims register except that those claims which were scheduled shall be reduced to zero, which reduction to zero shall be reflected on the claims register; and it is further

ORDERED that this Court shall retain jurisdiction over the Debtors and the claimants with respect to any matters related to or arising from the implementation of this Order.

Dated: Wilmington, Delaware
       July 3, 2010

                                        _____
                                        KEVIN GROSS
                                        UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Distributed Energy Systems Corp. ("DESC") (7690) and NPS Liquidating, Inc., f/k/a Northern Power Systems, Inc. ("NPS") (1302). The mailing address for each of the Debtors is 10 Technology Drive, Wallingford, CT 06492.

NYC/487350.1

# EXHIBIT A

## 2ND OMNIBUS OBJECTION TO SUBSTANTIVE CLAIMS

### Exhibit A – Claims To Be Disallowed and Expunged Pursuant to Section 502(d)

| Name of Claimant | Claim No. to be Expunged (or with respect to scheduled claims reduced to zero) | Claim Amount | Reason for Claim to be Disallowed & Expunged (or with respect to scheduled claims reduced to zero) |
|---|---|---|---|
| MCMASTER-CARR SUPPLY COMPANY<br>PO BOX 5370<br>ATTN: JEFF MILLER, CREDIT & A/R MGR.<br>PRINCETON, NJ 08543 | 6 | 15,003.57 | Section 502(d) |
| DUFFY CRANE AND HAULING<br>5700 EUDORA ST<br>ATTN: GINA ROBEY, ACCTS REC.<br>COMMERCE CITY, CO 80022 | 4 | 2,501.91 | Section 502(d) |
| AT&T CORP.<br>JAMES GRUDUS, ESQ., ATTORNEY<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | 7 | 5,353.66 | Section 502(d) |
| PEYCERE, LEANDRO<br>VIRREY LORETO 1885<br>BUENOS AIRES 1462<br>ARGENTINA | 17 | 18,223.13 | Section 502(d) |
| FEDEX CUSTOMER INFORMATION SER<br>ASSIGNEE OF FEDEX EXPRESS/ FEDEX GROUND<br>ATTN: REVENUE RECOVERY/BANKRUPTCY<br>3965 AIRWAYS BLVD, MODULE G, 3RD FLOOR<br>MEMPHIS, TN 38116 | 34 | 4,994.24 | Section 502(d) |
| FEDEX FREIGHT EAST<br>FEDEX FREIGHT<br>PO BOX 840<br>HARRISON, AR 72602-0840 | 41 | 315.78 | Section 502(d) |
| FEDEX FREIGHT WEST<br>PO BOX 840 | 40 | 284.30 | Section 502(d) |

NYC/487350.1

# 2ND OMNIBUS OBJECTION TO SUBSTANTIVE CLAIMS

## Exhibit A – Claims To Be Disallowed and Expunged Pursuant to Section 502(d)

| Name of Claimant | Claim No. to be Expunged (or with respect to scheduled claims reduced to zero) | Claim Amount | Reason for Claim to be Disallowed & Expunged (or with respect to scheduled claims reduced to zero) |
|---|---|---|---|
| HARRISON, AR 72602-0840 | | | |
| COLEMAN, CLINT<br>C/O JOHN J. KENNELLY, ESQ.<br>PRATT VREELAND KENNELLY<br>MARTIN WHITE LTD<br>P.O. BOX 280<br>RUTLAND, VT 05702-0280 | 31 | 2,871.47 | Section 502(d) |
| GREEN MOUNTAIN POWER CORP<br>163 ACORN LANE<br>COLCHESTER, VT 05446 | 51 | 7,831.37 | Section 502(d) |
| INTERCALL<br>ATTN MELODY LOHR<br>11808 MIRACLE HILLS DR<br>OMAHA, NE 68154 | 70 | 1,770.86 | Section 502(d) |
| WESTERN ENERGY SYSTEMS<br>8330 STATE ROAD<br>PHILADELPHIA, PA 19136 | 80 | 13,555.01 | Section 502(d) |
| VERIZON WIRELESS NORTHEAST<br>VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61701 | 90 | 2,463.67 | Section 502(d) |
| GREEN MOUNTAIN POWER CORP.<br>163 ACORN LANE<br>COLCHESTER, VT 05446 | 97 | 7,831.37 | Section 502(d) |
| WASHINGTON ELECTRIC COOPERATIVE<br>75 ROUTE 14N<br>E.MONTEPELIER, VT 05651 | 104 | 2,871.38 | Section 502(d) |
| SHEEDY DRAYAGE COMPANY<br>1215 MICHIGAN STREET<br>PO BOX 77004<br>SAN FRANCISCO, CA 94107-0004 | 109 | 24,957.40 | Section 502(d) |

