IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :
                                                           :
DISTRIBUTED ENERGY SYSTEMS                                 :     Case No. 08-11101 (KG)
CORP.[1], a Delaware corporation, and                      :
NPS LIQUIDATING, INC., a Delaware                          :     Chapter 11
corporation,                                               :
                                                           :     Jointly Administered
                                                           :
                Debtors.                                   :
---------------------------------------------------------- x

## AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 17, 2010 AT 9:30 A.M.

**Matters Going Forward**

1. Joint Motion Of The Debtors And Official Committee Of Unsecured Creditors For An Order Authorizing Mechanism For Distribution Of Settlement Funds, Structured Dismissal, And Related Relief [D.I. 844, filed 7/15/10]

   Related Documents

   A. Order

   B. Creditor Trust Agreement to Joint Motion to Approve Joint Motion Of The Debtors And Official Committee Of Unsecured Creditors For An Order Authorizing Mechanism For Distribution Of Settlement Funds, Structured Dismissal [D.I. 858, filed 7/30/10]

   Objection Deadline:   July 29, 2010

   Objections Received:

   C. Objection of the United States Trustee to the Joint Motion of the Debtors and Official Committee of Unsecured Creditors for an Order Authorizing Mechanism for Distribution of Settlement Funds, Structured Dismissal, and Related Relief [D.I. 853, filed 7/28/10]

   D. Objection to the Joint Motion Of The Debtors And Official Committee Of Unsecured Creditors For An Order Authorizing Mechanism For Distribution Of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Distributed Energy Systems Corp. ("DESC") (7690) and NPS Liquidating, Inc., f/k/a Northern Power Systems, Inc. ("NPS") (1302). The mailing address for each of the Debtors is 10 Technology Drive, Wallingford, CT 06492.

Settlement Funds, Structured Dismissal, And Related Relief Pursuant to 11 U.S.C. 105(a), 349 and 1112(b) filed by Northern Power Systems, Inc. f/k/a CB Wind Acquisition Corp. [D.I. 855, filed 7/28/10]

    E.    **Northern Power Systems, Inc.'s Reservation of Rights Regarding the Joint Motion Of The Debtors And Official Committee Of Unsecured Creditors For An Order Authorizing Mechanism For Distribution Of Settlement Funds, Structured Dismissal, And Related Relief Pursuant to 11 U.S.C. 105(a), 349 and 1112(b) filed by. [D.I. 867, filed 8/12/10]**

Status: This matter is going forward.

2. Motion for Allowance and Immediate Payment of Administrative Expense Claims Pursuant to 11 U.S.C. § 503(b) and for Related Relief Filed by Northern Power Systems, Inc. f/k/a CB Wind Acquisition Corp. [D.I. 847, filed 7/16/10]

    Related Documents

    A.    Order

    Objection Deadline:    July 30, 2010

    Objections Received:

    B.    Objection to Northern Power Systems, Inc.'s Motion for Allowance and Immediate Payment of Administrative Claims Filed by Official Committee of Unsecured Creditors [D.I. 857, filed 7/30/10]

    C.    **Northern Power Systems, Inc.'s Reply in Support of its Motion for Allowance and Immediate Payment of Administrative Claims [D.I. 866, filed 8/12/10]**

Status: This matter is going forward.

**Adversary Matters - Pre-Trial Conference**

3. Official Committee of Unsecured Creditors, on behalf of Distributed Energy Systems Corp., *et al.* v. CB Wind Acquisition Corp. *et al.* (Adv. No. 10-51229 KG)

    Related Documents

    A.    Complaint [D.I. 1, filed 6/11/10]

B. Answer to Complaint and Counterclaim, or in the Alternative, Third-Party Complaint [D.I. 5, filed 7/14/10]

C. Answer to Counterclaim [D.I. 12 filed 8/13/10]

Status: Proposed scheduling order to be submitted at the hearing.

Dated: August 13, 2010

ARCHER & GREINER, P.C.

/s/ Charles J. Brown, III
Charles J. Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
Ph: (302) 356-6621 / Fax: (302) 777-4352

*Attorneys for Official Committee of Unsecured Creditors*

5833158v1