| | | | |
|---|---|---|---|
| **2ND OMNIBUS OBJECTION TO SUBSTANTIVE CLAIMS** | | | |
| **Exhibit A – Claims To Be Disallowed and Expunged Pursuant to Section 502(d)** | | | |
| *Name of Claimant* | *Claim No. to be Expunged (or with respect to scheduled claims reduced to zero)* | *Claim Amount* | *Reason for Claim to be Disallowed & Expunged (or with respect to scheduled claims reduced to zero)* |
| INDUSTRIAL SOLUTIONS SERVICES, INC.<br>215 NORTH SECOND AVENUE, SUITE A<br>UPLAND, CA 91786 | 121 | 6,834.21 | Section 502(d) |
| RINGFEDER CORPORATION<br>165 CARVER AVE.<br>WESTWOOD, NJ 07675 | 147 | 1,487.20 | Section 502(d) |
| CANTOR COLBURN LLP<br>DANIEL E. BRUSO, ESQ<br>20 CHURCH STREET, 22ND FLOOR<br>HARTFORD , CT 06103-3207 | 188 | 19,985.23 | Section 502(d) |
| WATT, TIEDER, HOFFAR & FITZGERALD<br>8405 GREENSBORO DRIVE, SUITE 100<br>MC LEAN, VA 22102-4247 | 183 | 4,621.74 | Section 502(d) |
| SEMIKRON, INC.<br>11 EXECUTIVE DRIVE<br>P.O.BOX 66<br>HUDSON, NH 03051 | 194 | 37,320.09 | Section 502(d) |
| ALEXIS OIL CO.<br>219 GLIDER CIRCLE<br>CORONA, CA 92880 | 204 | 2,303.89 | Section 502(d) |
| SHEEDY DRAYAGE CO.<br>1215 MICHIGAN ST<br>PO BOX 77004<br>SAN FRANCISCO, CA 94107-0004 | 206 | 24,957.40 | Section 502(d) |
| ADP DISTRIBUTORS USA INC.<br>2825 PELLISSIER PLACE<br>WHITTIER, CA 90601 | *Scheduled* | 830.45 | Section 502(d) |
| ADP, INC.<br>PO BOX 9001006<br>LOUISVILLE, KY 40290-1006 | *Scheduled* | 629.93 | Section 502(d) |

| | **2ND OMNIBUS OBJECTION TO SUBSTANTIVE CLAIMS** | | |
|---|---|---|---|
| | **Exhibit A – Claims To Be Disallowed and Expunged Pursuant to Section 502(d)** | | |
| *Name of Claimant* | *Claim No. to be Expunged (or with respect to scheduled claims reduced to zero)* | *Claim Amount* | *Reason for Claim to be Disallowed & Expunged (or with respect to scheduled claims reduced to zero)* |
| AMERICAN EXPRESS<br>CPC REMITTANCE PROCESSING<br>2975 W CORPORATE LAKES BLVD<br>WESTON, FL 33331-3626 | Scheduled | 6,948.03 | Section 502(d) |
| AMERIGAS<br>PO BOX 371473<br>PITTSBURGH, PA 15250-7473 | Scheduled | 330.61 | Section 502(d) |
| AMERIGAS<br>PO BOX 371473<br>PITTSBURGH, PA 15250-7473 | Scheduled | 315.00 | Section 502(d) |
| ASPEN PROPERTIES<br>2951 E. LAPALMA AVE<br>ANAHEIM, CA 92806 | Scheduled | 599.06 | Section 502(d) |
| AT&T<br>P. O. BOX 13148<br>NEWARK, NJ 07101-5648 | Scheduled | 1,024.04 | Section 502(d) |
| AT&T<br>PAYMENT CENTER<br>SACRAMENTO, CA 95887-0001 | Scheduled | 1,901.60 | Section 502(d) |
| AT&T MOBILITY<br>P.O. BOX 6463<br>CAROL STREAM, IL 60197-6463 | Scheduled | 7,113.53 | Section 502(d) |
| AT&T MOBILITY<br>P.O. BOX 6463<br>CAROL STREAM, IL 60197-6463 | Scheduled | 859.09 | Section 502(d) |
| AUBRIDGE PARTNERS, LLC<br>7360 85TH PLACE SE<br>MERCER ISLAND, WA 98040 | Scheduled | 10,140.40 | Section 502(d) |
| CANTOR COLBURN LLP<br>P.O. BOX 33696<br>HARTFORD, CT 06150-3369 | Scheduled | 11,684.99 | Section 502(d) |
| DALY & DALY, P.C.<br>110 MAIN STREET | Scheduled | 1,872.00 | Section 502(d) |

| | | | |
|---|---|---|---|
| **2ND OMNIBUS OBJECTION TO SUBSTANTIVE CLAIMS** | | | |
| **Exhibit A – Claims To Be Disallowed and Expunged Pursuant to Section 502(d)** | | | |
| *Name of Claimant* | *Claim No. to be Expunged (or with respect to scheduled claims reduced to zero)* | *Claim Amount* | *Reason for Claim to be Disallowed & Expunged (or with respect to scheduled claims reduced to zero)* |
| PO BOX 69<br>BURLINGTON, VT 05402-0069 | | | |
| DOWNS RACHLIN & MARTIN PL<br>P.O. BOX 99 90<br>PROSPECT STREET<br>ST. JOHNSBURY, VT 05819-0099 | *Scheduled* | 25,270.75 | Section 502(d) |
| DUFFY CRANE AND HAULING<br>5700 EUDORA STREET<br>COMMERCE CITY, CO 80022 | *Scheduled* | 780.63 | Section 502(d) |
| EBMPAPST<br>100 HYDE ROAD<br>FARMINGTON, CT 06034 | *Scheduled* | 121.93 | Section 502(d) |
| EMERGING ENERGY RESEARCH<br>700 TECHNOLOGY SQUARE<br>CAMBRIDGE, MA 02139 | *Scheduled* | 6,000.00 | Section 502(d) |
| E-POWER<br>611 GOODRICH STREET, SUITE A<br>LUNENBURG, MA 01462-1621 | *Scheduled* | 20,296.00 | Section 502(d) |
| FASTENAL COMPANY<br>PO BOX 978<br>WINONA, MN 55987-0978 | *Scheduled* | 8,858.11 | Section 502(d) |
| FLEX AMERICA<br>13511 LABEL LN STE 201<br>HAGERSTOWN, MD 21740-2463 | *Scheduled* | 284.75 | Section 502(d) |
| FLEX AMERICA<br>16 HERON LANE<br>HOPEDALE, MA 01747 | *Scheduled* | 472.50 | Section 502(d) |
| GARRAD HASSAN AMERICA, INC.<br>9665 CHESAPEAKE DR STE 435<br>SAN DIEGO, CA 92123-1378 | *Scheduled* | 151,776.31 | Section 502(d) |
| GEORGIO REALTY INC. OF NY<br>33-56 UTOPIA PKWY | *Scheduled* | 828.79 | Section 502(d) |

| | | | |
|---|---|---|---|
| **2ND OMNIBUS OBJECTION TO SUBSTANTIVE CLAIMS** | | | |
| **Exhibit A – Claims To Be Disallowed and Expunged Pursuant to Section 502(d)** | | | |
| *Name of Claimant* | *Claim No. to be Expunged (or with respect to scheduled claims reduced to zero)* | *Claim Amount* | *Reason for Claim to be Disallowed & Expunged (or with respect to scheduled claims reduced to zero)* |
| FLUSHING, NY 11358 | | | |
| GRAINGER<br>33-56 UTOPIA PKWY<br>FLUSHING, NY 11358 | Scheduled | 1,251.61 | Section 502(d) |
| GRAVCO DISTRIBUTORS INC.<br>127 BIRCHWOOD PARK DRIVE<br>BARRE, VT 05641 | Scheduled | 4,983.05 | Section 502(d) |
| HORIZON SOLUTIONS CORP.<br>1070 HOLT AVE, UNIT 10<br>MANCHESTER, NH 03109 | Scheduled | 13,065.58 | Section 502(d) |
| INTERCALL<br>PO BOX 281866<br>ATLANTA, GA 30384 | Scheduled | 1,630.80 | Section 502(d) |
| INTERCALL<br>8420 WEST BRYN MAWR, SUITE 400<br>CHICAGO, IL 60631 | Scheduled | 9.77 | Section 502(d) |
| INTERTEK ETL SEMKO<br>PO BOX #405176<br>ATLANTA, GA 30384-5176 | Scheduled | 20,492.65 | Section 502(d) |
| JENSEN & MAYTA PROPERTIES<br>2194 EDISON AVENUE<br>SAN LEANDRO, CA 94577 | Scheduled | 658.85 | Section 502(d) |
| LEANDRO PEYECERES<br>SURINVEST S.A.<br>RINCON 530<br>MONTEVIDEO URUGUAY | Scheduled | 18,223.13 | Section 502(d) |
| LIBERTY CASTING COMPANY<br>P.O. BOX 1368<br>DELAWARE, OH 43015-8806 | Scheduled | 47,354.66 | Section 502(d) |
| MARSH USA INC.<br>NORWALK OFFICE<br>P. O. BOX 19630<br>NEWARK, NJ 07195-0630 | Scheduled | 1,587.00 | Section 502(d) |

| | | | |
|---|---|---|---|
| **2ND OMNIBUS OBJECTION TO SUBSTANTIVE CLAIMS** | | | |
| **Exhibit A – Claims To Be Disallowed and Expunged Pursuant to Section 502(d)** | | | |
| *Name of Claimant* | *Claim No. to be Expunged (or with respect to scheduled claims reduced to zero)* | *Claim Amount* | *Reason for Claim to be Disallowed & Expunged (or with respect to scheduled claims reduced to zero)* |
| MERCURY PUBLIC AFFAIRS<br>P.O.B. 34708<br>NEWARK, NJ 07189-4708 | Scheduled | 4,198.17 | Section 502(d) |
| MICROPROCESSOR DESIGNS, INC.<br>65 LONG MEADOW DRIVE<br>PO BOX 160<br>SHELBURNE, VT 05482 | Scheduled | 17,064.42 | Section 502(d) |
| ML STRATEGIES, LLC<br>701 PENNSYLVANIA AVENUE N.W.<br>WASHINGTON, DC 20004 | Scheduled | 40,000.00 | Section 502(d) |
| NATIONAL INSTRUMENTS CORPORATION<br>PO BOX 840909<br>DALLAS, TX 75284-0909 | Scheduled | 3,986.40 | Section 502(d) |
| OFFSHORE TECHNICAL ASSISTANCE<br>TULIPAN LB FRACCIONAMIERNTO<br>ISLE DEL CARMEN, CD.DEL CARMEN<br>CAMPECHE, ME 24154 | Scheduled | 52,292.70 | Section 502(d) |
| RAVENMARK DESIGN<br>26 STATE STREET, SUITE #10<br>MONTPELIER, VT 05602 | Scheduled | 4,400.00 | Section 502(d) |
| REARICK TOOLING INC.<br>2025 SHADY PLAIN RD<br>APOLLO, PA 15613 | Scheduled | 15,691.00 | Section 502(d) |
| ROBERT HALF MANAGEMENT RESOURCES<br>12400 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | Scheduled | 10,600.00 | Section 502(d) |
| ROBINSON COLE LLP<br>280 TRUMBULL STREET<br>HARTFORD, CT 06103-3597 | Scheduled | 3,453.42 | Section 502(d) |

# 2ND OMNIBUS OBJECTION TO SUBSTANTIVE CLAIMS

## Exhibit A – Claims To Be Disallowed and Expunged Pursuant to Section 502(d)

| Name of Claimant | Claim No. to be Expunged (or with respect to scheduled claims reduced to zero) | Claim Amount | Reason for Claim to be Disallowed & Expunged (or with respect to scheduled claims reduced to zero) |
|---|---|---|---|
| SHANGHAI TSP<br>19988 WEIQING ROAD EAST<br>JINSHAN DISTRICT<br>SHANGHAI PC, 201508<br>CHINA | Scheduled | 69,500.00 | Section 502(d) |
| SHARP ELECTRONICS CORP.<br>5901 BOLSA AVE<br>HUNTINGTON BEACH, CA 92647 | Scheduled | 26,675.68 | Section 502(d) |
| VERIZON WIRELESS<br>PO BOX 15062<br>ALBANY, NY 12212-5062 | Scheduled | 122.13 | Section 502(d) |
| VERIZON WIRELESS<br>PO BOX 15062<br>ALBANY, NY 12212-5062 | Scheduled | 1,001.79 | Section 502(d) |
| VERIZON WIRELESS<br>PO BOX 15062<br>ALBANY, NY 12212-5062 | Scheduled | 2,691.32 | Section 502(d) |
| VERIZON WIRELESS<br>PO BOX 9622<br>MISSION HILLS, CA 91346-9622 | Scheduled | 106.66 | Section 502(d) |
| WATT, TIEDER, HOFFAR &<br>FITZGERALD<br>8405 GREENSBORO DRIVE, SUITE 100<br>MCLEAN, VA 22102-4247 | Scheduled | 20,108.92 | Section 502(d) |
| WIND POWER MONTHLY<br>PMB 392<br>13681 NEWPORT AVE #8<br>TUSTIN, CA 92780-7815 | Scheduled | 3,200.00 | Section 502(d) |